**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | RRG, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | Popeye's Chicken & Biscuit Store |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 58-2535833 |

4. **Debtor's address**

**Principal place of business**

6640 Shade Tree Way
_____
Number        Street

_____

Cumming          GA     30040
City                State    ZIP Code

Forsyth County
_____
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City          State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City          State    ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  RRG, Inc.
_____  Case number (*if known*)_____
       Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

722513

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

         District _____  When _____  Case number _____
                                              MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                                            MM  /  DD  / YYYY

         Case number, if known _____

---

Debtor    RRG, Inc.
_____          Case number *(if known)*_____
          Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

_____

_____
City                                                 State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name    _____

Phone    _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor  RRG, Inc.
        Name

Case number (*if known*)_____

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/31/2024
        MM / DD / YYYY

✖ /s/ Mark Rinna
Signature of authorized representative of debtor

Mark Rinna
Printed name

Title President

---

**18. Signature of attorney**

✖ /s/ Bowen  Klosinski
Signature of attorney for debtor

Date  01/31/2024
    MM / DD / YYYY

Bowen  Klosinski
Printed name

Klosinski Overstreet, LLP
Firm name

1229 Augusta West Pkwy
Number     Street

Augusta
City

GA
State

30909
ZIP Code

706-863-2255
Contact phone

bak@klosinski.com
Email address

842225
Bar number

GA
State

---

| **Fill in this information to identify the case:** |
| --- |

Debtor name ___RRG, Inc._____

United States Bankruptcy Court for the:__Southern District of Georgia___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Merchants Food Service PO Box 1351 Hattiesburg, MS 39403-1351 | | Inventory | | | | 316,660.94 |
| 2 | Julia K. Rodgers Dancy Avenue Savannah, GA 31419 | | Lease Rent | | | | 238,595.13 |
| 3 | American Express P. O. Box 60189 City of Industry CA 91716-0189 | | Credit Card Debt | | | | 120,086.21 |
| 4 | Columbia Meats PO Box 9201 Greenville, SC, 29604 | | Inventory | | | | 95,371.25 |
| 5 | Columbia Meats P.O. Box 9201 Greenville, S.C. 29604 | | Inventory | | | | 95,371.25 |
| 6 | William Means P. O. Box 428 Lincolnton, NC 28092 | | Lease Rent | | | | 74,026.59 |
| 7 | NCR Corp 14181 Collections Centre Drive Chicago, IL 60693 | | Suppliers or Vendors | | | | 60,146.44 |
| 8 | Diversified Properties Inc 3112 Washington Rd. Unit L Martinez, GA 30907 | | Lease Rent | | | | 55,103.58 |

Debtor     RRG, Inc.     Case number *(if known)*_____
_____
     Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Dorchester County Treasurer P.O. Box 936782 Atlanta, GA, 31193 | | Property Taxes | | | | 40,891.43 |
| 10 | VanNess Holdings Grovetown LLC 5217 Atherton Bridge Rd Raleigh, NC 27613 | | Lease Rent | | | | 36,000.00 |
| 11 | Charleston County Treasurer P.O. Box 603517 Charlotte, NC, 28260 | | Property Taxes | | | | 35,973.84 |
| 12 | Garrett & Garrett P.O. Box 36 Fountain Inn, SC 29644 | | Lease Rent | | | | 31,945.44 |
| 13 | 7351 West Central LLC 899 Russell Lane Milpitas, CA 95035 | | Lease Rent | | | | 27,499.11 |
| 14 | Columbia Co. Tax Commissioner P. O. Box 3030 Evans, GA, 30809 | | Property Taxes | | | | 27,278.09 |
| 15 | Parkway Associates, LLC 9209 University Blvd. North Charleston, SC 29406 | | Lease Rent | | | | 23,910.03 |
| 16 | Augusta (Southpointe) WMA, LLC 8816 Six Forks Rd Suite 201 Raleigh, NC 27615 | | Lease Rent | | | | 22,580.58 |
| 17 | Belvina Investment Group LLC 1906 S. Main St Santa Ana, CA, 92707 | | Lease Rent | | | | 22,500.00 |
| 18 | J.A.C. Services, Inc. 107 Elk's Lodge Lane Summerville, SC 29483 | | Unknown | | | | 22,414.82 |
| 19 | JAM-SC Investments, LLC 804 Green Valley Rd Suite 202 Greensboro, NC 27408 | | Lease Rent | | | | 22,026.21 |
| 20 | Space Providers, L.L.C. P.O. Box 8374 Asheville, NC 28814 | | Lease Rent | | | | 21,442.75 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___RRG, Inc._____

United States Bankruptcy Court for the: _Southern District of Georgia_____

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___01/31/2024___          ✘ /s/ Mark Rinna _____
　　　　　　　　MM / DD / YYYY                     Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　　　Mark Rinna _____
　　　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　　　President _____
　　　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

1ST Choice Quality Heating and Air
106 N Boundary St Manning SC 29102

511 Sponsorship Georgia, LLC
420 S Hill St
Buford, GA 30518

7351 West Central LLC
899 Russell Lane Milpitas, CA, 95035

7351 West Central, LLC
899 Russell Lane
Milpitas, CA 95035

Aiken County Treasurer
P.O. Box 919
Aiken, SC 29802

Airgas National Welders Inc
P.O. Box 602792 Charlotte, NC 28260-2792

Allegra
320A Old Trolley Rd Summerville, SC 2948

American Express
P. O. Box 60189 City of Industry CA 9171

Ascentium Capital Leasing
23970 US 59 Kingwood Area Texas    77339

Atlanta Computer Sol Inc
6735 Fox Creek Dr
Cumming, GA 30040

Augusta (Southpointe) WMA, LLC
8816 Six Forks Rd Suite 201 Raleigh, NC

Augusta Southpointe WMA, LLC
8816 Six Forks Road
Suite 201
Raleigh, NC 27615

Automatic Fire Systems of Augusta
3326 Mike Padgett Hwy Augusta Ga 30906

B&C of Ohio
3062 Damascus Rd Augusta, GA 30909

Belvina Investment Group LLC
1906 S. Main St
Santa Ana, CA 92707

Belvina Investment Group, LLC
1906 S. Main Street
Santa Ana, CA 92707

Berkeley County Treasurer
PO Box 6122
Neely, MS 39461

Berkeley County Treasurer
PO Box 3122
Moncks Corver, SC 29461

Berkeley Electirc Cooperative Inc
P.O. Box 340 Awendaw SC 29429-0340

Berkeley Locksmith Inc
128 Tall Pines Rd. Ladson, S.C. 29456

Berlin's Restaurant Supply Inc.
5051 Rivers Ave. North Charleston, SC 29

Burke County Health Department
P.O. Box 238 Waynesboro, GA. 30830

Burke County Tax Commissioner
P. O. Box 671
Waynesboro, GA 30830

Capital Signs and Awnings
PO Box 208804 Dallas, TX 75320-8804

Carl Townsend/ Carl's Landscaping
300 Judy Drive Creek
Goose Creek, SC 29445

Carolina Air Care, Inc
885 E Butternut Rd Summerville, SC 29483

Carolina Georgia Sound Inc
P.O. Box 14759
Augusta, GA 30909

Carolina Hot Wash
P.O. Box 81001 Charleston, SC 29416-1001

Carolina Sound Com Inc
P.O. Box 890711 Charlotte, NC.  28289-07

Cennox Commercial Services, LLC
P.O. Box 779108 Chicago, IL 60677-9108

Charleston County Revenue Collections Dep
P.O. Box 603533
Charlotte, NC 28260

Charleston County Treasurer
P.O. Box 603517
Charlotte, NC 28260

Charleston Electric
412 E 5th St Summerville, SC 29483

Charleston Water System
P.O. Box 568 Charleston, SC 29402-0568

Cintas

City of Aiken
P.O. Box 2458
Aiken, SC 29802

City of Millen
P. O. Box 929
Millen, GA 30442

City of Waynesboro
615 N Liberty ST
Waynesboro, GA 30830

Coastal Waste & Recycling of Georgia LLC
P.O. Box 25756 Miami, FL 33102-5756

Coca-Cola
P. O. Box 101086 Atlanta, GA 30392

Colleton County Treasurer
P.O. Box 8
Walterboro, SC 29488

Columbia Co. Tax Commissioner
P. O. Box 3030
Evans, GA 30809

Columbia Meats

Columbia Meats
PO Box 9201
Greenville, SC 29604

Comcast
P. O. Box105184 Atlanta, GA  30348-5184

CSE, Inc.
3182 Momentum Place Chicago, IL 60689-53

Csra Hood Exhaust LLC
1861 Lodgepole Ave North Augusta SC 2984
P. O. Box 498

D&D Commercial
777 Four Points Road West Keysville, GA

Diversified Properties Inc

Diversified Properties, Inc.
3112 Washington Road
Unit L
Augusta, GA 30907

Dominion Energy
P.O. Box 100255 Columbia, SC 29202-3255

Dorchester County Treasurer
P.O. Box 936782
Atlanta, GA 31193

Dr. Benjamin Weinberger
5213 High Vista Drive
Orefield, PA 18069

Ecolab Inc
6252 Network Place Chicago, IL 60673-126

Equifax Workforce Solutions LLC
4076 Paysphere Circle Chicago, IL 60674-

Eureka Investment Properties, LLC
11181 Ettrick Street
Oakland, CA 94605

Eureka Investment Properties,LLC
11181 Ettrick Street Oakland,CA 94605

Evening Post Publishing Newspaper Group
P.O. Box 604134 Charlotte, NC 28260-4134

Everette H. Newman Trustee #2
PO Box 1406 Anderson, SC 29622

Everette H. Newman Trustee #2
C/O Greene & Co. PO Box 1406
Anderson, SC 29622

Fain Septic Tank Inc
P.O. Box 3437 Summerville, SC 29484-3437

FedEx
P.O. Box 660481 Dallas, TX 75266-0481

Garrett & Garrett
P.O. Box 36 Fountain Inn, SC 29644

Garrett Garrett
PO BOX 36
Fountain Inn, SC 29644

Gas South
P O Box 530552 Atlanta, GA 30353-0552

Georgia Power
96 Annex Atlanta, GA  30396-0001

Georgia Sound Communications
P.O. Box 890333 Charlotte, NC 28289-0333

Hansen's Wildlife Removal
1132 Shoreham Rd Charleston SC 29412

Huggins Waste Services
71 Horsetrail Rd Pembroke, GA 31321

J.A.C. Services, Inc.
107 Elk's Lodge Lane Summerville, SC 294

JAM SC Investments
PO Box 478
Charleston, SC 29402

JAM-SC Investments, LLC
804 Green Valley Rd Suite 202 Greensboro

Jane
6640 Shade Tree Way
Cumming
GA 30040

Jefferson County Tax Commissioner
P. O. Box 426
Louisville, GA 30434

Jenkins County Tax Commissioner
P. O. Box 646
Millen, GA 30442

Johnson Controls Security Solutions
P.O. Box 371967 Pittsburgh, PA 15250-796

Julia K. Rodgers
Dancy Avenue Savannah, GA 31419

Julia K. Rodgers
817 Dancy Avenue
Savannah, GA 31419

Julia Rodgers
817 Dancy Avenue
Savannah, GA 31419

Kay Chemicals
PO Box 32027 New York, NY 10087

Loomis
P.O. Box 120757 Dallas, TX 75312-0757

Louisville Pop, LLC
876 Sackettsford Rd Ivyland, PA 18974 At

Louisville Pop, LLC
876 Sackells Ford Road
Warminster, PA 18974

M.K. Daniels Electric
3320 Westcliffe Ct Augusta, GA 30907

Mark Rinna
6640 Shade Tree Way
Cumming
GA 30040

Master Lawn, LLC
4873 Old Belair Ln Grovetown, GA 30813

McDuffie Co. Tax Comm.
P. O. Box 955
Thomson, GA 30824

Merchants Food Service
PO Box 1351 Hattiesburg, MS 39403-1351

Miller Signs Inc
2302 Air Park Rd. N. Charleston, SC 2940

NCR Corp
14181 Collections Centre Drive Chicago,

North To South Plumbing Services
1562 Sweet Myrtle Circle Mt Pleasant SC

Nuco2 Inc
P. O. Box 417902 Boston, MA 02241-7902

Pacific Premier Franchise Capital
17901 VON Karman Ave  Suite 1200  Irvine

Parkway Assoc. LLC C/O Robert Pratt
9209 University Blvd.
Charleston, SC 29406

Parkway Associates, LLC
9209 University Blvd. North Charleston,

Parkway Plaza Inc of Summerville
University Blvd N. Charleston, SC 29406

PLIC - SBD GRAND ISLAND
P.O. Box 77202 Minneapolis, MN 55480-720

Polar Refrig
1733 Harrogate Dr Augusta, Ga 30906

Pye-Barker
P.O. Box 735358 Dallas, TX 75373-5358

RBI, Inc.
5505 Blue Lagoon Drive
Miami, FL 33126

Refrigeration Gaskets
121 Cuthbert Dr Goose Creek SC 29445

RepublicServices
P.O.Box 9001099 Louisville, KY 40290-109

Richmond County Tax Commissioner
535 Telfair Street
Suite 100
Augusta, GA 30901

Robert Charles Isenberg
2855 Mulholland Hwy Malibu, CA 90265

RotoRooter
136 Tanner Road Greenville, SC 29607

SCPW
P.O. Box 63070 Charlotte, NC 28263-3070

See-Thru
721 Jackie Hart Rd. Statesboro, Ga. 3046

Shoes For Crews, Inc.
P.O. Box 734176 Chicago, IL. 60673-4176

Space Providers, L.L.C.
P.O. Box 8374 Asheville, NC 28814

Space Providers, LLC
PO Box 8374
Asheville, NC 28814

Sparrow Enterprises
306 Legendres Dr Goose Creek SC 29445

Steritech
PO Box 14095 Reading, PA 19612

Stratacache
40 N. Main St. Suite 2600 Dayton, OHIO 4

Teresa Zielaznicki
P.O. Box 50312 Summerville, S. C. 29485

The Drain Surgeon
664 South Old Belair Rd Suite B Grovetow

The McDuffie Progress
P. O. Box 1090 Thomson, GA  30824

UHS Premium Billing
P.O. Box 94017 Palatine, IL. 60094-4017

United States Liability Insurance Co
PO Box 62778 Baltimore, MD 21264-2778

Van Ness Holdings Grovetown, LLC
5217 Atherton Bridge Road
Raleigh, NC 27613

VanNess Holdings Grovetown LLC
5217 Atherton Bridge Rd Raleigh, NC 2761

Viking Cloud Inc
Dept CH17101 Palantine IL 60055-7101

Wasserstrom Inc
P.O. Box 933469 Cleveland, OH  44193

Waste Management
P.O. Box 4648 Carol Stream, IL 60197-464

Whaley Food Service
P.O. Box 615 Lexington, SC 29071

William Means
P. O. Box 428 Lincolnton, NC 28092

William Means
PO Box 428
Lincolnton, NC 28092

Williams Sewer & Drain
887 Stagecoach Rd NE Thomson, GA 30824

WTHO-FM, WTWA
788 Cedar Rock Rd NW Thomson, GA 30824

WYBO 929FM
2 Milledge Rd Augusta GA 30904

United States Bankruptcy Court

Southern District of Georgia

In re:   RRG, Inc.

                                                                    Case No.

                                                                    Chapter    11

                    Debtor(s)

**Verification of Creditor Matrix**

       The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   _____01/31/2024_____

/s/ Mark Rinna
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____
Southern District of Georgia

**In re** RRG, Inc.

Case No. _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 10,000.00 _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $ 295.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor                    ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

      d. [Other provisions as needed]

Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/31/2024

_Date_

/s/ Bowen  Klosinski, 842225

_Signature of Attorney_

Klosinski Overstreet, LLP

_Name of law firm_
1229 Augusta West Pkwy
Augusta, GA 30909

## CORPORATE RESOLUTION

A special meeting of the Shareholders and Officers of RRG, Inc. was held on January 30, 2024, at the office of RRG, Inc.  The Shareholders and Officers were present and by their signatures below have waived any notice requirements and have consented to the company action taken herein.  Due to the company's financial difficulties and the threatened loss of critical assets, the undersigned have authorized the filing of a Chapter 11 Petition in bankruptcy by RRG, Inc. and have authorized the President to execute all documents necessary for said filing and have authorized the retention of Klosinski Overstreet, LLP to represent the company in the bankruptcy case.

_____
Mark Rinna, President

_____
Jane Rinna, Vice-President