1ST Choice Quality Heating
and Air 106 N Boundary St
Manning SC 29102

511 Sponsorship Georgia, LLC
420 S Hill St
Buford, GA 30518

7351 West Central LLC
899 Russell Lane
Milpitas, CA 95035

7351 West Central, LLC
899 Russell Lane
Milpitas, CA 95035

Aiken County Treasurer
P.O. Box 919
Aiken, SC 29802

Airgas National Welders Inc
P.O. Box 602792
Charlotte, NC 28260-2792

Allegra
320A Old Trolley Rd
Summerville, SC 2948

American Express
P. O. Box 60189
City of Industry CA 9171

Ascentium Capital Leasing
23970 US 59
Kingwood Area Texas 77339

Atlanta Computer Sol Inc
6735 Fox Creek Dr
Cumming, GA 30040

Augusta (Southpointe) WMA, LLC
8816 Six Forks Rd Suite 201
Raleigh, NC 27615

Augusta Southpointe WMA, LLC
8816 Six Forks Road
Suite 201
Raleigh, NC 27615

Automatic Fire Systems of
Augusta
3326 Mike Padgett Hwy
Augusta Ga 30906

B&C of Ohio
3062 Damascus Rd
Augusta, GA 30909

Belvina Investment Group LLC
1906 S. Main St
Santa Ana, CA 92707

Belvina Investment Group, LLC
1906 S. Main Street
Santa Ana, CA 92707

Berkeley County Treasurer
PO Box 6122
Neely, MS 39461

Berkeley County Treasurer
PO Box 3122
Moncks Corver, SC 29461

Berkeley Electirc Cooperative Inc
P.O. Box 340
Awendaw SC 29429-0340

Berkeley Locksmith Inc
128 Tall Pines Rd.
Ladson, S.C. 29456

Berlin's Restaurant Supply Inc.
5051 Rivers Ave.
North Charleston, SC 29

Burke County Health Department
P.O. Box 238
Waynesboro, GA. 30830

Burke County Tax Commissioner
P. O. Box 671
Waynesboro, GA 30830

Capital Signs and Awnings
PO Box 208804
Dallas, TX 75320-8804

Carl Townsend/ Carl's
Landscaping
300 Judy Drive Creek
Goose Creek, SC 29445

Carolina Air Care, Inc
885 E Butternut Rd
Summerville, SC 29483

Carolina Georgia Sound Inc
P.O. Box 14759
Augusta, GA 30909

Carolina Hot Wash
P.O. Box 81001
Charleston, SC 29416-1001

Carolina Sound Com Inc
P.O. Box 890711
Charlotte, NC. 28289-07

Cennox Commercial Services,
LLC
P.O. Box 779108
Chicago, IL 60677-9108

Charleston County Revenue
Collections Dep
P.O. Box 603533
Charlotte, NC 28260

Charleston County Treasurer
P.O. Box 603517
Charlotte, NC 28260

Charleston Electric
412 E 5th St
Summerville, SC 29483

Charleston Water System
P.O. Box 568
Charleston, SC 29402-0568

Cintas

City of Aiken
P.O. Box 2458
Aiken, SC 29802

City of Millen
P. O. Box 929
Millen, GA 30442

City of Waynesboro
615 N Liberty ST
Waynesboro, GA 30830

Coastal Waste & Recycling of
Georgia LLC
P.O. Box 25756
Miami, FL 33102-5756

Coca-Cola
P. O. Box 101086
Atlanta, GA 30392

Colleton County Treasurer
P.O. Box 8
Walterboro, SC 29488

Columbia Co. Tax Commissioner
P.O. Box 3030
Evans, Georgia 30809
Columbia Meats

Columbia Meats
PO Box 9201
Greenville, SC 29604

Comcast
P. O. Box105184
Atlanta, GA 30348-5184

CSE, Inc.
3182 Momentum Place
Chicago, IL 60689-53

Csra Hood Exhaust LLC
1861 Lodgepole Ave
North Augusta SC 2984
P. O. Box 498

D&D Commercial
777 Four Points Road West
Keysville, GA 30816

Diversified Properties Inc

Diversified Properties, Inc.
3112 Washington Road
Unit L
Augusta, GA 30907

Dominion Energy
P.O. Box 100255
Columbia, SC 29202-3255

Dorchester County Treasurer
P.O. Box 936782
Atlanta, GA 31193

Dr. Benjamin Weinberger
5213 High Vista Drive
Orefield, PA 18069

Ecolab Inc
6252 Network Place
Chicago, IL 60673-126

Equifax Workforce Solutions, LLC
4076 Paysphere Circle
Chicago, IL 60674

Eureka Investment Properties, LLC
11181 Ettrick Street
Oakland, CA 94605

Eureka Investment Properties, LLC 11181 Ettrick Street
Oakland,CA 94605

Evening Post Publishing Newspaper Group P.O. Box 604134
Charlotte, NC 28260-4134

Everette H. Newman Trustee #2 PO Box 1406
Anderson, SC 29622

Everette H. Newman Trustee #2
C/O Greene & Co.
PO Box 1406
Anderson, SC 29622

Fain Septic Tank Inc
P.O. Box 3437
Summerville, SC 29484-3437

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Garrett & Garrett
P.O. Box 36
Fountain Inn, SC 29644

Garrett Garrett
PO BOX 36
Fountain Inn, SC 29644

Gas South
P O Box 530552
Atlanta, GA 30353-0552

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Georgia Sound Communications
P.O. Box 890333
Charlotte, NC 28289-0333

Hansen's Wildlife Removal
1132 Shoreham Rd
Charleston SC 29412

Huggins Waste Services
71 Horsetrail Rd
Pembroke, GA 31321

J.A.C. Services, Inc.
107 Elk's Lodge Lane
Summerville, SC 294

JAM SC Investments
PO Box 478
Charleston, SC 29402

JAM-SC Investments, LLC
804 Green Valley Rd Suite 202
Greensboro, NC 27408

Jane
6640 Shade Tree Way
Cumming, GA 30040

Jefferson County Tax Commissioner
P. O. Box 426
Louisville, GA 30434

Jenkins County Tax Commissioner
P. O. Box 646
Millen, GA 30442

Johnson Controls Security Solutions
P.O. Box 371967
Pittsburgh, PA 15250-796

Julia K. Rodgers
Dancy Avenue
Savannah, GA 31419

Julia K. Rodgers
817 Dancy Avenue
Savannah, GA 31419

Julia Rodgers
817 Dancy Avenue
Savannah, GA 31419

Kay Chemicals
PO Box 32027
New York, NY 10087

Loomis
P.O. Box 120757
Dallas, TX 75312-0757

Louisville Pop, LLC
876 Sackettsford Rd
Ivyland, PA 18974 At

Louisville Pop, LLC
876 Sackells Ford Road
Warminster, PA 18974

M.K. Daniels Electric
3320 Westcliffe Ct
Augusta, GA 30907

Mark Rinna
6640 Shade Tree Way
Cumming, GA 30040

Master Lawn, LLC
4873 Old Belair Ln
Grovetown, GA 30813

McDuffie Co. Tax Comm.
P. O. Box 955
Thomson, GA 30824

Merchants Food Service
PO Box 1351
Hattiesburg, MS 39403-1351

Miller Signs Inc
2302 Air Park Rd.
N. Charleston, SC 2940

NCR Corp
14181 Collections Centre Drive
Chicago, IL 60693

North To South Plumbing
Services
1562 Sweet Myrtle Circle
Mt Pleasant SC 29466

Nuco2 Inc
P. O. Box 417902
Boston, MA 02241-7902

Pacific Premier Franchise Capital
17901 VON Karman Ave Suite 1200
Irvine, CA 92614

Parkway Assoc. LLC C/O Robert Pratt
9209 University Blvd.
Charleston, SC 29406

Parkway Associates, LLC
9209 University Blvd.
North Charleston, SC 29406

Parkway Plaza Inc of
Summerville University Blvd N.
Charleston, SC 29406

PLIC - SBD GRAND ISLAND
P.O. Box 77202
Minneapolis, MN 55480-720

Polar Refrig
1733 Harrogate Dr
Augusta, Ga 30906

Pye-Barker
P.O. Box 735358
Dallas, TX 75373-5358

RBI, Inc.
5505 Blue Lagoon Drive
Miami, FL 33126

Refrigeration Gaskets
121 Cuthbert Dr
Goose Creek SC 29445

RepublicServices
P.O.Box 9001099
Louisville, KY 40290-109

Richmond County Tax Commissioner
535 Telfair Street, Suite 100
Augusta, GA 30901

Robert Charles Isenberg
2855 Mulholland Hwy
Malibu, CA 90265

RotoRooter
136 Tanner Road
Greenville, SC 29607

SCPW
P.O. Box 63070
Charlotte, NC 28263-3070

See-Thru
721 Jackie Hart Rd.
Statesboro, Ga. 3046

Shoes For Crews, Inc.
P.O. Box 734176
Chicago, IL. 60673-4176

Space Providers, L.L.C.
P.O. Box 8374
Asheville, NC 28814

Space Providers, LLC
PO Box 8374
Asheville, NC 28814

Sparrow Enterprises
306 Legendres Dr
Goose Creek SC 29445

Steritech
PO Box 14095
Reading, PA 19612

Stratacache
40 N. Main St. Suite 2600
Dayton, OHIO 45423

Teresa Zielaznicki
P.O. Box 50312
Summerville, SC 29485

The Drain Surgeon
664 South Old Belair Rd Suite B
Grovetown. GA 30813

The McDuffie Progress
P. O. Box 1090
Thomson, GA 30824

UHS Premium Billing
P.O. Box 94017
Palatine, IL. 60094-4017

WYBO 929FM
2 Milledge Rd
Augusta GA 30904

United States Liability Insurance
Co
PO Box 62778
Baltimore, MD 21264-2778

Van Ness Holdings
Grovetown, LLC 5217
Atherton Bridge Road
Raleigh, NC 27613

VanNess Holdings Grovetown
LLC
5217 Atherton Bridge Rd
Raleigh, NC 2761

Viking Cloud Inc
Dept CH17101
Palantine IL 60055-7101

Wasserstrom Inc
P.O. Box 933469
Cleveland, OH 44193

Waste Management
P.O. Box 4648
Carol Stream, IL 60197-464

Whaley Food Service
P.O. Box 615
Lexington, SC 29071

William Means
P. O. Box 428
Lincolnton, NC 28092

William Means
PO Box 428
Lincolnton, NC 28092

Williams Sewer & Drain
887 Stagecoach Rd NE
Thomson, GA 30824

WTHO-FM, WTWA
788 Cedar Rock Rd NW
Thomson, GA 30824