# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**RRG, Inc.,**  
    Debtor.

Case No.:  24−10075−SDB

Judge:  Susan D. Barrett

Chapter:  11

**DEFICIENCY NOTICE REQUIRING NON−INDIVIDUAL DEBTOR TO FILE NECESSARY PAPERS**

Pursuant to the Bankruptcy Code and Rules, the following documents are due by **February 14, 2024** <u>unless</u> otherwise noted below:

    *Corporate Ownership Statement. See Rule 1007(a)(1)  
    *List of Equity Security Holders. See Rule 1007(a)(3)  
    *Schedule A/B: Real and Personal Property (Official Form 206A/B)  
    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)  
    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)  
    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)  
    *Schedule H: Codebtors (Official Form 206H)  
    *Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy (Official Form 207)  
    *Summary of Assets and Liabilities for Non−Individuals (Official Form 206Sum)

Links to all Official Bankruptcy Forms, AO Director's Bankruptcy Forms, local rules, local forms, and instructions are available on the Court's website at www.gasb.uscourts.gov.

Failure to file the aforementioned documents by the date shown above will cause your case to be dismissed with prejudice without further notice.

*Dana M. Wilson, Clerk*  
United States Bankruptcy Court  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated: **February 1, 2024**  
GASDEF2 [Rev. 09/22] AKG