IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| RRG, INC. ) | CASE NO. 24-10075 |
| ) | |
| DEBTOR. ) | |

## STATEMENT OF OPERATIONS

COMES NOW, the Debtor RRG, Inc. ("Debtor") and files this State of Operations in accordance with 11 U.S.C. Sec. 1116(1) and states as follows:

1. Formation and Current Ownership:  Debtor is a Georgia Domestic Corporation established on or about March 13, 2000, and is currently in good standing with the Georgia Secretary of State.  Debtor is solely owned by Mark Rinna and Jane Rinna.

2. Core Business and Geographical Area of Operation:  Debtor is a Popeye's franchisee that owns seventeen (17) Popeye's franchises.

3. Precipitating Events to Filing Bankruptcy and Bankruptcy Intent to Operate: Debtor is filing bankruptcy as a result of failing locations.  Debtor has approximately three Popeye's restaurants that have significantly lost money and caused a financial burden on the continued operation of the remaining restaurants.  Debtor has fallen behind on lease payments of remaining profitable restaurants and needs to cure those arrearages to avoid lease termination.  Debtor intends to continue the operation of its business during the bankruptcy while eliminating poor performing locations.

[END OF DOCUMENT]

Respectfully submitted this 31st day of January 2024.

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No.: 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255
bak@klosinski.com

CERTIFICATE OF SERVICE

I, Bowen A. Klosinski, of Klosinski Overstreet, LLP, do hereby certify that I have served a copy of the within and foregoing <u>STATEMENT OF OPERATIONS</u> upon:

Matthew E. Mills, Esq.
Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, Georgia 31401

By e-mail and/or mailing a copy through the United States mail with sufficient postage attached thereto to assure delivery.

This 31st day of January 2024.

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No.: 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255
bak@klosinski.com