IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| RRG, INC. ) | CASE NO. 24-10075-SDB |
| ) | |
| DEBTOR. ) | |

## MOTION FOR EXPEDITED HEARING ON MOTION TO PAY CRITICAL VENDOR

COMES NOW the Debtor who shows this Court the following:

1. The Debtor as Debtor-In-Possession has filed a Motion to Pay Critical Vendors.

2. The nature of the Motion requires expedited in hearing inasmuch as the Debtor needs to pay necessary expenses its critical vendors in order to keep inventory in its restaurants.

3. The Court has authority to set hearing on an expedited basis upon separate Motion and Certificate of Necessity.

WHEREFORE, the Debtor respectfully prays that this Court:

a) Expedite the hearing on the Debtor's Motion to pay critical vendors at the earliest date after approval of this Motion or such other time as the Court deems appropriate under the circumstances; and

b) Grant the Debtor any and all further relief as is just.

This 6th day of February, 2024.

                                                  /s/ Bowen A. Klosinski
                                                  Bowen A. Klosinski
                                                  Attorney for Debtor
                                                  Georgia Bar No. 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| RRG, INC. | ) | CASE NO. 24-10075-SDB |
| | ) | |
| DEBTOR. | ) | |

## **CERTIFICATE OF NEED**

The undersigned certifies that the Debtor's estate could suffer immediate and irreparable harm unless an expedited hearing is held to consider the Debtor's Expedited Hearing on Motion to pay Critical Vendors inasmuch as the Debtor needs to its critical vendor to keep supplying to Debtor.

This 6th day of February 2024.

                                                                              s/ Bowen A. Klosinski
                                                                              Bowen A. Klosinski
                                                                              Attorney for Debtor
                                                                              Georgia Bar No. 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255

CERTIFICATE OF SERVICE

I, Bowen A. Klosinski, of Klosinski Overstreet, LLP, do hereby certify that I have served a copy of the within and foregoing **MOTION FOR EXPEDITED HEARING ON MOTION TO PAY CRITICAL VENDORS, CERTIFICATE OF NEED, ORDER ON MOTION FOR EXPEDITED HEARING ON MOTION TO PAY CRITICAL VENDOR** upon:

Matthew E. Mills, Esq.
Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, Georgia 31401

Tiffany E. Caron
Subchapter V Trustee
Post Office Box 711
West Palm Beach, FL 33402

Bradford J. Sandler
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, Delaware 19801


By e-mail and/or mailing a copy through the United States mail with sufficient postage attached thereto to assure delivery.

THIS 6th day of February 2024.

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No.: 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255
bak@klosinski.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| RRG, INC. | ) | CASE NO. 24-<u>10075-SDB</u> |
| | ) | |
| DEBTOR. | ) | |

### ORDER ON MOTION FOR EXPEDITED HEARING ON MOTION TO PAY CRITICAL VENDOR

**THE** Motion for Expedited Hearing on Critical Vendor having been read and considered, and it appearing from the Debtor's Certificate of Need the Debtor may be entitled to the relief sought therein and a hearing is proper pursuant to Bankr. Rule 4001(b)(2),

**IT IS HEREBY ORDERED** that:

a) An expedited hearing on the Motion to pay Critical Vendor shall be set:

_____ As an Interim Hearing on the Motion scheduled for _____ at _____; OR

_____ As a Final Hearing on the Motion to pay Critical Vendor scheduled for _____ at _____.

[END OF DOCUMENT]

Prepared By:

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No.: 842225
KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255
bak@klosinski.com