# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**RRG, Inc.,**<br>    Debtor. | Case No.:  24−10075−SDB<br>Judge:  Susan D. Barrett<br>Chapter:  11 |

## NOTICE OF EXPEDITED HEARING

Notice is given that a Hearing will be held on:

*February 16, 2024, at 11:30 AM*
*Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901*

to consider and act upon the following:

Motion to Authorize Payment to Critical Vendors filed February 6, 2024 by Debtor

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **February 7, 2024**

*B−33 [Rev. 11/23]* **AKG**