IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| RRG, INC. ) | CASE NO. 24-<u>10075-SDB</u> |
| ) | |
| DEBTOR. ) | |

**ORDER GRANTING AUTHORITY TO USE OF**

**CASH COLLATERAL AND GRANTING REPLACEMENT LIEN**

    The Debtor herein, RRG, INC. having applied to this Court for authority to use certain cash collateral consisting of bank account balances and pre-petition account receivables in the amount of _____.

    AND, said motion having duly come on to be heard before this Court on_____ _____ and the Court having heard RRG, INC. in support of said Application;

**AND,** it appearing that notice of these proceedings need not have been given to any other party; and it further appearing that the relief requested in Debtor's Application is in the best interest of all parties concerned.

**NOW, THEREFORE,** upon the Debtor's Application for Authority to Use Cash Collateral and Grant Replacement Lien, with attachments thereto it is

**ORDERED,** that the Debtor is hereby granted authority, pursuant to **11** U.S.C. §363, to use the proceeds of the Warehouse Business herein in the sum of approximately $_____ _____for the purpose of operating the Franchisee Business as identified in Exhibit "B" attached to the Motion and incorporated herein by reference as a Debtor-in-Possession under Chapter I I of the U.S. Bankruptcy Code; and it is further

**ORDERED** that nothing herein shall prohibit the Debtor from challenging the extent, validity, or priority of any pre-petition lien of any creditor alleging a lien on cash collateral or accounts receivables.

**[END OF DOCUMENT]**

Presented By:

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Georgia Bar No. 842225
Attorney for Debtor
KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909