IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| RRG, INC. ) | CASE NO. 24-10075-SDB |
| ) | |
| DEBTOR. ) | |

**INTERIM ORDER ON SECOND AMENDED MOTION TO AUTHORIZE CRITICAL VENDOR PAYMENT ON PREPETITION DEBT**

Upon the Motion of RRG, Inc., the Debtor and Debtor-In-Possession in the above-captioned Chapter 11 case (the "Debtor"), to Authorize Critical Vendor Payment on Prepetition Debt (the "Motion")[1], the Court finds as follows:

**Jurisdiction**

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334, Venue of this proceeding is proper pursuant to 28 U.S.C. §§1408 and 1409.  This is a core proceeding within the meaning of 28 U.S.C. §157(b).

---

[1] Terms not otherwise defined herein shall have the meaning set forth in the Motion.

**Background**

2. On January 31, 2024 ("Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor is authorized to operate its business as a debtor-in-possession pursuant to Sections 1101, 1107, 1108 & 1182 of the Bankruptcy Code.

3. The Debtor is a Popeye's franchisee and operates multiple locations.

4. Absent the protections set forth herein, Columbia has informed the Debtor that it will not provide goods and services to the Debtor.

5. The Debtor believes that the goods and services supplied by Columbia Meats, Inc. ("Columbia") are critical to its operation in that its business could not continue to operate and provide a feasible plan without access to such goods and services.

IT IS THEREFORE, ADJUDGED ORDERED AND DECREED THAT:

a. Columbia is approved as a critical vendor;

b. Debtor and Columbia shall establish procedures that will allow Columbia to keep supplying to Debtor;

c. Debtor shall be authorized to cure prepetition arrearage owed to Columbia by paying to Columbia $15,000.00 a per week, effective as of January 31, 2024;

d. The notice provisions of Bankruptcy Rule 6004(a) and (h) are hereby waived.

[END OF DOCUMENT]

PRESENTED BY:

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No. 842225
KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway

Augusta, Georgia 30909
706-863-2255
bak@klosinski.com