IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| RRG, INC., ) | CASE NO. <u>24-10075-SDB</u> |
|     DEBTOR. ) | |

**<u>STATUS REPORT</u>**

COMES NOW RRG, Inc., as Debtor-in-possession ("Debtor") in the above-captioned case and files this Status Report pursuant to 11 U.S.C. §1188(c) and the Order Scheduling Status Conference entered in this case on February 2, 2024, (Dkt.#14) and shows the Court the following:

1. On January 31, 2024, the Debtor filed a voluntary petition under SubChapter V of Chapter 11 of the United States Bankruptcy Code.

2. The Debtor is in possession of its property and is operating its fast food restaurant business as Debtor-in-Possession.

3. The Initial Debtor interview was held on March 1, 2024. The 341 (a) meeting of creditors was held on March 7, 2024. Debtor's Monthly Operating Report for February 2024 will be filed contemporaneously with this Status Report on March 20, 2024.

4. The Debtor's creditors consists of 17 lessors of real property, multiple secured creditors, priority debt, and unsecured creditors. The Debtor, by and through its counsel, has been in contact with creditors and has filed motions seeking approval of use of cash collateral, rejection and acceptance of leases, retention of collateral in order to confirm a consensual plan.

5. Debtor is current on all obligations with secured creditors.

6. Debtor is in discussions with assumed lease lessors to cure pre and post-petition arrearage.

7. Debtor is continued negotiations with a potential purchaser.

8.  Debtor believes that a plan can be implemented that will pay a 100% dividend to all unsecured creditors.

9.  The Debtor, through counsel, has also had phone conversations and electronic correspondence with Tiffany Caron, the Subchapter V Trustee in this case, counsel for the lessors, counsel for Premier Lending, and counsel with the franchisor of Debtor. The conversations include the Debtor's intentions with respect to the Plan and steps to be taken in an attempt to confirm consensual Plan. The Trustee has been proactive in assisting the Debtor.

This 20th day of March 2024.

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No. 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255
bak@klosinski.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RRG, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10075 |
| | ) | |

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing "STATUS REPORT" upon all parties by placing a copy of same in the United States Mail, postage pre-paid and properly addressed as follows:

See attached mailing matrix

This is to certify that the below-named parties have this day been served a copy of the above-referenced document via CM/ECF electronic mail:

Office of the U.S. Trustee
E-mail: Ustpregion21.sv.ecf@usdoj.gov

Tiffany E. Caron
E-mail: tiffany.caron@hotmail.com

This 20th day of March, 2024.

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No. 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
(706) 863-2255
bak@klosinski.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-1<br>Case 24-10075-SDB<br>Southern District of Georgia<br>Augusta<br>Fri Mar 15 09:27:54 EDT 2024 | 1ST Choice Quality Heating and Air<br>106 N Boundary St<br>Manning SC 29102-3204 | 511 Sponsorship Georgia, LLC<br>420 S Hill St<br>Buford, GA 30518-3220 |
| (p)7351 WEST CENTRAL LLC<br>ATTN C/O KHOA PHUNG<br>899 RUSSELL LANE<br>MILPITAS CA 95035-3319 | Aiken County Treasurer<br>P.O. Box 919<br>Aiken, SC 29802-0919 | Airgas National Welders Inc<br>P.O. Box 602792<br>Charlotte, NC 28260-2792 |
| Allegra<br>320A Old Trolley Rd<br>Summerville, SC 29485-4949 | American Express<br>P. O. Box 60189<br>City of Industry CA 91716-0189 | Ascentium Capital Leasing<br>23970 US 59<br>Kingwood Area Texas 77339-1535 |
| Atlanta Computer Sol Inc<br>6735 Fox Creek Dr<br>Cumming, GA 30040-6659 | Augusta (Southpointe) WMA, LLC<br>8816 Six Forks Rd Suite 201<br>Raleigh, NC 27615-2983 | Automatic Fire Systems of Augusta<br>3326 Mike Padgett Hwy<br>Augusta Ga 30906-3741 |
| B&C of Ohio<br>3062 Damascus Rd<br>Augusta, GA 30909-4068 | Belvina Investment Group, LLC<br>1906 S. Main Street<br>Santa Ana, CA 92707-2828 | Berkeley County Treasurer<br>PO Box 3122<br>Moncks Corver, SC 29461 |
| Berkeley County Treasurer<br>PO Box 6122<br>Neely, MS 39461 | Berkeley Electric Cooperative<br>1732 US-52 W<br>Moncks Corner, SC 29461-5010 | Berkeley Electric Cooperative Inc<br>P.O. Box 340<br>Awendaw SC 29429-0340 |
| (c)BERKELEY LOCKSMITH INC<br>128 TALL PINES CT<br>LADSON SC  29456-3105 | Berlin's Restaurant Supply Inc.<br>5051 Rivers Ave.<br>North Charleston, SC 29406-6303 | Bradford J. Sandler<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, Delaware 19801-3034 |
| Burke County Health Department<br>P.O. Box 238<br>Waynesboro, GA. 30830-0238 | Burke County Tax Commissioner<br>P. O. Box 671<br>Waynesboro, GA 30830-0671 | CSE, Inc.<br>3182 Momentum Place<br>Chicago, IL 60689-0001 |
| Capital Signs and Awnings<br>PO Box 208804<br>Dallas, TX 75320-8804 | Carl Townsend/Carl's Landscaping<br>300 Judy Drive Creek<br>Goose Creek, SC 29445-3624 | Carolina Air Care Heating & Air LLC<br>885 E Butternut Road<br>Summerville, SC 29483-8434 |
| Carolina Air Care, Inc<br>885 E Butternut Rd<br>Summerville, SC 29483-8434 | Carolina Georgia Sound Inc<br>P.O. Box 14759<br>Augusta, GA 30919-0759 | Carolina Hot Wash<br>P.O. Box 81001<br>Charleston, SC 29416-1001 |

| | | |
|---|---|---|
| Carolina Sound Com Inc<br>P.O. Box 890711<br>Charlotte, NC. 28289-0711 | Tiffany E. Caron<br>P.O. Box 711<br>West Palm Beach, FL 33402-0711 | Cennox Commercial Services, LLC<br>P.O. Box 779108<br>Chicago, IL 60677-9108 |
| Charleston County Revenue Collections Dep<br>P.O. Box 603533<br>Charlotte, NC 28260-3533 | Charleston County Treasurer<br>P.O. Box 603517<br>Charlotte, NC 28260-3517 | Charleston Electric<br>412 E 5th St<br>Summerville, SC 29483 |
| Charleston Electric LLC<br>412 E 5th North Street<br>Summerville, SC 29483-6881 | (p)CHARLESTON WATER SYSTEM<br>PO BOX B<br>CHARLESTON SC 29402-0017 | City of Aiken<br>P.O. Box 2458<br>Aiken, SC 29802-2458 |
| City of Millen<br>P. O. Box 929<br>Millen, GA 30442-0929 | City of Waynesboro<br>615 N Liberty ST<br>Waynesboro, GA 30830-1499 | Mark A. Cleary<br>1223 George C. Wilson Dr<br>Augusta, GA 30909-4502 |
| Coastal Waste & Recycling of Georgia LLC<br>P.O. Box 25756<br>Miami, FL 33102-5756 | Coca-Cola<br>P. O. Box 101086<br>Atlanta, GA 30392-1086 | Colleton County Treasurer<br>P.O. Box 8<br>Walterboro, SC 29488-0001 |
| Timothy Jerome Colletti<br>Baker, Donelson, Bearman, Caldwell & Ber<br>3414 Peachtree Road NE, Suite 1500<br>Atlanta, GA 30326-1114 | Columbia Co. Tax Commissioner<br>P.O. Box 3030<br>Evans, Georgia 30809-0077 | Columbia Meats<br>PO Box 9201<br>Greenville, SC 29604-9201 |
| Comcast<br>P. O. Box 105184<br>Atlanta, GA 30348-5184 | Csra Hood Exhaust LLC<br>1861 Lodgepole Ave<br>North Augusta SC 29841-2128 | D&D Commercial<br>777 Four Points Road West<br>Keysville, GA 30816-4556 |
| D&D Commercial Service<br>Oliver Disher<br>777 Four Points Road West<br>Keysville, GA 30816-4556 | Diversified Properties, Inc.<br>3112 Washington Road<br>Unit L<br>Augusta, GA 30907-0822 | Dominion Energy<br>P.O. Box 100255<br>Columbia, SC 29202-3255 |
| (p)DOMINION ENERGY<br>ATTN ATTN BANKRUPTCY<br>220 OPERATION WAY MAIL CODE C222<br>CAYCE SC 29033-3701 | Dorchester County Treasurer<br>P.O. Box 936782<br>Atlanta, GA 31193-6782 | Dr. Benjamin Weinberger<br>5213 High Vista Drive<br>Orefield, PA 18069-9117 |
| Davis A. Dunaway<br>Hull Barrett, PC<br>801 Broad Street<br>7th Floor<br>Augusta, GA 30901-1231 | Ecolab Inc<br>6252 Network Place<br>Chicago, IL 60673-0001 | Equifax Workforce Solutions, LLC<br>4076 Paysphere Circle<br>Chicago, IL 60674-0001 |

Eureka Investment Properties, LLC
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308-2343

Eureka Investment Properties, LLC
11181 Ettrick Street
Oakland, CA 94605-5529

Evening Post Publishing Newspaper Group P.O.
Charlotte, NC 28260-4134

Everette H. Newman Trustee #2
C/O Greene & Co.
PO Box 1406
Anderson, SC 29622-1406

Fain Septic Tank Inc
P.O. Box 3437
Summerville, SC 29484-3437

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Garrett & Garrett
P.O. Box 36
Fountain Inn, SC 29644-0036

Garrett Garrett
PO BOX 36
Fountain Inn, SC 29644-0036

Gas South
P O Box 530552
Atlanta, GA 30353-0552

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Georgia Sound Communications
P.O. Box 890333
Charlotte, NC 28289-0333

Hansen's Wildlife Removal
1132 Shoreham Rd
Charleston SC 29412-9364

Nathan Edward Huff
Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, GA 30909-4502

Huggins Waste Services
71 Horsetrail Rd
Pembroke, GA 31321-5266

J.A.C. Services, Inc.
107 Elk's Lodge Lane
Summerville, SC 29483-3852

JAM SC Investments
PO Box 478
Charleston, SC 29402-0478

JAM-SC Investments, LLC
804 Green Valley Rd Suite 202
Greensboro, NC 27408-7044

James Testi
4441 Shadowmoor Drive
Martinez, GA 30907-4508

Jane
6640 Shade Tree Way
Cumming, GA 30040-8703

Jefferson County Tax Commissioner
P. O. Box 426
Louisville, GA 30434-0426

Jenkins County Tax Commissioner
611 E Winthrope Avenue
Millen, GA 30442-1833

Jenkins County Tax Commissioner
P. O. Box 646
Millen, GA 30442-0646

Johnson Controls Security Solutions
P.O. Box 371967
Pittsburgh, PA 15250-7967

Julia K. Rodgers
817 Dancy Avenue
Savannah, GA 31419-3007

Julia K. Rodgers
Dancy Avenue
Savannah, GA 31419

Julia Rodgers
817 Dancy Avenue
Savannah, GA 31419-3007

Kay Chemicals
PO Box 32027
New York, NY 10087-2027

Bowen Anderson Klosinski
Klosinski Overstreet
1229 Augusta West Parkway
Augusta, GA 30909-1807

Jon A. Levis
Levis Law Firm, LLC
P O Box 129
Swainsboro, GA 30401-0129

Loomis
P.O. Box 120757
Dallas, TX 75312-0757

Louisville Pop, LLC
876 Sackells Ford Road
Warminster, PA 18974-1330

Louisville Pop, LLC
876 Sackettsford Rd
Ivyland, PA 18974-1330

M.K. Daniels Electric
3320 Westcliffe Ct
Augusta, GA 30907-3623

Francesca Macchiaverna
Hunter Maclean Exley & Dunn P.C.
200 E. Saint Julian Place
P O Box 9848
Savannah, GA 31412-0048

Mark Rinna
6640 Shade Tree Way
Cumming, GA 30040-8703

Master Lawn, LLC
4873 Old Belair Ln
Grovetown, GA 30813-4529

McDuffie Co. Tax Comm.
P. O. Box 955
Thomson, GA 30824-0955

Merchants Food Service
PO Box 1351
Hattiesburg, MS 39403-1351

Miller Signs Inc
2302 Air Park Rd.
N. Charleston, SC 29406-6159

Olivia Ryan Mooney
Lewis Brisbois Bisgaard & Smith LLP
600 Peachtree Street
Ste 4700
Ste 1950
Atlanta, GA 30308-2223

NCR Corp
14181 Collections Centre Drive
Chicago, IL 60693-0001

North To South Plumbing Services
1562 Sweet Myrtle Circle
Mt Pleasant SC 29466-8093

Nuco2 Inc
P. O. Box 417902
Boston, MA 02241-7902

Office of the U. S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401-3331

(p)THE PRINCIPAL FINANCIAL GROUP
711 HIGH ST
DES MOINES IA 50392-0001

Pacific Premier Bank
c/o Kevin Stine, Baker Donelson
1500 Monarch Tower, Suite 1500
3414 Peachtree Road, NE
Atlanta, GA 30326-1153

Pacific Premier Bank
17901 Von Karman Ave., Ste. 1200
Irvine, CA 92614-5248

Pacific Premier Franchise Capital
17901 VON Karman Ave Suite 1200
Irvine, CA 92614-5248

Parkway Assoc. LLC C/O Robert Pratt
9209 University Blvd.
Charleston, SC 29406-9122

Parkway Associates, LLC
9209 University Blvd.
North Charleston, SC 29406-9122

Parkway Plaza of Summerville Property Owners
9209 University Blvd
N. Charleston, SC 29406-9122

Polar Refrig
1733 Harrogate Dr
Augusta, Ga 30906-9122

Pye-Barker
P.O. Box 735358
Dallas, TX 75373-5358

RBI, Inc.
5505 Blue Lagoon Drive
Miami, FL 33126-2029

RRG, Inc.
6640 Shade Tree Way
Cumming, GA 30040-8703

Refrigeration Gaskets
121 Cuthbert Dr
Goose Creek SC 29445-3319

RepublicServices
P.O.Box 9001099
Louisville, KY 40290-1099

Richard Rhoden
Rhoden CPA Firm
808 Greene Street
Augusta, GA 30901-0217

Richmond County Tax Commissioner
535 Telfair Street, Suite 100
Augusta, GA 30901-2372

Robert Charles Isenberg
2855 Mulholland Hwy
Malibu, CA 90265

| | | |
|---|---|---|
| RotoRooter<br>136 Tanner Road<br>Greenville, SC 29607-5917 | SCPW<br>P.O. Box 63070<br>Charlotte, NC 28263-3070 | See-Thru<br>721 Jackie Hart Rd.<br>Statesboro, Ga. 30461-7001 |
| Shoes For Crews, Inc.<br>P.O. Box 734176<br>Chicago, IL. 60673-4176 | Space Providers of Asheville, LLC<br>Post Office Box 8374<br>Asheville, NC 28814-8374 | Space Providers, LLC<br>PO Box 8374<br>Asheville, NC 28814-8374 |
| Sparrow Enterprises<br>306 Legendres Dr<br>Goose Creek SC 29445-7368 | Steritech<br>PO Box 14095<br>Reading, PA 19612 | Kevin A. Stine<br>Baker Donelson Bearman Caldwell<br>& Berkowitz PC<br>1600 Monarch Plaza, 3414 Peachtree Rd NE<br>Atlanta, GA 30326 |
| Stratacache<br>40 N. Main St. Suite 2600<br>Dayton, OHIO 45423-1008 | Teresa Zielaznicki<br>P.O. Box 50312<br>Summerville, SC 29485-0312 | The Drain Surgeon<br>664 South Old Belair Rd Suite B<br>Grovetown. GA 30813-5518 |
| The McDuffie Progress<br>P. O. Box 1090<br>Thomson, GA 30824-1090 | UHS Premium Billing<br>P.O. Box 94017<br>Palatine, IL. 60094-4017 | United States Liability Insurance Co<br>PO Box 62778<br>Baltimore, MD 21264-2778 |
| Van Ness Holdings Grovetown, LLC<br>5217 Atherton Bridge Road<br>Raleigh, NC 27613-5383 | VanNess Holdings Grovetown LLC<br>5217 Atherton Bridge Rd<br>Raleigh, NC 27613-5383 | Viking Cloud Inc<br>Dept CH17101<br>Palantine IL 60055-7101 |
| WTHO-FM, WTWA<br>788 Cedar Rock Rd NW<br>Thomson, GA 30824-7642 | WYBO 929FM<br>2 Milledge Rd<br>Augusta GA 30904-3063 | Wasserstrom Inc<br>P.O. Box 933469<br>Cleveland, OH 44193-0040 |
| Waste Management<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | Wells Fargo Vendor Financial Services<br>1010 Thomas Edison Boulevard, SW<br>Cedar Rapids, IA 52404-8247 | Whaley Food Service<br>P.O. Box 615<br>Lexington, SC 29071-0615 |
| Mark L. Wilhelmi<br>Mark L. Wilhelmi, PC<br>Cadence Bank Building<br>3527 Wheeler Rd. Suite 401<br>Augusta, GA 30909-6718 | William Means<br>1184 Downing Court<br>Lincolnton, NC 28092-7434 | William Means<br>P. O. Box 428<br>Lincolnton, NC 28092 |
| Williams Sewer & Drain<br>887 Stagecoach Rd NE<br>Thomson, GA 30824-6612 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 7351 West Central, LLC<br>899 Russell Lane<br>Milpitas, CA 95035 | Charleston Water System<br>P.O. Box 568<br>Charleston, SC 29402-0568 | Dominion Energy South Carolina, Inc.<br>220 Operation Way<br>MC-OSC1A<br>Cayce, SC 29033 |
| PLIC - SBD GRAND ISLAND<br>P.O. Box 77202<br>Minneapolis, MN 55480-720 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Berkeley Locksmith Inc
128 Tall Pines Rd.
Ladson, S.C. 29456

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)7351 West Central LLC | (d)Tiffany E. Caron<br>P.O. Box 711<br>West Palm Beach, FL 33402-0711 | (u)Cintas |
| (u)Merchants | (u)Julia Rodgers | (u)William Paul Means, Jr. |

End of Label Matrix
Mailable recipients    147
Bypassed recipients      6
Total                  153