IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: </br></br>RRG, INC., </br></br>              Debtor. | ) </br> ) </br> ) CHAPTER 11 </br> ) CASE NO. 24-10075-SDB </br> ) </br> ) |

**MOTION FOR PAYMENT OF
<u>ADMINISTRATIVE EXPENSE OF PERFORMANCE FOOD GROUP</u>[1]**

NOW COMES PERFORMANCE FOOD GROUP ("<u>PFG</u>"), by and through undersigned counsel, and hereby moves this court for an Order allowing PFG's Administrative Expense Claim, as defined herein, and shows the court as follows:

1. This Court has jurisdiction for this Motion as relief is sought under 11 U.S.C. §§ 503 and 507.

2. On January 31, 2024 (the "<u>Petition Date</u>"), the above-captioned debtor (the "<u>Debtor</u>") filed a voluntary petition for relief under subchapter V of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), commencing the above-captioned case in this Court.

3. PFG supplies food products and other related goods to the Debtor relating to the operation of their Popeyes restaurants. Certain of the goods were supplied to the Debtor in the ordinary course of business within 20 days prior to the Petition Date. The invoices relating to these goods remain unpaid. A listing of the invoices is attached hereto as **<u>Exhibit A</u>** and incorporated herein.

---

[1] Performance Food Group is one in the same as the Merchants Company, LLC that has been referenced in prior motions and orders.

4. Because the goods in question were supplied within 20 days prior to the Petition Date in the ordinary course of the Debtor's business, and the invoices for such goods have not yet been paid, the Debtor owes to PFG no less than **$397,414.02** as an administrative expense.

WHEREFORE, PFG requests that this Court enter an Order, substantially in the form attached hereto as **Exhibit B**, establishing that its claim as described herein, in the amount of **$397,414.02**, is entitled to administrative priority status pursuant to section 503(b)(9) of the Bankruptcy Code, which allows for the value of goods sold to and received by the Debtor in the ordinary course of business within 20 days before the Petition Date to have administrative priority status.

This 27th day of March, 2024.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Performance Food Group a/k/a Merchants
nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, GA 30909
(706) 860-9995

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and Trustee of record.

This 27th day of March, 2024.

/s/ Nathan E. Huff
Nathan E. Huff