# EXHIBIT A

## Invoice Listing

| Cust ID | Inv Num | Inv Date | Due Date | Amount |
|---|---|---|---|---|
| 88004425 | 2335552 | 1/10/2024 | 1/24/2024 | $4,173.60 |
| 88007088 | 2335365 | 1/10/2024 | 1/24/2024 | $4,139.39 |
| 88004430 | 2335550 | 1/10/2024 | 1/24/2024 | $5,614.54 |
| 88004420 | 2336183 | 1/10/2024 | 1/24/2024 | $6,893.07 |
| 88004424 | 2336178 | 1/10/2024 | 1/24/2024 | $5,757.36 |
| 88013866 | 2335545 | 1/10/2024 | 1/24/2024 | $3,344.76 |
| 88013679 | 2335335 | 1/10/2024 | 1/24/2024 | $3,917.74 |
| 88004423 | 2337862 | 1/11/2024 | 1/25/2024 | $5,316.62 |
| 88004427 | 2338026 | 1/11/2024 | 1/25/2024 | $3,803.05 |
| 88004426 | 2337863 | 1/11/2024 | 1/25/2024 | $4,848.90 |
| 88012950 | 2337538 | 1/11/2024 | 1/25/2024 | $5,231.69 |
| 88004429 | 2337871 | 1/11/2024 | 1/25/2024 | $3,525.74 |
| 88004425 | 2339548 | 1/14/2024 | 1/28/2024 | $5,963.03 |
| 88007088 | 2339216 | 1/14/2024 | 1/28/2024 | $4,683.03 |
| 88012849 | 2339219 | 1/14/2024 | 1/28/2024 | $9,366.23 |
| 88013679 | 2339178 | 1/14/2024 | 1/28/2024 | $2,108.52 |
| 88013866 | 2339538 | 1/14/2024 | 1/28/2024 | $3,633.48 |
| 88004424 | 2339733 | 1/14/2024 | 1/28/2024 | $4,450.83 |
| 88013349 | 2340581 | 1/15/2024 | 1/29/2024 | $7,410.91 |
| 88012950 | 2341044 | 1/15/2024 | 1/29/2024 | $6,754.17 |
| 88004423 | 2341263 | 1/15/2024 | 1/29/2024 | $3,784.76 |
| 88004426 | 2341192 | 1/15/2024 | 1/29/2024 | $3,401.28 |
| 88004427 | 2341262 | 1/15/2024 | 1/29/2024 | $3,769.51 |
| 88004429 | 2341198 | 1/15/2024 | 1/29/2024 | $3,910.35 |
| 88004449 | 2341196 | 1/15/2024 | 1/29/2024 | $4,082.84 |
| 88004431 | 2341195 | 1/15/2024 | 1/29/2024 | $6,505.57 |
| 88013866 | 2343726 | 1/17/2024 | 1/31/2024 | $3,755.79 |
| 88004424 | 2343843 | 1/17/2024 | 1/31/2024 | $7,313.19 |
| 88004429 | 2343072 | 1/17/2024 | 1/31/2024 | $4,106.56 |
| 88004425 | 2343734 | 1/17/2024 | 1/31/2024 | $4,569.12 |
| 88012849 | 2343201 | 1/17/2024 | 1/31/2024 | $3,769.59 |
| 88007088 | 2343197 | 1/17/2024 | 1/31/2024 | $4,741.76 |
| 88013679 | 2343188 | 1/17/2024 | 1/31/2024 | $3,684.23 |
| 88004430 | 2343732 | 1/17/2024 | 1/31/2024 | $4,765.26 |
| 88004420 | 2343848 | 1/17/2024 | 1/31/2024 | $7,966.25 |
| 88004423 | 2345287 | 1/18/2024 | 2/1/2024 | $4,769.61 |
| 88004427 | 2345278 | 1/18/2024 | 2/1/2024 | $4,412.99 |
| 88004426 | 2345283 | 1/18/2024 | 2/1/2024 | $5,388.86 |
| 88012950 | 2345086 | 1/18/2024 | 2/1/2024 | $7,252.13 |
| 88007088 | 2347062 | 1/21/2024 | 2/4/2024 | $3,905.81 |
| 88012849 | 2347065 | 1/21/2024 | 2/4/2024 | $5,818.04 |
| 88004425 | 2347571 | 1/21/2024 | 2/4/2024 | $5,714.92 |
| 88013866 | 2347564 | 1/21/2024 | 2/4/2024 | $4,301.86 |
| 88013679 | 2347221 | 1/21/2024 | 2/4/2024 | $2,618.95 |
| 88004424 | 2347787 | 1/21/2024 | 2/4/2024 | $3,486.49 |
| 88004431 | 2349617 | 1/22/2024 | 2/5/2024 | $6,806.05 |

| | | | | |
|---|---|---|---|---|
| 88004423 | 2349712 | 1/22/2024 | 2/5/2024 | $4,935.61 |
| 88004426 | 2349614 | 1/22/2024 | 2/5/2024 | $5,473.11 |
| 88004427 | 2349711 | 1/22/2024 | 2/5/2024 | $4,426.05 |
| 88012950 | 2349232 | 1/22/2024 | 2/5/2024 | $6,382.79 |
| 88013349 | 2348830 | 1/22/2024 | 2/5/2024 | $2,793.75 |
| 88004449 | 2349618 | 1/22/2024 | 2/5/2024 | $4,510.12 |
| 88004429 | 2349620 | 1/22/2024 | 2/5/2024 | $4,787.98 |
| 88004425 | 2353700 | 1/24/2024 | 2/7/2024 | $4,839.40 |
| 88004424 | 2353762 | 1/24/2024 | 2/7/2024 | $5,232.94 |
| 88012849 | 2352939 | 1/24/2024 | 2/7/2024 | $6,841.29 |
| 88007088 | 2352936 | 1/24/2024 | 2/7/2024 | $5,351.02 |
| 88004430 | 2353698 | 1/24/2024 | 2/7/2024 | $6,542.28 |
| 88004420 | 2353767 | 1/24/2024 | 2/7/2024 | $7,793.54 |
| 88013679 | 2353087 | 1/24/2024 | 2/7/2024 | $4,023.63 |
| 88013349 | 2354859 | 1/25/2024 | 2/8/2024 | $2,889.06 |
| 88012950 | 2355114 | 1/25/2024 | 2/8/2024 | $5,894.67 |
| 88005655 | 2355116 | 1/25/2024 | 2/8/2024 | $4,509.16 |
| 88004426 | 2355558 | 1/25/2024 | 2/8/2024 | $3,764.50 |
| 88004423 | 2355557 | 1/25/2024 | 2/8/2024 | $3,793.92 |
| 88004427 | 2355633 | 1/25/2024 | 2/8/2024 | $6,102.59 |
| 88004429 | 2355567 | 1/25/2024 | 2/8/2024 | $3,944.71 |
| 88004425 | 2358014 | 1/28/2024 | 2/11/2024 | $6,430.97 |
| 88004424 | 2358017 | 1/28/2024 | 2/11/2024 | $4,340.72 |
| 88007088 | 2357239 | 1/28/2024 | 2/11/2024 | $4,865.94 |
| 88013866 | 2358006 | 1/28/2024 | 2/11/2024 | $50.41 |
| 88013866 | 2358007 | 1/28/2024 | 2/11/2024 | $4,281.79 |
| 88004423 | 2360038 | 1/29/2024 | 2/12/2024 | $4,771.28 |
| 88004423 | 2360039 | 1/29/2024 | 2/12/2024 | $575.92 |
| 88004427 | 2360036 | 1/29/2024 | 2/12/2024 | $3,546.33 |
| 88004427 | 2360037 | 1/29/2024 | 2/12/2024 | $575.92 |
| 88004426 | 2360005 | 1/29/2024 | 2/12/2024 | $7,552.91 |
| 88004426 | 2360006 | 1/29/2024 | 2/12/2024 | $575.92 |
| 88012950 | 2359468 | 1/29/2024 | 2/12/2024 | $577.17 |
| 88012950 | 2359467 | 1/29/2024 | 2/12/2024 | $4,033.58 |
| 88004449 | 2360012 | 1/29/2024 | 2/12/2024 | $575.92 |
| 88004449 | 2360011 | 1/29/2024 | 2/12/2024 | $4,605.35 |
| 88013349 | 2358985 | 1/29/2024 | 2/12/2024 | $576.34 |
| 88013349 | 2358984 | 1/29/2024 | 2/12/2024 | $2,641.73 |
| 88004429 | 2360015 | 1/29/2024 | 2/12/2024 | $3,162.92 |
| 88004429 | 2360016 | 1/29/2024 | 2/12/2024 | $575.92 |
| 88004431 | 2360009 | 1/29/2024 | 2/12/2024 | $6,524.32 |
| 88004431 | 2360010 | 1/29/2024 | 2/12/2024 | $575.51 |
| 88004425 | 2363757 | 1/31/2024 | 2/14/2024 | $5,777.77 |
| 88007088 | 2363078 | 1/31/2024 | 2/14/2024 | $4,579.29 |
| 88004424 | 2363839 | 1/31/2024 | 2/14/2024 | $5,292.16 |
| 88012849 | 2363082 | 1/31/2024 | 2/14/2024 | $9,953.80 |
| 88013679 | 2363089 | 1/31/2024 | 2/14/2024 | $4,612.61 |

| | | | | | |
|---|---|---|---|---|---|
| 88013866 | 2363749 | 1/31/2024 | 2/14/2024 | $3,369.47 | |
| 88005655 | 2363079 | 1/31/2024 | 2/14/2024 | $548.26 | |
| 88004430 | 2363754 | 1/31/2024 | 2/14/2024 | $6,246.25 | |
| 88004420 | 2363844 | 1/31/2024 | 2/14/2024 | $8,604.88 | |
| | | | | $440,771.91 | |
| | | | PACA Carve-Out | $43,357.89 | |
| | | | | **$397,414.02** | Total 503b-9 Administrative Claim net PACA |