# EXHIBIT B

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | ) |
| | ) |
| RRG, INC., | ) CHAPTER 11 |
| | ) CASE NO. 24-10075-SDB |
| Debtor. | ) |
| | ) |

**ORDER GRANTING MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM**

This above matter coming before this Court for hearing; IT IS HEREBY ORDERED that PERFORMANCE FOOD GROUP'S Motion for Allowance of Administrate Expense Claim pursuant to 11 U.S.C. § 503(b) is GRANTED and the claim of **$397,414.02** is hereby ordered allowed as an administrative claim.

**[End of Document]**

2

Presented by:

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Performance Food Group
(706) 860-9995
nhuff@cwhllp.com