# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**RRG, Inc.,**  
    Debtor.

Case No.:   24−10075−SDB  
Judge:   Susan D. Barrett  
Chapter:   11

## NOTICE OF HEARING

Notice is given that a Hearing will be held on:

*May 30, 2024, at 11:00 AM*  
*Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901*

to consider and act upon the following:

Motion for Payment of Administrative Expense filed March 27, 2024 by Performance Food Group (Merchants Company, LLC)

*Dana M. Wilson, Clerk*  
United States Bankruptcy Court  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated: **March 29, 2024**

*B−33 [Rev. 11/23]* **AKG**