# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**RRG, Inc.,**<br>    Debtor. | Case No.:  24–10075–SDB<br>Judge:  Susan D. Barrett<br>Chapter:  11 |

## ORDER REQUIRING SERVICE BY MOVANT

**IT IS ORDERED THAT:**

1) MOVANT Performance Food Group (Merchants Company, LLC) shall serve by mail, on or before April 1, 2024, a copy of Motion for Payment of Administrative Expense of Performance Food Group (Merchants Company, LLC) (docket 181) and Notice of Hearing (docket 191) to all parties required by the Bankruptcy Code and Rules.

2) MOVANT Performance Food Group (Merchants Company, LLC) shall complete and file with the Court a Certificate of Service immediately upon serving the required document(s).



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **March 29, 2024**

*B–07 [Rev. 01 /23]* **AKG**