IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| RRG, INC., | ) | |
|     Debtor. | ) | CASE NO. 24-10075-SDB |

## **CERTIFICATE OF SERVICE**

NOW COMES the undersigned attorney for Performance Group (Merchants Company, LLC) and certifies that on March 29, 2024 that he served all parties attached hereto as Exhibit "A" by U.S. Mail with proper postage affixed thereto to the addresses listed on said Exhibit the Motion for Payment of Administrative Expense (Dock. No. 181) and Notice of Hearing (Dock. No. 191).

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney Performance Group / Merchants Company, LLC
nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, GA 30909
(706) 860-9995

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| RRG, INC., | ) | |
|     Debtor. | ) | CASE NO. 24-10075-SDB |

## CERTIFICATE OF SERVICE

This is to certify that on this day I have filed the foregoing on the Court's CM/ECF system in order to serve the parties.

This 1st day of April, 2024.

                                          /s/ Nathan E. Huff
                                          Nathan E. Huff
                                          Ga. Bar No. 773611
                                          Attorney Performance Group / Merchants Company, LLC
                                          nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, GA 30909
(706) 860-9995