# EXHIBIT "A"

7531 WEST CENTRAL LLC
ATTN C/O KHOA PHUNG
899 RUSSELL LANE
MILPITAS, CA 95035-3319

ALLEGRA
320A OLD TROLLEY ROAD
SUMMERVILLE, SC 29845-4949

ASCENTIUM CAPITAL LEASING
23970 US 59
KINGWOOD AREA, TX 77339-1535

AUTOMATIC FIRE SYSTEMS OF AUGUSTA
3326 MIKE PADGETT HWY
AUGUSTA, GA 30906-3741

BERKELEY COUNTY TREASURER
PO BOX 3122
MONCKS CORNER, SC 29461

BERKELEY ELECTRIC COOP IN
PO BOX 340
AWENDAW, SC 29329-0340

BRADFORD J SANDLER
PACHULSKI STANG ZIEHL AND JONES LLP
919 N MARKET ST 17TH FLOOR
WILMINGTON, DE 19801-3034

CSE INC.
3182 MOMENTUM PLACE
CHICAGO, IL 60689-0001

CAROLINA AIR CARE HEATING AND AIR LLC
885 E BUTTERNUT ROAD
SUMMERVILLE, SC 29483-8434

1ST CHOICE QUALITY HEATING AND AIR
106 N BOUNDARY ST
MANNING, SC 29102-3204

AIKEN COUNTY TREASURER
PO BOX 919
AIKEN, SC 29802-0919

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY, CA 91716-0189

ATLANTA COMPUTER SOL INC
6735 FOX CREEK DR
CUMMING, GA 30040-6659

511 SPONSORSHIP GA LLC
420 S HILL ST
BUFORD, GA 30518-3220

AIRGAS NATIONAL WELDERS INC
PO BOX 602792
CHARLOTTE, NC 28260-2792

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

AUGUSTA (SOUTHPOINTE) WMA LLC
8816 SIX FORKS RD STE 201
RALEIGH, NC 27615-2983

CAROLINA HOT WASH
PO BOX 81001
CHARLESTON, SC 29416-1001

CENNOX COMMERCIAL SERVICES LLC
PO BOX 779108
CHICAGO, IL 60677-9108

CHARLESTON ELECTRIC
412 E 5TH ST
SUMMERVILLE, SC 29483

CITY OF AIKEN
P.O. BOX 2458
AIKEN, SC 29802-2458

MARK CLEARY
1223 GEORGE C WILSON DR
AUGUSTA, GA 30909-4502

COLLETON COUNTY TREASURER
PO BOX 8
WALTERBORO, SC 29488-0001

COLUMBIA MEATS
PO BOX 9201
GREENVILLE, SC 29604-9201

D&D COMMERCIAL
777 FOUR POINTS ROAD WEST
KEYSVILLE, GA 30816-4556

DOMINION ENERGY
P.O. BOX 100255
COLUMBIA, SC 29202-3255

DR. BENJAMIN WEINBERGER
5213 HIGH VISTA DRIVE
OREFIELD, PA 18069-9117

CAROLINA SOUND COM INC
PO BOX 890711
CHARLOTTE, NC 28289-0711

CHARLESTON COUNTY REVENUE COLLECTIONS DEP
PO BOX 603533
CHARLOTTE, NC 28260-3533

CHARLESTON ELECTRIC LLC
412 E 5TH NORTH STREET
SUMMERVILLE, SC 29483-6881

| | | |
|---|---|---|
| CITY OF MILLEN<br>PO BOX 929<br>MILLEN, GA 30442-0929 | TIFFANY E CARON<br>PO BOX 711<br>WEST PALM BEACH, FL 33402-0711 | CHARLESTON COUNTY TREASURER<br>PO BOX 603517<br>CHARLOTTE, NC 28260-3517 |
| CHARLESTON WATER SYSTEM<br>PO BOX B<br>CHARLESTON, SC 29402-0017 | CITY OF WAYNESBORO<br>615 N LIBERTY ST<br>WAYNESBORO, GA 30830-1499 | DAVIS A DUNAWAY<br>HULL BARRETT PC<br>801 BROAD ST 7TH FLOOR<br>AUGUSTA, GA 30901-1231 |
| ECOLAB INC<br>6252 NETWORK PLACE<br>CHICAGO, IL 60673-0001 | EUREKA INVESTMENT PROPERTIES LLC<br>11181 ETTRICK STREET<br>OAKLAND, CA 94605-5529 | FAIN SEPTIC TANK INC<br>P.O. BOX 3437<br>SUMMERVILLE, SC 29484-3437 |
| GARRETT GARRETT<br>PO BOX 36<br>FOUNTAIN INN, SC 29644-0036 | GEORGIA POWER<br>96 ANNEX<br>ATLANTA, GA 30396-0001 | NATHAN EDWARD HUFF<br>1223 GEORGE C WILSON DR<br>AUGUSTA, GA 30909-4502 |
| JAM SC INVESTMENTS<br>PO BOX 478<br>CHARLESTON, SC 29402-0478 | JANE<br>6640 SHADE TREE WAY<br>CUMMING, GA 30040-8703 | JENKINS COUNTY TAX COMMISSIONER<br>PO BOX 646<br>MILLEN, GA 30442-0646 |
| JULIA K RODGERS<br>DANCY AVENUE<br>SAVANNAH, GA 31419 | EQUIFAX WORKFORCE SOLUTIONS LLC<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0001 | EVENING POST PUBLISHING NEWSPAPER GROUP<br>CHARLOTTE, NC 28260-4134 |
| FEDEX<br>P.O. BOX 660481<br>DALLAS, TX 75266-0481 | GAS SOUTH<br>P.O. BOX 530552<br>ATLANTA, GA 30353-0552 | EUREKA INVESTMENT PROPERTIES LLC<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>600 PEACHTREE STREET NE. STE 4700<br>ATLANTA, GA 30308-2343 |
| EVERETTE H NEWMAN TRUSTEE #2<br>C/O GREENE & CO.<br>PO BOX 1406<br>ANDERSON, SC 29622-1406 | GARRETT & GARRETT<br>P.O BOX 36<br>FOUNTAIN INN, SC 29644-0036 | GA DEPT OF REVENUE<br>610 RONALD REAGAN DR<br>EVANS, GA 30809-7603 |
| BOWEN ANDERSON KLOSINSKI<br>KLOSINSKI OVERSTREET<br>1229 AUGUSTA WEST PKWY<br>AUGUSTA, GA 30909-1807 | LOOMIS<br>P.O. BOX 120757<br>DALLAS, TX 75312-0757 | MK DANIELS ELECTRIC<br>3320 WESTCLIFFE CT<br>AUGUSTA, GA 30907-3623 |
| MASTER LAWN LLC<br>4873 OLD BELAIR LN<br>GROVETOWN, GA 30813-4529 | MILLER SIGNS INC<br>2302 AIR PARK RD<br>N CHARLESTON, SC 29406-6159 | NORTH TO SOUTH PLUMBING SERVICES<br>1562 SWEET MYRTLE CIRCLE<br>MT PLEASANT, SC 29466-8093 |

THE PRINCIPAL FINANCIAL GROUP
711 HIGH ST
DES MOINES, IA 50392-0001

PACIFIC PREMIER FRANCHISE CAPITAL
17901 VON KARMAN AVE SUITE 1200
IRVINE, CA 92614-5248

PARKWAY PLAZA OF SUMMERVILLE PROPERTY OWNERS
9209 UNIVERSITY BLVD
N CHARLESTON, SC 29406-9122

POPEYES LOUISIANA KITCHEN
5507 BLUE LAGOON DRIVE
MIAMI, FL 33126-2029

GEORGE K LANE
SOUTH AUCTION LLC
338 EAST MAIN ST
SWAINSBORO, GA 30401-4081

LOUISVILLE POP LLC
876 SACKELLS FORD ROAD
WARMINSTER, PA 18974-1330

FRANCESCA MACCHIAVERNA
HUNTER MACLEAN EXLEY & DUNN PC
200 E SAINT JULIAN PLACE
SAVANNAH, GA 31412-0048

JON A LEVIS
LEVIS LAW FIRM
PO BOX 129
SWAINSBORO, GA 30401-0129

LOUISVILLE POP LLC
876 SACKETTSFORD ROAD
IVYLAND, PA 18974-1330

MARK RINNA
6640 SHADE TREE WAY
CUMMING, GA 30040-8703

RRG INC
6640 SHADE TREE WAY
CUMMING, GA 30040-8703

RICHARD RHODEN
RHODEN CPA FIRM
808 GREENE ST
AUGUSTA, GA 30901-0217

ROTOROOTER
136 TANNER ROAD
GREENVILLE, SC 29607-5917

SEE THRU
721 JACKIE HART ROAD
STATESBORO, GA 30461-7001

SPACE PROVIDERS OF ASHEVILLE
C/O LEVIS LAW FIRM
PO BOX 129
SWAINSBORO, GA 30401-0129

STERITECH
PO 14095
READING, PA 19612

TERESA ZIELAZNICKI
PO BOX 50312
SUMMERVILLE, SC 29485-0312

THOMSON PLAZA SHOPPING CENTER
651 MAIN ST
THOMSON, GA 30824-7456

VAN NESS HOLDINGS GROVETOWN
5217 ATHERTON BRIDGE ROAD
RALEIGH, NC 27613-5383

WTHO-FM WTWA
788 CEDAR ROCK ROAD NW
THOMSON, GA 30824-7642

REFRIGERATION GASKETS
121 CUTHBERT DR
GOOSE CREEK, SC 29445-3319

RICHMOND COUNTY TAX COMMISSIONER
535 TELFAIR STREET SUITE 100
AUGUSTA, GA 30901-2372

WILLIAM A ROUNTREE
ROUNTREE LEITMAN KLEIN & GEER LLC
2987 CLAIRMONT RD SUITE 350
ATLANTA, GA 30329-1687

REPUBLIC SERVICES
PO BOX 9001099
LOUISVILLE, KY 40290-1099

ROBERT CHARLES ISENBERG
2855 MULHOLLAND HWY
MALIBU, CA 90265

SCPW
PO BOX 63070
CHARLOTTE, NC 28263-3070

WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM, IL 60197-4648

WHALEY FOOD SERVICE
PO BOX 615
LEXINGTON, SC 29071-0615

WILLIAM MEANS
PO BOX 428
LINCOLNTON, NC 28092

7351 WEST CENTRAL LLC
899 RUSSELL LANE
MILPITAS, CA 95035

PLIC SBD GRAND ISLAND
PO BOX 77202
MINNEAPOLIS, MN 55480-720

BERKELEY LOCKSMITH INC
128 TALL PINES ROAD
LADSON, SC 29456

WELLS FARGO VENDOR FINANCIAL SERVICES
1010 THOMAS EDISON BOULEVARD SW
CEDAR RAPIDS, IA 52404-8247

MARK WILHELMI
CADENCE BANK BLDG
3527 WHEELER ROAD SUITE 401
AUGUSTA, GA 30909-6718

WILLIAMS SEWER AND DRAIN
887 STAGECOACH RD NE
THOMSON, GA 30824-6612

WELLS FARGO VENDOR FINANCIAL SERVICES LLC
800 WALNUT STREET MAC F0005-055
DES MOINES, IA 50309-3891

WILLIAM MEANS
1184 DOWNING COURT
LINCOLNTON, NC 28092-7434

,

,

,

,

,

,

,

,

,

,

,

,

,

,

,

,

,

,

,

,

,

,

,

,