# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| **In re:** <br><br> **RRG, Inc.** <br><br> **Debtor** | **Chapter 11** <br> **(Subchapter V)** <br> **Case No. 24-10075-SDB** |

## NOTICE OF ENTRY OF APPEARANCE

Brian Goldberg and Freeman Mathis & Gary, LLP, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), files this Notice of Entry of Appearance showing they will representing the interests of Secured Creditor **Hanmi Bank, assignee of Ascentium Capital ("Hanmi")** in the above-reference bankruptcy proceeding. The undersigned specifically requests that all notices be sent to him, along with any notice due Hanmi under applicable bankruptcy rules, including, but not limited to, Bankruptcy Rule 2002.

Dated: April 8, 2024              */s/Brian Goldberg*
                                  BRIAN GOLDBERG
                                  Georgia Bar No. 128007
                                  Attorney for Creditor

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Telephone: (678) 996-9140
Facsimile: (833) 330-3669
E-mail: brian.goldberg@fmglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **In re:**<br><br>**RRG, Inc.**<br><br>**Debtor** | **Chapter 11**<br>**(Subchapter V)**<br>**Case No. 24-10075-SDB** |

## CERTIFICATE OF SERVICE

I, Brian Goldberg, hereby certify that on April 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic service to counsel for the Debtor, the Chapter 11 Subchapter V Trustee, the Office of the United States Trustee, and all other parties entitled to receive electronic notice in this case.

/s/ Brian Goldberg
BRIAN GOLDBERG
Georgia Bar No. 128007
Attorney for Creditor

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
Telephone: (678) 996-9140
Facsimile: (833) 330-3669
E-mail: brian.goldberg@fmglaw.com

- 2 -