**IT IS ORDERED as set forth below:**



Date: April 19, 2024

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| RRG, INC. | ) | CASE NO. 24-10075-SDB |
| | ) | |
| DEBTOR. | ) | |

**THIRD** [SDB] **INTERIM ORDER ON DEBTOR'S MOTION TO USE CASH COLLATERAL**

The Debtor herein, RRG, INC. having applied to this Court for authority to use certain cash collateral consisting of bank account balances and pre-petition account receivables in the amount $2,124,460.33.

WHEREFORE said motion having duly come on to be heard before this Court on February 16, 2024; and the Court having heard RRG, INC. in support of said Application; SDB [March 6, 2024 and April 16, 2024]

WHEREFORE it appearing that notice of these proceedings need not have been given to any other party; and it further appearing that the relief requested in Debtor's Application is in the best interest of all parties concerned.

WHEREFORE, Exhibit "A" attached hereto contains a projected budget of Debtor and is incorporated herein by reference for an annual basis, a 13 week basis, and a monthly basis.

WHEREFORE, Debtor set forth in its motion that it needs access to cash collateral between January 31, 2024 and ~~March 6~~ May 30, 2024 to continue the operation of its business. *[initialed: sob]*

WHEREFORE, Debtor requested that an interim Order allowing Debtor to use cash collateral until this Court can hold a final hearing on this matter.

NOW THEREFORE, UPON THE Debtor's Application for Authority to Use cash Collateral and Grant replacement Lien, it is

ORDERED, that Debtor is hereby granted authority retroactively, pursuant to 11 U.S.C. §363, from the date of the Petition through February 15, 2024 to use the proceeds of the Franchisee business herein in the sum of $1,107,686.01 for the purpose of operating the Franchisee business as a Debtor in Possession under Chapter 11 of the U.S. Bankruptcy Code; and it is further

ORDERED, that Debtor is hereby granted authority, pursuant to 11 U.S.C §363, from February 16, 2024 through ~~March 6~~ May 30, 2024 to use the proceeds of the Franchisee business in the sum of $1,016,774.32, plus a 15% deviation of the latter sum (deviation not to exceed $152,516.00), for the purpose of operating the Franchisee business as a Debtor in Possession under Chapter 11 of the U.S. Bankruptcy Code; and it is further *[initialed: sob]*

ORDERED that, starting March 1, 2024, Debtor shall make a deposit in the amount of $2,500.00 as a retainer for Subchapter V Trustee's fees and expenses to Counsel for the Debtor's escrow account to be reserved as a retainer for the payment of the Subchapter V Trustee's fees and expenses to be paid out upon approval by the Court; and it is further

ORDERED that Pacific Premier Bank ("Lender") is hereby granted a lien (the "Replacement Lien") in the Debtor's post-petition assets to the same extent, validity, and priority as the Lender's Prepetition Liens. The Replacement Lien shall not attach to causes of action under Chapter 5 of the Bankruptcy Code. Furthermore, nothing herein shall be construed as determining cash collateral value as of Petition Date; and it is further

ORDERED that if Debtor rejects lease and shuts down a location, all proceeds of the sale equipment located within the closed restaurant shall be marshaled pending further court order; and it is further

ORDERED that Debtor shall make the debt service due for February 2024 within five (5) days of this Order and remain current on post petition loan payments to Lender in the approximate amount of $66,557.85 per month; and it is further [handwritten: thereafter] /SDB/

ORDERED that nothing herein shall prohibit the Debtor from challenging the extent, validity, or priority of any pre-petition lien of any creditor alleging a lien on cash collateral or accounts receivables; and it is further

ORDERED that a final hearing on the Debtor's Motion shall be set for ~~March 6~~ [handwritten: May 30], 2024 at ~~10:00~~ [handwritten: 11:00] AM in Augusta, Georgia; and it is further /SDB/ /SDB/

ORDERED nothing in this Order shall constitute or be construed as a determination regarding the priority or perfection of any party's prepetition security interest(s) in property of the debtor.

[END OF DOCUMENT]

Presented By:

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Georgia Bar No. 842225
Attorney for Debtor
KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909

No opposition to:

/s/ Joel Paschke
Joel Paschke
IL Bar No. 6275662
Office of the United Sates Trustee
33 Bull Street, Suite 400 Savannah, Georgia 31401
912-652-4112

# EXHIBIT A

Proposed Budget

| RRG Budget Projection | Annual | 13 Week | Monthly |
|---|---|---|---|
| Food Cost | $7,493,399.00 | $1,873,349.75 | $576,415.31 |
| Beverage Credits | -$214,849.00 | -$53,712.25 | -$16,526.85 |
| Paper Cost | $897,807.00 | $224,451.75 | $69,062.08 |
| Logistics Cost | $37,432.00 | $9,358.00 | $2,879.38 |
| Total | $8,213,789.00 | $2,053,447.25 | $648,356.77 |
| | | | |
| Total Labor | $7,725,000.00 | $1,931,250.00 | $643,750.00 |
| | | | |
| Total Royalties & Ad Fund | $2,472,161.00 | $618,040.25 | $190,166.23 |
| | | | |
| Credit Card Fees | $364,582.00 | $91,145.50 | $28,044.77 |
| Bank Service Charges | $161,353.00 | $40,338.25 | $12,411.77 |
| Cleaning Supplies | $116,860.00 | $29,215.00 | $8,989.23 |
| Kitchen/Dining Supplies | $55,648.00 | $13,912.00 | $4,280.62 |
| Uniforms | $28,464.00 | $7,116.00 | $2,189.54 |
| Other Supplies | $6,133.00 | $1,533.25 | $471.77 |
| Licenses/Taxes | $275,462.00 | $68,865.50 | $21,189.38 |
| General Insurance | $241,073.00 | $60,268.25 | $18,544.08 |
| Delivery & Digital Fee | $913,246.00 | $228,311.50 | $70,249.69 |
| LSM (Local Store Marketing) | $8,467.00 | $2,116.75 | $651.31 |
| Cash (Over)/Short | $17,060.00 | $4,265.00 | $1,312.31 |
| Security | $28,967.00 | $7,241.75 | $2,228.23 |
| Miscellaneous Expense | $123,505.00 | $30,876.25 | $9,500.38 |
| Total G&A | $2,340,820.00 | $585,205.00 | $180,063.08 |
| | | | |
| Utilities - Electric | $555,062.00 | $138,765.50 | $42,697.08 |
| Utilities - Water & Sewer | $93,007.00 | $23,251.75 | $7,154.38 |
| Utilities - Gas | $79,141.00 | $19,785.25 | $6,087.77 |
| IT/Communication | $260,452.00 | $65,113.00 | $20,034.77 |
| Trash/Other | $496,062.00 | $124,015.50 | $38,158.62 |
| Total Utilities | $1,483,724.00 | $370,931.00 | $114,132.62 |
| | | | |
| Repairs & Maintenance - Equipment | $121,370.00 | $30,342.50 | $9,336.15 |
| Repairs & Maintenance - Building & Property | $76,265.00 | $19,066.25 | $5,866.54 |
| Total R&M | $197,635.00 | $49,408.75 | $15,202.69 |
| | | | |
| Rent | $1,504,481.00 | $376,120.25 | $115,729.31 |
| | | | |
| Critical Vendor PACA Payment | | | $88,001.49 |
| Critical Vendor Arrearage Repayment | | | $60,000.00 |
| | | | |
| SubChapter V Trustee Retainer | | | $2,500.00 |

| | | | |
|---|---|---|---|
| Debt Service to Pacific Premier Bank | | | $66,558.15 |
| TOTAL | $23,937,610.00 | $5,984,402.50 | $2,124,460.33 |