UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
OFFICE OF THE CLERK

Dana M. Wilson
Clerk of Court

124 Barnard Street, 2nd Floor
P. O. Box 8347
Savannah, GA 31412
(912) 650−4100

Lainie Saul
Chief Deputy Clerk

Federal Justice Center
600 James Brown Blvd.
P.O. Box 1487
Augusta, GA 30903
(706) 823−6000

801 Gloucester Street, 3rd Floor
Brunswick, GA 31520
(912) 280−1376

June 20, 2024

Nathan E. Huff
Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, GA 30909

Re: RRG, Inc.
Case #24−10075−SDB
Application for Administrative Expense by Performance
Food Group (Merchants Company, LLC)

Dear Attorney Huff:

On May 30, 2024, a hearing was held on the matter(s) referenced above. At that hearing, an announcement was made that a consent order was forthcoming. As of today, no order has been received by the Clerk's office.

Please submit the same by July 1, 2024 or the matter(s) will be forwarded to the Judge for further action.

If you have any questions or concerns, please contact me.

Sincerely,

Jacqueline W. Bauknight
Courtroom Deputy
706−823−6021

GASB−82 (rev 01/24) **JWB**