**IT IS ORDERED as set forth below:**



Date: July 12, 2024

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| RRG, INC. ) | CASE NO. 24-10075-SDB |
| ) | |
| DEBTOR. ) | |

## ORDER ON APPLICATION FOR ADMINISTATIVE EXPENSES REGARDING PERFORMANCE FOOD GROUP'S MOTION

The Motion [Dock. No. 181] of Performance Food Group (a/k/a Merchants Company, LLC) ("Movant") for Administrative Expenses pursuant to section 503(b)(9) of the Bankruptcy Code. Said motion was made under the aforementioned section of the Bankruptcy Code because Movant provided goods to Debtor within 20 days prior to the date Debtor filed its petition. The Motion having come before the Court on May 30, 2024 and no party in interest objected to said motion;

IT IS HEREBY ORDERED that the administrative expense pursuant to Section 503(b)(9) be granted in the amount of $397,414.02. Said sum shall be paid as soon as practicable after the plan is consummated by the sale of Debtor's assets as announced in the hearing on May 30, 2024.

[END OF DOCUMENT]

PREPARED BY:

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995
nhuff@cwhllp.com
Attorney for Merchants

No Opposition:


/s/ Tiffany E. Caron .
Tiffany E. Caron
GA Bar No. 745089
P.O. Box 711
West Palm Beach, FL 33405
404-647-4917
Tiffany.caron@hotmail.com
*Subchapter V Trustee*

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No. 842225
KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255
bak@klosinski.com