IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| RRG, INC., ) | CASE NO. <u>24-10075-SDB</u> |
| DEBTOR. ) | |
| ) | |

**<u>NOTICE OF OBJECTION TO CLAIM</u>**

RRG, Inc. ("Debtor") has filed an objection to your claim in this bankruptcy case.

<u>Your claim may be reduced modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney, if you have one.

If you have legal grounds to oppose the objection, or if you wish the court to consider your views on the objection you must file a written request for a hearing with the Clerk of the Bankruptcy Court before the expiration of thirty (30) days from the date stated in the certificate of service.

If you mail your request for hearing to the court, you must mail it early enough that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party and all other persons indicated in the certificate of service attached to these pleadings.

If a timely request for hearing is filed, you will receive a notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the court will decide that you do not oppose the objection to your claim.

Dated: July 22, 2024.                    /s/ Bowen A. Klosinski
                                         Bowen A. Klosinski
                                         Georgia Bar No. 842225
                                         Attorney for Debtor

KLOSINSKI OVERSTREET, LLP
1220 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| RRG, INC., ) | CASE NO. 24-10075-SDB |
| DEBTOR. ) | |
| ) | |

## OBJECTION TO PROOF OF CLAIM No. 51 OF POPEYES LOUISIANA KITCHEN, INC.

COMES NOW, RRG, Inc. ("Debtor"), as Debtor in possession in the above captioned estate, and files this objection to the unsecured proof of claim No. 51 filed by Popeyes Louisiana Kitchen, Inc. ("Franchisor") in the amount of $2,312,715.00 ("Claim Amount").

1. Franchisor's proof of claim was filed for damages as a result of rejecting three franchise agreements.

2. Franchisor has previously agreed waive its damages claim against Debtor for the rejection of the three franchise agreements.

3. This Court issued a notice of Chapter 11 Bankruptcy case on February 1, 2024 [Dkt.#11] ("Notice of Bankruptcy").  Notice of Bankruptcy provides that if a creditor needs to file a proof of claim, that all proof of claims need to be filed on or before April 10, 2024.  Franchisor's proof of claim was filed on July 3, 2024, and is therefore untimely.

WHEREFORE, Debtor objects to the proof of claim filed by Franchisor, Claim No. 51 in the amount of $2,312,715.00 and respectfully requests that the Court disallow these claims.

This 22nd day of July 2024.

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Georgia Bar No. 842225

                                                                  Attorney for Debtor

KLOSINSKI OVERSTREET, LLP  
1220 Augusta West Parkway  
Augusta, Georgia 30909  
706-863-2255

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| RRG, INC. | ) | CASE NO. 24-<u>10075-SDB</u> |
| | ) | |
| DEBTOR. | ) | |

CERTIFICATE OF SERVICE

    I, Bowen A. Klosinski, of Klosinski Overstreet, LLP, do hereby certify that I have served a copy of the within and foregoing **OBJECTION TO PROOF OF CLAIM No. 51 OF POPEYES LOUISIANA KITCHEN, INC.** upon:

Joel Paschke
Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, Georgia 31401

Tiffany E. Caron
Subchapter V Trustee
Post Office Box 711
West Palm Beach, FL 33402

Glenn D. Moses, Esq.
100 SE 2nd Street
Suite 4400
Miami, FL 33131

By e-mail and/or mailing a copy through the United States mail with sufficient postage attached thereto to assure delivery.

THIS 22nd day of July 2024.

                                                  /s/ Bowen A. Klosinski
                                                  Bowen A. Klosinski
                                                  Attorney for Debtor
                                                  Georgia Bar No.: 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255
bak@klosinski.com