IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| RRG, INC., | ) | CASE NO. 24-10075-SDB |
|    DEBTOR. | ) | |
| | ) | |

**REPORT OF SALE**

COMES NOW, RRG, Inc., Debtor in possession in the above-captioned bankruptcy case ("Debtor"), by and through the undersigned counsel, pursuant to Fed. R. Bankr. P. 6004(f), and shows the Court as follows:

1. Debtor filed a Motion for an Order (1) Authorizing the Sale of Assets Comprising 14 Stores Free and Clear of Liens, Claims, Encumbrances and Other Interests (Except for Those Expressly Assumed by Buyer) Pursuant to 11 U.S.C. §§ 363(b)(1) and (f); (2) Approving the Assumption and Assignment of Certain Executory Contracts and Leases Pursuant to 11 U.S.C. §§ 365(b) and (f); and (3) for Related Relief, amended on May 29, 2024 (the "**Sale Motion**")

2. Pursuant to the Court's Order on Sale Motion entered on June 4, 2024 [Dkt. #315], Debtor was authorized to sell substantially all of Debtor's assets to SBH FOODS PLK, LLC ("Buyer") for a purchase price of $7,150,000.00 under the asset purchase agreement that is attached to the Sale Motion as Exhibit A.

3. The sale to Buyer was closed on Monday July 22, 2024.

4. With the proceeds of the sale, Debtor paid Pacific Premier Bank, all previously approved administrative claims, cured all lease acreages, paid Debtor's last payroll, and paid Debtor's last royalties due to its franchisor (collectively referred to as "Closing Payoffs").

5. After making all Closing Payoffs, the remaining balance of net proceeds that is held by Klosinski Overstreet, LLP, as counsel for Debtor, is $2,102,739.79.

6. Attached hereto as <u>Exhibit A</u>, is the settlement statement of Debtor showing the breakdown of all prorations and payoffs made in the closing of the sale ("Settlement Statement"). Settlement Statement is incorporated herein by reference.

7. Settlement Statement is titled "Amended Closing Statement (Seller) 7/24/24" because a prior version exists that has been circulated to a few parties. The version attached hereto needs to be titled as an amendment because an adjustment had to be made, so there is a difference in the amount of net proceeds between the two versions by approximately $35.00.

8. The Settlement Statement provided herein is being submitted as the official Debtor's Settlement Statement and any prior version does not to be disclosed in order to avoid any confusion.

This 24th day of July 2024.

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No. 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255
bak@klosinski.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| RRG, INC. | ) | CASE NO. 24-<u>10075-SDB</u> |
| | ) | |
| DEBTOR. | ) | |

CERTIFICATE OF SERVICE

    I, Bowen A. Klosinski, of Klosinski Overstreet, LLP, do hereby certify that I have served a copy of the within and foregoing **REPORT OF SALE** upon:

Joel Paschke
Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, Georgia 31401

Tiffany E. Caron
Subchapter V Trustee
Post Office Box 711
West Palm Beach, FL 33402

By e-mail and/or mailing a copy through the United States mail with sufficient postage attached thereto to assure delivery.

And

All parties receiving notice electronically through the Court's ECF Filing System.

THIS 24TH day of July 2024.

                                                                                  /s/ Bowen A. Klosinski
                                                                                  Bowen A. Klosinski
                                                                                  Attorney for Debtor
                                                                                  Georgia Bar No.: 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255
bak@klosinski.com

# AMENDED CLOSING STATEMENT (SELLER) 7/24/24

DATE - July 22, 2024
SELLER - RRG, Inc.
BUYER - SBH PLK, LLC
LENDER-
DESCRIPTION - 363 Bankruptcy 24-10075 - Seller's Report Sale Closing Disclosure
THE ATTACHED CLOSING STATEMENT EXHIBIT IS FOR THE SELLER SIDE ONLY.
THE COMBINED SETTLEMENT STATEMENT ONLY PROVIDES FOR APA PRORATIONS AND DOES NOT REFLECT THE
SPECIFIC LIST OF LEASE CURES AND ADMIN CLAIMS WHICH WERE PAID AT CLOSING, AS SET FORTH HEREIN AND REQUIRED BY COURT ORDER.

**SELLER'S TRANSACTION**

| | CREDIT | DEBIT |
|---|---|---|
| **SELLER CREDITS:** | | |
| Purchase Price $7,150,000.00 | $7,150,000.00 | |
| Net Cash Balance Adjustment | | $11,658.00 |
| Net Inventory Adjustment | | $12,771.35 |
| Rent Proration Total Credit to Seller | $39,510.10 | |
| Real Property and Personal Property Debit to Seller | | $156,174.28 |
| Escrow Deposit on Hand | | $325,000.00 |
| Payoff to Pacific Premier Made By Buyer ON 7/22/24 | | $2,997,172.68 |
| CASH DUE FROM BUYER - REVEIVED VIA WIRE 7/22/24 | $3,686,733.79 | |
| CASH ON HAND 7/23/24 IN KO TRUST ($4,011,733.79) | $4,011,733.79 | |
| POST CLOSING DISBURSEMENTS | | |
| TOTAL LEASE CURES DISBURSED 7/23/24 | | $1,187,059.00 |
| TOTAL ADMIN CLAIMS DISBURSED 7/23/24 | | $447,831.92 |
| TOTAL ROYALTIES AND PAYROLL OWED THROUGH 7/21/24 | | $274,103.08 |
| TOTAL POST CLOSING DISBURSEMENTS | | $1,908,994.00 |
| **TOTAL DUE TO SELLER TO BE HELD IN TRUST WITH KO AFTER LEASE CURES, ADMIN CLAIMS, PAYROLL, AND FRANCHISOR ROYALTIES ARE PAID.** | **$2,102,739.79** | |

**DISBURSEMENTS/DEDUCTIONS TO BE MADE ON BEHALF OF SELLER:**

**RENT PRORATIONS FOR 7/22/2024 TO 8/1/2024 TO BE CREDITED TO SELLER**

| | | |
|---|---|---|
| #4420 | $2,688.17 | |
| #4423 | $3,039.79 | |
| #4424 | $3,642.03 | |
| #4425 | $3,870.90 | |
| #4426 | $4,510.26 | |
| #4427 | $3,225.81 | |
| #4429 | $1,919.35 | |
| #4430 | $1,520.67 | |
| #4431 | $2,326.85 | |
| #5655 | $2,419.35 | |
| #7088 | $1,680.11 | |
| #12849 | $2,496.09 | |
| #12950 | $2,299.75 | |
| #13866 | $3,870.97 | |
| **TOTAL SELLER'S CREDIT FOR RENT PRORATION** | **$39,510.10** | |

**COUNTY AND CITY TAX PRORATIONS 1/1/2024 TO 7/22/2024**

| | | |
|---|---|---|
| #4420 Aiken County Tax ($11,649.60) | | $6,447.84 |
| #4420 Aiken City Tax ($3,427.23) | | $1,896.78 |
| #4423 Richmond Co, Tax ($13,359.04) | | $7,393.20 |
| #4424 Richmond Co. Tax ($12,571.78) | | $6,956.88 |
| #4425 Richmond Co. Tax ($13,034.10) | | $7,213.42 |
| #4426 Richmond Co. Tax ($12,640.48) | | $6,995.26 |
| #4427 Columbia Co. Tax ($7,692.82) | | $4,258.16 |
| #4429 Jefferson Co. Tax ($6,924.03) | | $3,831.94 |
| #4430 McDuffie Co. Tax ($4,940.00) | | $2,733.06 |
| #4431 Burke Co. Tax ($2,802.72) | | $1,551.36 |
| #4431 City of Waynesboro Tax ($754.31) | | $418.14 |

| | |
|---|---:|
| #5655 Charleston Co. Tax ($33,968.00) | $18,798.12 |
| #7088 Dorchester County Tax ($35,288.06) | $19,529.36 |
| #12849 Dorchester Co. Tax ($34,838.48) | $19,280.90 |
| #12950 Berkley Co. Tax ($39,606.00) | $21,919.02 |
| #13866 Columbia Co. Tax ($14,197.81 | $7,857.80 |
| **TOTAL SELLER'S DEBIT PROPERTY TAX PRORATION** | **$137,081.24** |
| | |
| **PERSONAL PROPERTY TAX PRORATIONS 1/1/2024 TO 7/22/2024** | |
| #4420 Personal Property Tax ($1,071.85) | $593.88 |
| #4423 Personal Property Tax ($2,595.46) | $1,436.22 |
| #4424 Personal Property Tax ($2293.72) | $1,268.56 |
| #4425 Personal Property Tax ($1,958.42) | $1,084.74 |
| #4426 Personal Property Tax ($2,535.24) | $1,403.90 |
| #4427 Personal Property Tax ($2,269.89) | $1,256.44 |
| #4429 Personal Property Tax ($1,743.42) | $965.56 |
| #4430 Personal Property Tax ($2,105.39) | $1,165.54 |
| #4431 Personal Property Tax ($1,081.52) | $597.92 |
| #5655 Personal Property Tax ($2,346.72) | $1,298.86 |
| #7088 Personal Property Tax ($2,667.91) | $1,476.62 |
| #12849 Personal Property Tax ($2,981.75) | $1,650.34 |
| #12950 Personal Property Tax ($3,367.31) | $1,864.46 |
| #13866 Personal Property Tax ($5,476.64) | $3,030.00 |
| **TOTAL SELLER'S DEBIT PERSONAL PROPERTY** | **$19,093.04** |
| | |
| **LEASE CURE PAYOFFS TO BE MADE OUT OF CLOSING PROCEEDS** | |
| #4420 Reibursement to 7351 West Central, LLC  c/o Mark Wilhelmi (to pick up) | $71,824.97 |
| #4420 Personal Property taxes to Aiken County Treasurer | $1,071.85 |
| #4423 Reimbursement to William Means c/o Mark Wilhelmi (to pick up) | $187,763.89 |
| #4423 Personal Property taxes to Richmond County Tax Commissioner | $3,049.77 |
| #4424 Reimbursement to Augusta Southpointe WMA, LLC | $79,903.60 |
| #4425 Reimbursement to Julia K. Rodgers c/o Dyches Law Group, 32 E. Montgometry Cross Rd, Savannah, GA 31406 (via FedEx) | $86,850.00 |
| #4426 Reimbursement to Diversified Properties c/o Hull Barrett ( to Dave Dunaway) | $80,531.96 |
| #4427 Reimbursement to EHN Trustee No. 2, LLC, PO Box 1406, Anderson, SC 29622 | $64,325.06 |
| #4427 Personal property taxes to Columbia County Tax Commissioner | $2,509.90 |
| #4429 Reimbursement to Louisville Pop, LLC, ATTN Ben Choi, 876 Sackettsford Rd, Ivyland, PA 18974 | $17,850.00 |
| #4430 Reimbursement to Thomson Plaza Shopping Center, LLC c/o Garrett and Garrett, PO Box 36, Fountain Inn, SC 29644 | $67,969.62 |
| #4431 Reimbursement to Robert Isenburg via wire | $54,849.70 |
| #4431 Property taxes (2023) to Burke County Tax Commissioner | $2,802.75 |
| #4431 Personal property taxes to Burke County Tax Commissioner | $1,081.52 |
| #4431 Property taxes (2023) to City of Waynesboro | $819.31 |
| #5655 Reimbursement to Belvina Investment Group, Caitlyn Powers, 2987 Clairmont Rd, Ste 350, Atlanta, GA 30329 | $86,438.95 |
| #5655 Property taxes (2023) to Charleston County | $2,346.72 |
| #7088 Reimbursement to Eureka Investment Properties, LLC, 152 Alice Lane, Orinda, CA 94562 | $28,645.85 |
| #7088 Property taxes (2023) to Dorchester County Deliquent Taxes | $40,928.20 |
| #7088 Personal Property taxes (2023) to Dorchester County | $2,667.91 |
| #12849 Reimbursement to Parkway Associates of Summerville, LLC, ATTN Robert Pratt, 9209 University Blvd, Charleston, SC 29406 | $92,124.25 |
| #12849 Personal property taxes (2023)to Dorchester County Delinquent Taxes | $3,429.00 |
| #12950 Reimbursement to JAM SC Investments, LLC c/o Mark Wilhelmi (to pick up) | $101,205.51 |
| #12950 Personal property taxes (2023) to Berkely County Delinquent Taxes | $3,872.42 |
| #13866 Reimbursement to Van Ness Holdings Grovetown, LLC , 5217 Atherton Bridge Rd, Raleight, NC 27613 | $96,614.50 |
| #13866 Personal property taxes (2023) to Columbia County | $5,581.79 |
| TOTAL LEASE CURE DEBIT TO SELLER | **$1,187,059.00** |

**ADMIN CLAIMS**

Doc ID: f99b3b7762ec43f634e0f80bbfae6b3ee0461316

| | |
|---|---:|
| To Space Providers of Asheville, POC Bx 8374, Asheville, NC 28814 | $10,517.92 |
| To Performance Food Group, PO Box 1351, Hattiesburg, MS 39403 | $397,414.02 |
| Moncks Corner Admin Claim to Julia Rodgers | $22,399.98 |
| Walterboro Admin Claim to Julia Rodgers | $17,500.00 |
| TOTAL ADMIN CLAIMS | $447,831.92 |
| | |
| PAYOFF TO PACIFIC PREMIER BANK | $2,997,172.68 |
| | |
| **POST PETITION MONEY OWED REQUIRED TO BE PAID FROM PROCEEDS PER APA** | |
| Popeyes Ad Fund and Royalties through 7/21/24 | $200,830.48 |
| Paychex - Employee Vacation and Sick | $73,272.60 |
| TOTAL ROYALTIES AND PAYROLL OWED THROUGH 7/21/24 | $274,103.08 |

I/we acknowledge that I/we have carefully reviewed this closing disclosure and fine it to be a true and accurate statement

of all receipts and disbursementsmade on my account in this transaction and that I/we have received a copy of this closing disclosure. I authorize Klosinski Overstreet, LLP to cause the funds to be disbursed in accordance with this statement.

RRG, INC.

_Mark Rinna_ (signature)

Mark Rinna, President

07 / 24 / 2024

Doc ID: f99b3b7762ec43f634e0f80bbfae6b3ee0461316

**Dropbox Sign**  Audit trail

| | |
|---|---|
| Title | Amended Seller's settlement statement - Report of Sale... |
| File name | Amended%20Seller%...Sale%20072424.pdf |
| Document ID | f99b3b7762ec43f634e0f80bbfae6b3ee0461316 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

# Document History

**SENT**  
**07 / 24 / 2024**  
17:57:06 UTC  
Sent for signature to Mark Rinna (mrinna51@gmail.com) from bak@klosinski.com  
IP: 204.16.121.33

**VIEWED**  
**07 / 24 / 2024**  
19:01:59 UTC  
Viewed by Mark Rinna (mrinna51@gmail.com)  
IP: 108.231.193.146

**SIGNED**  
**07 / 24 / 2024**  
19:03:37 UTC  
Signed by Mark Rinna (mrinna51@gmail.com)  
IP: 108.231.193.146

**COMPLETED**  
**07 / 24 / 2024**  
19:03:37 UTC  
The document has been completed.

Powered by **Dropbox Sign**