IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| RRG, INC., ) | CASE NO. 24-10075-SDB |
| DEBTOR. ) | |
| ) | |

### ORDER

The Application of RRG, Inc., Debtor, to pay professional fees of the Accountant whose employment was previously approved by the Court in the above-captioned Chapter 11 proceeding having been considered;

IT IS HEREBY ORDERED that the Accountant fees and expenses in the amount of $18,069.00 are approved, and the Debtor is authorized to pay said amounts to Rhoden CPA Firm, PC upon the Order becoming final.

**END OF DOCUMENT**

Presented by:
/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No.: 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255
bak@klosinski.com