IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br><br>    RRG, INC.<br><br>        Debtor.<br>_____<br><br>WRIGHTSBORO AUGUSTA DEVELOPMENT, L.L.C.,<br>        Movant,<br><br>v.<br><br>RRG, INC.,<br>        Debtor. | )<br>)<br>) CHAPTER 11<br>) Case No. 24-10076-SDB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO ALLOW LATE FILED CLAIM

NOW COMES WRIGHTSBORO AUGUSTA DEVELOPMENT, L.L.C., hereinafter referred to as Movant and brings this its Motion to Allow Late Filed Claim, with the consent of Debtor, and respectfully shows to the Court as follows:

1. That Movant is an unsecured creditor of the Debtor whose Chapter 11 case is pending in this Court.

2. Movant was not listed on Debtor's initial mailing matrix [Docket No. 2] and did not receive notice of Debtor's Bankruptcy proceeding and the bar date.

3. After learning of Debtor's Bankruptcy, Plaintiff filed a proof of claim on August 6, 2024 (Claim #52).

4. Movant would reserve Debtor's right to object to the amount of the claim, should the claim be allowed.

WHEREFORE, Movant prays that its late claim, Claim No. 52, be allowed as filed with Debtor reserving the right to object to said claim.

This ____9th____ day August, 2024.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Wrightsboro Augusta Development, L.L.C.

Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, Georgia 30909
706-860-9995

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RRG, INC. | ) | CHAPTER 11 |
| | ) | Case No. 24-10076-SDB |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WRIGHTSBORO AUGUSTA DEVELOPMENT, L.L.C., | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RRG, INC., | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing on the parties in interest by filing the same through the Court's online filing system as well as mailing, by placing the same with USPS with proper postage affixed thereto, and addressed as follows:

Joel Paschke
Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, Georgia 31401

Tiffany E. Caron
Subchapter V Trustee
Post Office Box 711
West Palm Beach, FL 33402

RRG, INC.
6640 Shade Tree Way
Cumming, GA 30040

This 9th day of August, 2024.

/s/ Nathan E. Huff
Nathan E. Huff
Attorney for Movant