IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br><br>    RRG, INC.<br><br>        Debtor.<br>_____<br><br>WRIGHTSBORO AUGUSTA DEVELOPMENT, L.L.C.,<br>        Movant,<br><br>v.<br><br>RRG, INC.,<br>        Debtor. | )<br>)<br>)  CHAPTER 11<br>)  Case No. 24-10076-SDB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER ALLOWING LATE FILED CLAIM

The Motion to allow the late filed claim of Wrightsboro Augusta Development, L.L.C. having been consented to; and,

**IT APPEARING TO THE COURT** that the Debtor has notice of the claim being owed to Wrightsboro Augusta Development, L.L.C.;

**IT IS HEREBY ORDERED** that the late filed claim of Wrightsboro Augusta Development, L.L.C. (Claim #52), in the sum of $99,500.00 shall be allowed as an unsecured claim with Debtor's right

to object to the same.

**[END OF DOCUMENT]**

Prepared by:

/s/ Nathan E. Huff
Attorney for Movant
nhuff@cwhllp.com