# EXHIBIT A

## Invoice Statements



**Performance Foodservice - Merchants Foodservice**
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

# Statement

Statement Date: 7/29/2024
Page: 1

MFS-CreditDepartment@pfgc.com

Combined Number:   100452

Bill To: RRG INC DIP       SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/17/2024 | 2555152 | 7,342.31 | | | 7,342.31 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---
Customer:   89004420 POPEYES#4420          SOLD                                              Balance Due:      7,342.31
---

|  |  |  |
|---|---|---|
|  | Current: |  |
| Past Due | 1-7 Days: | 7,342.31 |
|  | 8-14 Days: |  |
|  | 15-21 Days: |  |
|  | >21 Days: |  |
|  | Total Past Due: | 7,342.31 |

An annual percentage rate of 18% may
be charged on all past due accounts.



Performance Foodservice - Merchants Foodservice
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

**Statement**

Statement Date: 7/29/2024
Page: 2

MFS-CreditDepartment@pfgc.com

Combined Number:   100452

Bill To: RRG INC DIP         SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/15/2024 | 2553643 | 4,304.74 | | | 4,304.74 |
| 7/18/2024 | 2556011 | 3,607.34 | | | 3,607.34 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---

| Customer: | 89004423 POPEYES#4423 | SOLD | | Balance Due: | 7,912.08 |
|---|---|---|---|---|---|

| | | Past Due | Current: 1-7 Days: 8-14 Days: 15-21 Days: >21 Days: | | 7,912.08 |
|---|---|---|---|---|---|
| | | | Total Past Due: | | 7,912.08 |

An annual percentage rate of 18% may
be charged on all past due accounts.



Performance Foodservice - Merchants Foodservice
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

# Statement

Statement Date: 7/29/2024
Page: 3

MFS-CreditDepartment@pfgc.com

Combined Number:   100452

Bill To: RRG INC DIP      SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/14/2024 | 2552935 | 5,478.11 | | | 5,478.11 |
| 7/17/2024 | 2555148 | 8,021.27 | | | 8,021.27 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---

Customer:   89004424 POPEYES#4424           SOLD                                          Balance Due:        13,499.38

---

|  |  |  |
|---|---|---|
|  | Current: |  |
| Past Due | 1-7 Days: | 8,021.27 |
|  | 8-14 Days: | 5,478.11 |
|  | 15-21 Days: |  |
|  | >21 Days: |  |
|  | Total Past Due: | 13,499.38 |

An annual percentage rate of 18% may
be charged on all past due accounts.



**Performance Foodservice - Merchants Foodservice**
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

# Statement

Statement Date: 7/29/2024
Page: 4

MFS-CreditDepartment@pfgc.com

Combined Number:   100452

Bill To: RRG INC DIP          SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/14/2024 | 2552932 | 4,655.25 | 27.80- | | 4,627.45 |
| 7/17/2024 | 2555007 | 4,939.10 | | | 4,939.10 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---

Customer:   89004425 POPEYES#4425         SOLD                               Balance Due:    9,566.55

|  |  |  |
|---|---|---|
|  | Current: |  |
| Past Due | 1-7 Days: | 4,939.10 |
|  | 8-14 Days: | 4,627.45 |
|  | 15-21 Days: |  |
|  | >21 Days: |  |
|  | Total Past Due: | 9,566.55 |

An annual percentage rate of 18% may
be charged on all past due accounts.



**Performance Foodservice - Merchants Foodservice**
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

# Statement

Statement Date: 7/29/2024
Page: 5

MFS-CreditDepartment@pfgc.com

Combined Number: 100452

Bill To: RRG INC DIP        SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/15/2024 | 2553644 | 5,975.74 | | | 5,975.74 |
| 7/18/2024 | 2556012 | 6,454.53 | | | 6,454.53 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---

Customer:   89004426 POPEYES#4426        SOLD                                       Balance Due:    12,430.27

---

|  |  | | |
|---|---|---|---|
| | | Current: | |
| | Past Due | 1-7 Days: | 12,430.27 |
| | | 8-14 Days: | |
| | | 15-21 Days: | |
| | | >21 Days: | |
| | | Total Past Due: | 12,430.27 |

An annual percentage rate of 18% may
be charged on all past due accounts.



Performance Foodservice - Merchants Foodservice
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

# Statement

Statement Date: 7/29/2024
Page: 6

MFS-CreditDepartment@pfgc.com

Combined Number: 100452

Bill To: RRG INC DIP     SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/15/2024 | 2553772 | 4,266.38 | | | 4,266.38 |
| 7/18/2024 | 2556023 | 5,227.64 | | | 5,227.64 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---

Customer:  89004427 POPEYES#4427     SOLD                           Balance Due:    9,494.02

---

|  |  | | |
|---|---|---|---|
| | | Current: | |
| | Past Due | 1-7 Days: | 9,494.02 |
| | | 8-14 Days: | |
| | | 15-21 Days: | |
| | | >21 Days: | |
| | | Total Past Due: | 9,494.02 |

An annual percentage rate of 18% may
be charged on all past due accounts.



Performance Foodservice - Merchants Foodservice
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

# Statement

Statement Date: 7/29/2024
Page: 7

MFS-CreditDepartment@pfgc.com

Combined Number:   100452

Bill To: RRG INC DIP       SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/15/2024 | 2553648 | 4,563.92 | | | 4,563.92 |
| 7/18/2024 | 2556016 | 4,311.08 | | | 4,311.08 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---

Customer:   89004429 POPEYES#4429       SOLD                                                    Balance Due:      8,875.00

---

|  |  |  |
|---|---|---|
| | Current: | |
| Past Due | 1-7 Days: | 8,875.00 |
| | 8-14 Days: | |
| | 15-21 Days: | |
| | >21 Days: | |
| | Total Past Due: | 8,875.00 |

An annual percentage rate of 18% may
be charged on all past due accounts.



**Performance Foodservice - Merchants Foodservice**
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

**Statement**
Statement Date: 7/29/2024
Page: 8

MFS-CreditDepartment@pfgc.com

Combined Number: 100452

Bill To: RRG INC DIP    SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/14/2024 | 2552930 | 2,382.66 | | | 2,382.66 |
| 7/17/2024 | 2555003 | 3,312.43 | | | 3,312.43 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

Customer: 89004430 POPEYES#4430    SOLD    Balance Due:    5,695.09

|  | Past Due | Current: | |
|---|---|---|---|
|  |  | 1-7 Days: | 3,312.43 |
|  |  | 8-14 Days: | 2,382.66 |
|  |  | 15-21 Days: | |
|  |  | >21 Days: | |
|  |  | Total Past Due: | 5,695.09 |

An annual percentage rate of 18% may
be charged on all past due accounts.



**Performance Foodservice - Merchants Foodservice**
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

# Statement

Statement Date: 7/29/2024
Page: 9

MFS-CreditDepartment@pfgc.com

Combined Number:   100452

Bill To:  RRG INC DIP          SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/15/2024 | 2553646 | 6,025.00 | | | 6,025.00 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---

Customer:   89004431 POPEYES#4431          SOLD                                              Balance Due:   6,025.00

---

|  |  | Past Due | Current: 1-7 Days: | 6,025.00 |
|---|---|---|---|---|
|  |  |  | 8-14 Days: |  |
|  |  |  | 15-21 Days: |  |
|  |  |  | >21 Days: |  |
|  |  |  | Total Past Due: | 6,025.00 |

An annual percentage rate of 18% may
be charged on all past due accounts.

Case:24-10075-SDB Doc#:421-1 Filed:08/13/24 Entered:08/13/24 18:04:47 Page:11 of 15



**Performance Foodservice - Merchants Foodservice**
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

# Statement

Statement Date: 7/29/2024
Page: 10

MFS-CreditDepartment@pfgc.com

Combined Number: 100452

Bill To: RRG INC DIP    SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/15/2024 | 2553475 | 2,209.64 | | | 2,209.64 |
| 7/18/2024 | 2555936 | 5,693.34 | 52.00- | | 5,641.34 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---
Customer: 89005655 POPEYES#5655    SOLD                                Balance Due:    7,850.98
---

|  |  |  |
|---|---|---|
| Past Due | Current: 1-7 Days: | 7,850.98 |
| | 8-14 Days: | |
| | 15-21 Days: | |
| | >21 Days: | |
| | Total Past Due: | 7,850.98 |

An annual percentage rate of 18% may
be charged on all past due accounts.



Performance Foodservice - Merchants Foodservice
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

# Statement

Statement Date: 7/29/2024
Page: 11

MFS-CreditDepartment@pfgc.com

Combined Number:    100452

Bill To: RRG INC DIP         SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/14/2024 | 2552524 | 4,058.20 | | 34.18- | 4,024.02 |
| 7/17/2024 | 2554839 | 5,136.30 | 24.99- | | 5,111.31 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---

Customer:   89007088 POPEYES#7088         SOLD                                          Balance Due:    9,135.33

|  |  |  |
|---|---|---|
|  | Current: |  |
| Past Due | 1-7 Days: | 5,111.31 |
|  | 8-14 Days: | 4,024.02 |
|  | 15-21 Days: |  |
|  | >21 Days: |  |
|  | Total Past Due: | 9,135.33 |

An annual percentage rate of 18% may
be charged on all past due accounts.



Performance Foodservice - Merchants Foodservice
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

# Statement

Statement Date: 7/29/2024
Page: 12

MFS-CreditDepartment@pfgc.com

Combined Number: 100452

Bill To: RRG INC DIP     SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/17/2024 | 2554842 | 11,105.85 | 131.17- | | 10,974.68 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---

| Customer: | 89012849 POPEYES#12849 | SOLD | | Balance Due: | 10,974.68 |
|---|---|---|---|---|---|
| | | | | Current: | |
| | | | Past Due | 1-7 Days: | 10,974.68 |
| | | | | 8-14 Days: | |
| | | | | 15-21 Days: | |
| | | | | >21 Days: | |
| | | | | Total Past Due: | 10,974.68 |

An annual percentage rate of 18% may
be charged on all past due accounts.



Performance Foodservice - Merchants Foodservice
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

## Statement

Statement Date: 7/29/2024
Page: 13

MFS-CreditDepartment@pfgc.com

Combined Number:   100452

Bill To:  RRG INC DIP       SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/15/2024 | 2553473 | 3,922.52 | | | 3,922.52 |
| 7/18/2024 | 2555686 | 8,411.33 | | | 8,411.33 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---
Customer:   89012950 POPEYES#12950        SOLD                                           Balance Due:      12,333.85
---

|  |  | | |
|---|---|---|---|
| | | Current: | |
| | Past Due | 1-7 Days: | 12,333.85 |
| | | 8-14 Days: | |
| | | 15-21 Days: | |
| | | >21 Days: | |
| | | Total Past Due: | 12,333.85 |

An annual percentage rate of 18% may
be charged on all past due accounts.



Performance Foodservice - Merchants Foodservice
PO Box 1351
Hattiesburg, MS 39403
800-844-FOOD

**Statement**

Statement Date: 7/29/2024
Page: 14

MFS-CreditDepartment@pfgc.com

Combined Number: 100452

Bill To: RRG INC DIP     SOLD
ATTN: MARK
309 PIRKLE FERRY RD #E200
CUMMING, GA 30040

Please Remit Payments To: MERCHANTS FOODSERVICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 1351
HATTIESBURG, MS 39403-1351

DSR #: 817
Sales Representative: POPEYES - NEWBERRY

Terms: NET 7 DAYS

| Date | Invoice # | Invoice Amount | Credits/Adj | Payments | Inv Balance |
|---|---|---|---|---|---|
| 7/14/2024 | 2552923 | 3,856.77 | | | 3,856.77 |
| 7/17/2024 | 2554999 | 4,200.70 | | | 4,200.70 |

This statement reflects payments received by our office through 07/28/2024.
If you have any questions about your statement, please call 601-584-4005 or email MFS-CreditDepartment@pfgc.com
You may view your account activity and current balance on our online portal WWW.MERCHANTSFOODSERVICE.COM
See your Merchants representative for access instructions

---

Customer: 89013866 POPEYES#13866     SOLD                                    Balance Due:  8,057.47

---

|  | Past Due | Current: | |
|---|---|---|---|
|  |  | 1-7 Days: | 4,200.70 |
|  |  | 8-14 Days: | 3,856.77 |
|  |  | 15-21 Days: | |
|  |  | >21 Days: | |
|  |  | Total Past Due: | 8,057.47 |

An annual percentage rate of 18% may
be charged on all past due accounts.