IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| IN RE: | * | |
| --- | --- | --- |
| RRG, INC. | * | CHAPTER 11 Case No. 24-10075-SDB |
| Debtor. | * | |

| WRIGHTSBORO AUGUSTA DEVELOPMENT, L.L.C., | * | |
| --- | --- | --- |
| Movant, | * | |
| v. | * | |
| RRG, INC., | * | |
| Debtor. | * | |

## AMENDED[1] MOTION TO ALLOW LATE FILED CLAIM

NOW COMES WRIGHTSBORO AUGUSTA DEVELOPMENT, L.L.C., hereinafter referred to as Movant and brings this its amended Motion to Allow Late Filed Claim and respectfully shows to the Court as follows:

1. Movant hereby incorporates all allegations as stated in Movant's motion as if stated herein.

2. Movant files this to correct typos.

WHEREFORE, Movant prays that its claim in the amount of $99,500.00 be allowed so that Movant may file a motion for relief as to its collateral.

This 14th day of August, 2024.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Movant

Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, Georgia 30909

---

[1] Movant amends its motion to correct the case caption as well as to delete the word consent from the proposed attached order.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| RRG, INC. | * | CHAPTER 11 Case No. 24-10075-SDB |
| | * | |
| Debtor. | * | |
| | | |
| WRIGHTSBORO AUGUSTA | * | |
| DEVELOPMENT, L.L.C., | * | |
| | * | |
| Movant, | * | |
| | * | |
| v. | * | |
| | * | |
| RRG, INC., | * | |
| | * | |
| Debtor. | * | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day he has served the foregoing by filing the same with the CM/ECF system to ensure all counsel of record have been served and have served the below by placing the same in the USPS with proper postage affixed thereto and addressed as follows:

Joel Pashke
Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

Tiffancy E. Caron
Subchapter V Trustee
PO Box 711
West Palm Beach, FL 33402

RRG, Inc.
6640 Shade Tree Way
Cumming, GA 30040

This 14th day of August, 2024.          /s/ Nathan E. Huff
                                         Nathan E. Huff