IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| RRG, INC. | * | CHAPTER 11 Case No. 24-10075-SDB |
| | * | |
| Debtor. | * | |

| | |
|---|---|
| WRIGHTSBORO AUGUSTA | * |
| DEVELOPMENT, L.L.C., | * |
| | * |
| Movant, | * |
| | * |
| v. | * |
| | * |
| RRG, INC., | * |
| | * |
| Debtor. | * |

## ORDER ALLOWING LATE FILED CLAIM

The Motion to allow the late filed claim of WRIGHTSBORO AUGUSTA DEVELOPMENT, L.L.C. ("Creditor") having come before the Court; and,

**IT APPEARING TO THE COURT** that Creditor having a valid reason for filing a late claim ;

**IT IS HEREBY ORDERED** that the late filed claim of Creditor (Claim #52), in the sum of $99,500.00 shall be allowed as an unsecured claim.

**[END OF DOCUMENT]**

Prepared by:

<u>/s/ Nathan E. Huff</u>
Attorney for Movant
nhuff@cwhllp.com