IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br><br>RRG, INC.<br><br>Debtor. | )<br>)<br>)    CHAPTER 11<br>)    Case No. 24-10076-SDB<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

NOW COMES the undersigned attorney and certifies that on August 23rd and August 24th of 2024 he has served Docket Nos. 418, 423, 420, and 421 the parties attached Exhibit "A", by first class mail and addressed as stated in Exhibit "A", with proper postage affixed thereto.

This August 25, 2024.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Movants

Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, Georgia 30909
706-860-9995

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>RRG, INC. )<br>)<br>Debtor. )<br>_____ ) | CHAPTER 11<br>Case No. 24-10076-SDB |

## **CERTIFICATE OF SERVICE**

The undersigned the certifies that he filed the foregoing with the CM/ECF system to ensure service on all parties that receive notices.

This 25th day of August, 2024.

/s/ Nathan E. Huff
Nathan E. Huff