```
Label Matrix for local noticing          1ST Choice Quality Heating and Air      511 Sponsorship Georgia, LLC
113J-1                                   106 N Boundary St                       420 S Hill St
Case 24-10075-SDB                        Manning SC 29102-3204                   Buford, GA 30518-3220
Southern District of Georgia
Augusta
Fri Aug 23 16:07:30 EDT 2024

(p)7351 WEST CENTRAL LLC                 Aiken County Tax Collector              Aiken County Treasurer
ATTN C/O KHOA PHUNG                      PO Box 873                              P.O. Box 919
899 RUSSELL LANE                         Aiken, SC 29802-0873                    Aiken, SC 29802-0919
MILPITAS CA 95035-3319


Airgas National Welders Inc              Allegra                                 American Express
P.O. Box 602792                          320A Old Trolley Rd                     P. O. Box 60189
Charlotte, NC 28260-2792                 Summerville, SC 29485-4949              City of Industry CA 91716-0189


American Express National Bank           Ascentium Capital Leasing               Ascentium Capital a Division of Regions Bank
c/o Becket and Lee LLP                   23970 US 59                             23970 HWY 59 N
PO Box 3001                              Kingwood Area Texas 77339-1535          Kingwood, TX 77339-1535
Malvern  PA 19355-0701


Atlanta Computer Sol Inc                 Augusta (Southpointe) WMA, LLC          Augusta (Southpointe) WMA, LLC
6735 Fox Creek Dr                        8816 Six Forks Rd Suite 201             c/o Barclay Damon LLP
Cumming, GA 30040-6659                   Raleigh, NC 27615-2983                  Attn: Kevin M. Newman, Esq.
                                                                                 125 East Jefferson Street
                                                                                 Syracuse, NY 13202-2515

Automatic Fire Systems of Augusta        B&C of Ohio                             Belvina Investment Group, LLC
3326 Mike Padgett Hwy                    3062 Damascus Rd                        1906 S. Main Street
Augusta Ga 30906-3741                    Augusta, GA 30909-4068                  Santa Ana, CA 92707-2828


Berkeley County Tax Collector            Berkeley County Treasurer               Berkeley County Treasurer
1003 Highway 52                          PO Box 3122                             PO Box 6122
1003 Highway 52                          Moncks Corver, SC 29461                 Neely, MS 39461
Moncks Corner, SC 29461-3007


Berkeley Electric Cooperative            Berkeley Electric Cooperative Inc       (c)BERKELEY LOCKSMITH INC
1732 US-52 W                             P.O. Box 340                            128 TALL PINES CT
Moncks Corner, SC 29461-5010             Awendaw SC 29429-0340                   LADSON SC  29456-3105


Berlin's Restaurant Supply Inc.          Bradford J. Sandler                     Kyle A. Brannon
5051 Rivers Ave.                         Pachulski Stang Ziehl & Jones LLP       Maynard Nexsen PC
North Charleston, SC 29406-6303          919 N. Market Street, 17th Floor        1230 Main Street
                                         Wilmington, Delaware 19801-3034         Suite 700
                                                                                 Columbia, SC 29201-6220

Burke County Health Department           Burke County Tax Commissioner           CSE, Inc.
P.O. Box 238                             P. O. Box 671                           3182 Momentum Place
Waynesboro, GA. 30830-0238               Waynesboro, GA 30830-0671               Chicago, IL 60689-0001
```


"A"

Capital Signs and Awnings
PO Box 208804
Dallas, TX 75320-8804

Carl Townsend/Carl's Landscaping
300 Judy Drive Creek
Goose Creek, SC 29445-3624

Carolina Air Care Heating & Air LLC
885 E Butternut Road
Summerville, SC 29483-8434

Carolina Air Care, Inc
885 E Butternut Rd
Summerville, SC 29483-8434

Carolina Georgia Sound Inc
P.O. Box 14759
Augusta, GA 30919-0759

Carolina Hot Wash
P.O. Box 81001
Charleston, SC 29416-1001

Carolina Sound Com Inc
P.O. Box 890711
Charlotte, NC. 28289-0711

Tiffany E. Caron
P.O. Box 711
West Palm Beach, FL 33402-0711

Cennox Commercial Services, LLC
P.O. Box 779108
Chicago, IL 60677-9108

Charleston County Revenue Collections Dep
P.O. Box 603533
Charlotte, NC 28260-3533

Charleston County Treasurer
P.O. Box 603517
Charlotte, NC 28260-3517

Charleston Electric
412 E 5th St
Summerville, SC 29483

Charleston Electric LLC
412 E 5th North Street
Summerville, SC 29483-6881

(p)CHARLESTON WATER SYSTEM
PO BOX B
CHARLESTON SC 29402-0017

City of Aiken
P.O. Box 2458
Aiken, SC 29802-2458

City of Millen
P. O. Box 929
Millen, GA 30442-0929

City of Waynesboro
615 N Liberty ST
Waynesboro, GA 30830-1499

Mark A. Cleary
1223 George C. Wilson Dr
Augusta, GA 30909-4502

Coastal Waste & Recycling of Georgia LLC
P.O. Box 25756
Miami, FL 33102-5756

Coca-Cola
P. O. Box 101086
Atlanta, GA 30392-1086

Colleton County Treasurer
P.O. Box 8
Walterboro, SC 29488-0001

Timothy Jerome Colletti
Baker, Donelson, Bearman, Caldwell & Ber
3414 Peachtree Road NE, Suite 1500
Atlanta, GA 30326-1114

Columbia Co. Tax Commissioner
P.O. Box 3030
Evans, Georgia 30809-0077

Columbia Meats
PO Box 9201
Greenville, SC 29604-9201

Comcast
P. O. Box 105184
Atlanta, GA 30348-5184

Csra Hood Exhaust LLC
1861 Lodgepole Ave
North Augusta SC 29841-2128

D&D Commercial
777 Four Points Road West
Keysville, GA 30816-4556

D&D Commercial Service
Oliver Disher
777 Four Points Road West
Keysville, GA 30816-4556

Davis A. Dunaway
801 Broad Street, 7th Floor
Augusta, GA 30901-1231

Diversified Properties, Inc.
3112 Washington Road
Unit L
Augusta, GA 30907-0822

Dominion Energy
P.O. Box 100255
Columbia, SC 29202-3255

(p)DOMINION ENERGY
ATTN BANKRUPTCY
220 OPERATION WAY OSC 1A
CAYCE SC 29033-3701

Dorchester County Treasurer
P.O. Box 936782
Atlanta, GA 31193-6782

Taylor Lloyd Dove
Hunter Maclean Exley & Dunn, P.C.
P.O. Box 9848
Savannah, GA 31412-0048

Dr. Benjamin Weinberger
5213 High Vista Drive
Orefield, PA 18069-9117

Davis A. Dunaway
Hull Barrett, PC
801 Broad Street
7th Floor
Augusta, GA 30901-1231

Reid E. Dyer
Moore & VanAllen
78 Wenworth St.
Charleston, SC 29401-1428

EHN Trustee No.2, LLC
P.O. Box 1406
Anderson, SC 29622-1406

Ecolab Inc
6252 Network Place
Chicago, IL 60673-0001

Equifax Workforce Solutions, LLC
4076 Paysphere Circle
Chicago, IL 60674-0001

Eureka Investment Properties, LLC
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308-2343

Eureka Investment Properties, LLC
11181 Ettrick Street
Oakland, CA 94605-5529

Eureka Investment Properties, LLC
600 Peachtree Street
Ste 4700
Atlanta, GA 30308-2343

Evening Post Publishing Newspaper Group P.O.
Charlotte, NC 28260-4134

Everette H. Newman Trustee #2
C/O Greene & Co.
PO Box 1406
Anderson, SC 29622-1406

Fain Septic Tank Inc
P.O. Box 3437
Summerville, SC 29484-3437

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Garrett & Garrett
P.O. Box 36
Fountain Inn, SC 29644-0036

Garrett Garrett
PO BOX 36
Fountain Inn, SC 29644-0036

Gas South
P O Box 530552
Atlanta, GA 30353-0552

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Department of Revenue
610 Ronald Reagan Drive
Evans, GA 30809-7603

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Georgia Power Company
c/o Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303-1292

Georgia Sound Communications
P.O. Box 890333
Charlotte, NC 28289-0333

Kristine Glenn
Rhoden CPA Firm
808 Greene Street
Augusta, GA 30901-0217

Brian S. Goldberg
Freeman Mathis & Gary LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Hanmi Bank, assignee of Ascentium Capital
c/o Freeman Mathis & Gary, LLP ATTN Bria
100 Galleria Pkwy, Suite 1600
Atlanta, Georgia 30339-5948

Hansen's Wildlife Removal
1132 Shoreham Rd
Charleston SC 29412-9364

Jennifer Hobbs
Rhoden CPA Firm
808 Greene Street
Augusta, GA 30901-0217

Nathan Edward Huff
Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, GA 30909-4502

Huggins Waste Services
71 Horsetrail Rd
Pembroke, GA 31321-5266

J.A.C. Services, Inc.
107 Elk's Lodge Lane
Summerville, SC 29483-3852

JAM SC Investments
PO Box 478
Charleston, SC 29402-0478

JAM-SC Investments, LLC
804 Green Valley Rd Suite 202
Greensboro, NC 27408-7044

JAM-SC Investments, LLC & PLM-SC Investments
804 Green Valley Road
Suite 202
Greensboro, NC 27408-7044

James Testi
4441 Shadowmoor Drive
Martinez, GA 30907-4508

Jane
6640 Shade Tree Way
Cumming, GA 30040-8703

Jefferson County Tax Commissioner
P. O. Box 426
Louisville, GA 30434-0426

Jenkins County Tax Commissioner
611 E Winthrope Avenue
Millen, GA 30442-1833

Jenkins County Tax Commissioner
P. O. Box 646
Millen, GA 30442-0646

John W. Mills
Mills Business Law, LLC
1336 Harvard Road NE
Atlanta, Georgia 30306-2413

Johnson Controls Security Solutions
P.O. Box 371967
Pittsburgh, PA 15250-7967

Leon S. Jones
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308-1400

Julia K. Rodgers
817 Dancy Avenue
Savannah, GA 31419-3007

Julia K. Rodgers
Dancy Avenue
Savannah, GA 31419

Julia Rodgers
817 Dancy Avenue
Savannah, GA 31419-3007

Julio E. Mendoza, Jr.
Maynard Nexsen PC
P. O. Box 2426
Columbia, SC 29202-2426

Julio Mendoza, Jr.
1230 Main Street, Suite 700
Columbia, SC 29201-6220

K. Warren Fulghum
Aiken County Tax Collector
PO Box 873
Aiken, SC 29802-0873

Kay Chemicals
PO Box 32027
New York, NY 10087-2027

Bowen Anderson Klosinski
Klosinski Overstreet
1229 Augusta West Parkway
Augusta, GA 30909-1807

Scott J. Klosinski
Klosinki Overstreet, LLP
1229 Augusta West Parkway
Augusta, GA 30909-1807

Scott J. Klosinski
Klosinski Overstreet
1229 Augusta West Parkway
Augusta, GA 30909-1807

Kyle A. Brannon
Maynard Nexsen PC
P. O. Box 2426
Columbia, SC 29202-2426

George R. Lane
South Auction, LLC
338 East Main Street
Swainsboro, GA 30401-4081

Zane P. Leiden
Leiden & Leiden
330 Telfair Street
Augusta, GA 30901-2450

Jon A. Levis
Levis Law Firm, LLC
P O Box 129
Swainsboro, GA 30401-0129

Loomis
P.O. Box 120757
Dallas, TX 75312-0757

Louisville Pop, LLC
876 Sackells Ford Road
Warminster, PA 18974-1330

Louisville Pop, LLC
876 Sackettsford Rd
Ivyland, PA 18974-1330

M.K. Daniels Electric
3320 Westcliffe Ct
Augusta, GA 30907-3623

Francesca Macchiaverna
Hunter Maclean Exley & Dunn P.C.
200 E. Saint Julian Place
P O Box 9848
Savannah, GA 31412-0048

Mark Rinna
6640 Shade Tree Way
Cumming, GA 30040-8703

Mary M. Caskey, Esq.
Haynsworth Sinkler Boyd, PA
PO Box 11889
Columbia, SC 29211-1889

Master Lawn, LLC
4873 Old Belair Ln
Grovetown, GA 30813-4529

McDuffie Co. Tax Comm.
P. O. Box 955
Thomson, GA 30824-0955

Julio E. Mendoza Jr.
Maynard Nexsen PC
1230 Main Street
Suite 700
Columbia, SC 29201-6220

Julio E. Mendoza Jr.
Maynard Nexsen PC
1230 Main Street, Suite 700
P. O. Drawer 2426
Columbia, SC 29202-2426

Merchants Food Service
PO Box 1351
Hattiesburg, MS 39403-1351

Miller Signs Inc
2302 Air Park Rd.
N. Charleston, SC 29406-6159

John Wesley Mills III
Mills Business Law
1336 Harvard Road, NE
Atlanta, GA 30306-2413

Olivia Ryan Mooney
Lewis Brisbois Bisgaard & Smith LLP
600 Peachtree Street
Ste 4700
Ste 1950
Atlanta, GA 30308-2223

N.V.A., Inc
Davis A. Dunaway
801 Broad Street, 7th Floor
Augusta, GA 30901-1231

NCR Corp
14181 Collections Centre Drive
Chicago, IL 60693-0001

North To South Plumbing Services
1562 Sweet Myrtle Circle
Mt Pleasant SC 29466-8093

Nuco2 Inc
P. O. Box 417902
Boston, MA 02241-7902

Office of the U. S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401-3331

Olivia Ryan Mooney
600 Peachtree Street
Ste 4700
Atlanta, GA 30308-2343

(p)THE PRINCIPAL FINANCIAL GROUP
711 HIGH ST
DES MOINES IA 50392-0001

Pacific Premier Bank
c/o Kevin Stine, Baker Donelson
1500 Monarch Tower, Suite 1500
3414 Peachtree Road, NE
Atlanta, GA 30326-1153

Pacific Premier Bank
17901 Von Karman Ave., Ste. 1200
Irvine, CA 92614-5248

Pacific Premier Franchise Capital
17901 VON Karman Ave Suite 1200
Irvine, CA 92614-5248

Parkway Assoc. LLC C/O Robert Pratt
9209 University Blvd.
Charleston, SC 29406-9122

Parkway Associates of Summerville, LLC
c/o Mary M. Caskey, Esq.
Haynsworth Sinkler Boyd, PA
PO Box 11889
Columbia, SC 29211-1889

Parkway Associates, LLC
9209 University Blvd.
North Charleston, SC 29406-9122

Parkway Plaza of Summerville Property Owners
9209 University Blvd
N. Charleston, SC 29406-9122

Performance Food Group
PO Box 1351
Hattiesburg, MS 39403-1351

Polar Refrig
1733 Harrogate Dr
Augusta, Ga 30906-9122

Popeyes Louisiana Kitchen, Inc.
c/o Glenn D. Moses, Esq., Venable LLP
100 SE 2nd Street, Suite 4400
Miami, FL 33131-2118

Popeyes's Louisiana Kitchen, Inc.
5507 Blue Lagoon Drive
Miami, FL 33126-2029

Pye-Barker
P.O. Box 735358
Dallas, TX 75373-5358

RBI, Inc.
5505 Blue Lagoon Drive
Miami, FL 33126-2029


RRG, Inc.
6640 Shade Tree Way
Cumming, GA 30040-8703

Refrigeration Gaskets
121 Cuthbert Dr
Goose Creek SC 29445-3319

RepublicServices
P.O.Box 9001099
Louisville, KY 40290-1099


Richard Rhoden
Rhoden CPA Firm
808 Greene Street
Augusta, GA 30901-0217

Richmond County Tax Commissioner
535 Telfair Street, Suite 100
Augusta, GA 30901-2372

Rivercrest Realty Associates, LLC
c/o Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308-1414


Robert Charles Isenberg
2855 Mulholland Hwy
Malibu, CA 90265

RotoRooter
136 Tanner Road
Greenville, SC 29607-5917

William A. Rountree
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd
Suite 350
Suite 100
Atlanta, GA 30329-1687


SCPW
P.O. Box 63070
Charlotte, NC 28263-3070

See-Thru
721 Jackie Hart Rd.
Statesboro, Ga. 30461-7001

Shoes For Crews, Inc.
P.O. Box 734176
Chicago, IL. 60673-4176


Space Providers of Asheville, LLC
Post Office Box 8374
Asheville, NC 28814-8374

Space Providers of Asheville, LLC
c/o Levis Law Firm, LLC
Post Office Box 129
Swainsboro, GA 30401-0129

Space Providers, LLC
PO Box 8374
Asheville, NC 28814-8374


Sparrow Enterprises
306 Legendres Dr
Goose Creek SC 29445-7368

Shawna Y. Staton
Georgia Department of Law
40 Capitol Sq. SW
Atlanta, GA 30334-1300

Steritech
PO Box 14095
Reading, PA 19612


Kevin A. Stine
Baker Donelson
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-1114

Stratacache
40 N. Main St. Suite 2600
Dayton, OHIO 45423-1008

Teresa Zielaznicki
P.O. Box 50312
Summerville, SC 29485-0312


The Drain Surgeon
664 South Old Belair Rd Suite B
Grovetown. GA 30813-5518

The McDuffie Progress
P. O. Box 1090
Thomson, GA 30824-1090

Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303-1292


Thomson Plaza Shopping Center, LLC
651 Main Street
Thomson, GA 30824-7456

Thomson Plaza Shopping Center, LLC
P.O. Box 36
Fountain Inn, SC 29644-0036

UHS Premium Billing
P.O. Box 94017
Palatine, IL. 60094-4017

| | | |
|---|---|---|
| United States Liability Insurance Co<br>PO Box 62778<br>Baltimore, MD 21264-2778 | Van Ness Holdings Grovetown, LLC<br>5217 Atherton Bridge Road<br>Raleigh, NC 27613-5383 | VanNess Holdings Grovetown LLC<br>5217 Atherton Bridge Rd<br>Raleigh, NC 27613-5383 |
| VanNess Holdings Grovetown, LLC<br>c/o Vicki Parrott, Counsel for Creditor<br>1414 Raleigh Rd, Ste 435<br>Chapel Hill, NC 27517-8834 | Vicki L. Parrott<br>Northen Blue, LLP<br>1414 Raleigh Road, Suite 435<br>Chapel Hill, NC 27517-8834 | Viking Cloud Inc<br>Dept CH17101<br>Palantine IL 60055-7101 |
| WTHO-FM, WTWA<br>788 Cedar Rock Rd NW<br>Thomson, GA 30824-7642 | WYBO 929FM<br>2 Milledge Rd<br>Augusta GA 30904-3063 | Wasserstrom Inc<br>P.O. Box 933469<br>Cleveland, OH 44193-0040 |
| Waste Management<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | Wells Fargo Vendor Financial Services<br>1010 Thomas Edison Boulevard, SW<br>Cedar Rapids, IA 52404-8247 | Wells Fargo Vendor Financial Services, LLC<br>800 Walnut Street MAC F0005-055<br>Des Moines, IA 50309-3891 |
| Whaley Food Service<br>P.O. Box 615<br>Lexington, SC 29071-0615 | David B Wheeler<br>Moore & VanAllen<br>78 Wentworth St<br>Charleston, SC 29401-1428 | Mark L. Wilhelmi<br>Mark L. Wilhelmi, PC<br>Cadence Bank Building<br>3527 Wheeler Rd. Suite 401<br>Augusta, GA 30909-6718 |
| William Means<br>1184 Downing Court<br>Lincolnton, NC 28092-7434 | William Means<br>P. O. Box 428<br>Lincolnton, NC 28092 | Williams Sewer & Drain<br>887 Stagecoach Rd NE<br>Thomson, GA 30824-6612 |
| Wrightsboro Augusta Development, L.L.C<br>1030 Philip St.<br>New Orleans 70130-5552 | Wrightsboro Augusta Development, L.L.C.<br>1030 Philip St.<br>New Orleans, LA 70130-5552 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 7351 West Central, LLC<br>899 Russell Lane<br>Milpitas, CA 95035 | Charleston Water System<br>P.O. Box 568<br>Charleston, SC 29402-0568 | Dominion Energy South Carolina, Inc.<br>Attn: Agent or Officer<br>220 Operation Way, MC C222<br>Cayce, SC 29033 |
| (d)Dominion Energy South Carolina, Inc.<br>220 Operation Way<br>MC-OSC1A<br>Cayce, SC 29033 | Georgia Department of Revenue<br>Compliance Division<br>ARCS Bankruptcy<br>1800 Century Blvd NE, Suite 9100<br>Atlanta, GA 30345 | (d)Georgia Department of Revenue<br>Bankruptcy Section<br>1800 Century Blvd., NE Suite 9100<br>Atlanta, GA 30345-3209 |

(d) Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd NE
Ste 9100
Atlanta, GA 30345

PLIC - SBD GRAND ISLAND
P.O. Box 77202
Minneapolis, MN 55480-720

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Berkeley Locksmith Inc
128 Tall Pines Rd.
Ladson, S.C. 29456

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) 7351 West Central LLC

(d) Aiken County Tax Collector
PO Box 873
Aiken, SC 29802-0873

(u) Belvina Investment Group, LLC

(d) Kyle A. Brannon
Maynard Nexsen PC
1230 Main Street
Suite 700
Columbia, SC 29201-6220

(d) Tiffany E. Caron
P.O. Box 711
West Palm Beach, FL 33402-0711

(u) Cintas

(u) Columbia Meats, Inc.

(u) Hanmi Bank, assignee of Ascentium Capital

(u) Merchants

(u) Julia Rodgers

(u) SBH Foods PLK, LLC

(d) Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street, NW, Suite 2200
Atlanta, GA 30303-1292

(u) VanNess Holdings Grovetown, LLC

(u) William Paul Means, Jr.

(u) ZSC Enterprises, LLC

End of Label Matrix
Mailable recipients    199
Bypassed recipients     15
Total                  214