# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**RRG, Inc.,**<br>      Debtor. | Case No.:   24−10075−SDB<br>Judge:   Susan D. Barrett<br>Chapter:   11 |

## NOTICE OF HEARING AND DEADLINE FOR OBJECTIONS

Notice is given that a Hearing is scheduled on:

*September 30, 2024, at 10:00 AM*
*Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901*

to consider and act upon the following:

Amended Motion to Allow Late Filed Claim #52 of Wrightsboro Augusta Development, LLC (Docket Number 423) filed by Wrightsboro Augusta Development, LLC ("Movant") on August 14, 2024. Movant prays its claim in the amount of $99,500.00 be allowed.

_____

Objections to the Amended Motion shall be filed with the Court on or before September 19, 2024, with a copy to Movant's attorney: Nathan E. Huff, 1223 George C. Wilson Drive, Augusta, GA 30909, and a copy to Debtor's attorney: Bowen Klosinski, Klosinski Overstreet, LLP, 1229 Augusta West Parkway, Augusta, GA 30909.

**Failure to file a written objection on or before the deadline indicated above may result in the entry of an order approving the motion as filed, and the case may be removed from the Court's calendar. Any such objections must be stated with specificity.**

Dated: **August 26, 2024**

*Dana M. Wilson, Clerk*
United States Bankruptcy
Court Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

B−92 (Rev. 02/23) *JWB*