# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**RRG, Inc.,**
  Debtor

Case No.:  24-10075-SDB

Judge:  Susan D. Barrett

Chapter:  11

## ORDER AND NOTICE OF DEADLINE FOR OBJECTIONS

Motion for Payment of Administrative Expense (Docket Number 421) has been filed by Performance Food Group, aka Merchants Company, LLC ("Movant") on August 13, 2024.  Movant requests that this Court enter an Order establishing that its claim in the amount of $129,192.01 is entitled to administrative priority status pursuant to Section 503(b)(1) of the Bankruptcy Code, which allows for the "actual, necessary costs and expenses of preserving the estate" to have administrative priority status.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _

IT IS HEREBY ORDERED that Objections to the Motion shall be filed with the Court on or before September 19, 2024, with a copy to Movant's attorney: Nathan E.  Huff, 1223 George C. Wilson Drive, Augusta, GA 30909, and a copy to Debtor's attorney: Bowen Klosinski, Klosinski Overstreet, LLP, 1229 Augusta West Parkway, Augusta, GA 30909.

**Failure to file a written objection on or before the deadline indicated above may result in the entry of an order approving the Motion as filed.  Any such objections must be stated with specificity.**



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **August 26, 2024**