# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**RRG, Inc.,**<br>    Debtor. | Case No.:  24-10075-SDB<br>Judge:  Susan D. Barrett<br>Chapter:  11 |

## ORDER AND NOTICE OF DEADLINE FOR OBJECTIONS

Motion for Payment of Administrative Expense of Columbia Meats, Inc. (Docket Number 420) has been filed by Columbia Meats, Inc. ("Movant") on August 13, 2024. Movant requests this Court to enter an Order establishing that its claim in the amount of $207,837.02 is entitled to administrative priority status pursuant to Section 503(b)(1) of the Bankruptcy Code, which allows for the "actual, necessary costs and expenses of preserving the estate" to have administrative priority status.

-----------------

IT IS HEREBY ORDERED that Objections to the Motion shall be filed with the Court on or before September 19, 2024, with a copy to Movant's attorney: Nathan E. Huff, Cleary, West & Huff, LLP, 1223 George C. Wilson Drive, Augusta, GA 30909, and a copy to Debtor's attorney: Bowen Klosinski, Klosinski Overstreet, LLP, 1229 Augusta West Parkway, Augusta, GA 30909.

**Failure to file a written objection on or before the deadline indicated above may result in the entry of an order approving the Motion as filed.  Any such objections must be stated with specificity.**

Dated: **August 26, 2024**



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903