# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**RRG, Inc.,**<br>       Debtor. | Case No.: 24–10075–SDB<br>Judge:  Susan D. Barrett<br>Chapter:  11 |

## ORDER REQUIRING SERVICE BY MOVANT

**IT IS ORDERED THAT:**

1) MOVANT Wrightsboro Augusta Development, L.L.C. shall serve by mail, INSTANTER , a copy of Amended Motion to Allow Late Filed Claim #52 of Wrightsboro Augusta Development, LLC (Docket Number 423) and Notice of Hearing and Deadline for Objections (Docket Number 444) to all parties required by the Bankruptcy Code and Rules.

2) MOVANT Wrightsboro Augusta Development, L.L.C. shall complete and file with the Court a Certificate of Service immediately upon serving the required document(s).



Susan D. Barrett  
United States Bankruptcy Judge  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated: **August 26, 2024**

*B–07 [Rev. 01 /23]* **KMS**