# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**RRG, Inc.,**  
    Debtor.

Case No.: 24–10075–SDB  
Judge: Susan D. Barrett  
Chapter: 11

## ORDER REQUIRING SERVICE BY MOVANT

**IT IS ORDERED THAT:**

1) MOVANT Performance Food Group, aka Merchants Company, LLC shall serve by mail, INSTANTER, a copy of Application for Administrative Expenses filed by Performance Food Group aka Merchants Company, LLC (docket 421) and Order and Notice of Deadline for Objections (docket 447) to all parties required by the Bankruptcy Code and Rules.

2) MOVANT Performance Food Group aka Merchants Company, LLC shall complete and file with the Court a Certificate of Service immediately upon serving the required document(s).



Susan D. Barrett  
United States Bankruptcy Judge  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated: **August 26, 2024**

*B–07 [Rev. 01/23]* **CCB**