UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| RRG, INC., | * | Case No. 24-10075-SDB |
|     Debtor | * | |
| | * | SUBCHAPTER V |
| _____ | * | _____ |

**STIPULATION EXTENDING TIME
FOR POPEYE'S LOUISIANA KITCHEN, INC.
TO RESPOND TO OBJECTION TO CLAIM**

RRG, Inc. (the "Debtor") and Popeye's Louisiana Kitchen, Inc. ("Popeye's") by and through their respective counsel, stipulate that the deadline for Popeye's to file a response to Debtor's objection to Claim no. 51 of Popeye's (Docs. 382) ("Objection") shall be *extended through and including September 20, 2024.*

The originally prescribed due date for GDOR's response to the Debtor's Objection to its claim is August 21, 2024. This extension to and including September 20, 2024, is the only extension that has been given Popeye's and this extension does not exceed 30 days.

DATED: August 28, 2024.

| | |
|---|---|
| Filed and Presented by: | Consented to by: |
| */s/ Bowen A. Klosinski* | /s/ Glenn D. Moses |
| Bowen A. Klosinski | Venable, LLP |
| Attorney for Debtor | Attorneys for Popeyes Louisiana Kitchen, Inc. |
| Georgia Bar No. 842225 | 801 Brickell Ave, Suite 1500 |
| 1229 Augusta West Parkway | Miami, FL 33131 |
| Augusta Georgia 309309 | 305-372-2522 |
| 706-863-2255 | gmoses@venable.com |
| bak@klosinski.com | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RRG, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10075 |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing "STIPULATION EXTENDING TIME FOR POPEYE'S LOUISIANA KITCHEN, INC. TO RESPOND TO OBJECTION TO CLAIM" upon all parties by placing a copy of same in the United States Mail, postage pre-paid and properly addressed and a copy of the above-referenced document via CM/ECF electronic mail:

Glenn D. Moses
Venable, LLP
Attorneys for Popeyes Louisiana Kitchen, Inc.
801 Brickell Ave, Suite 1500
Miami FL 33131
gmoses@venable.com

Office of the U.S. Trustee
E-mail: Ustpregion21.sv.ecf@usdoj.gov

Tiffany E. Caron
E-mail: tiffany.caron@hotmail.com

This 28th day of August, 2024.

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No. 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909

(706) 863-2255
bak@klosinski.com