IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RRG, INC. ) | CHAPTER 11 |
| ) | Case No. 24-10075-SDB |
| Debtor. ) | |
| _____ ) | |

## AMENDED CERTIFICATE OF SERVICE
## REFERENCE DOCUMENT NUMBER 441

The undersigned hereby amends Docket No. 441. The Case Number in the certificate of service, on pages 1 and 2, was mistakenly typed as Case No. 24-10076 instead of Case No. 24-10075. The undersigned incorporates and certifies that he has mailed all documents as stated in the original certificate of service.

This 31st day of August, 2024.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
|    RRG, INC. ) | CHAPTER 11 |
| ) | Case No. 24-10075-SDB |
|    Debtor. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that he filed the foregoing with the CM/ECF system to ensure service on all parties who receive notice.

This 31st day of August, 2024.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995