IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RRG, INC. | ) | CHAPTER 11 |
| | ) | Case No. 24-10075-SDB |
| Debtor. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he served all parties, with Docket Nos. 444, 447, and 449, listed on Exhibit "A" and attached hereto, by U.S. Mail with proper postage affixed thereto, to the addresses listed on Exhibit "A".

This 31st day of August, 2024.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RRG, INC. | ) | CHAPTER 11 |
| | ) | Case No. 24-10075-SDB |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that he filed the foregoing with the CM/ECF system to ensure service on all parties who receive notice.

This 31st day of August, 2024.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995