```
Label Matrix for local noticing          1st Choice Heavy Leasing and Air           411 Sponsorship Georgia LLC
113J-1                                    106 N Boundary St                          420 S Hill St
Case 24-10075-SDB                         Manning SC 29102-3204                      Buford, GA 30518-3220
Southern District of Georgia
Augusta
Sat Aug 31 10:17:30 EDT 2024

(p)7351 WEST CENTRAL LLC                  Aiken County Tax Collector                 Aiken County Treasurer
ATTN C/O KHOA PHUNG                       PO Box 873                                 P.O. Box 919
99 RUSSELL LANE                           Aiken, SC 29802-0873                       Aiken, SC 29802-0919
MILPITAS CA 95035-3319


Airgas National Welders Inc               Allegra                                    American Express
P.O. Box 602792                           320A Old Trolley Rd                        P. O. Box 60189
Charlotte, NC 28260-2792                  Summerville, SC 29485-4949                 City of Industry CA 91716-0189


American Express National Bank            Ascentium Capital Leasing                  Ascentium Capital a Division of Regions Ban
c/o Becket and Lee LLP                    23970 US 59                                23970 HWY 59 N
PO Box 3001                               Kingwood Area Texas 77339-1535             Kingwood, TX 77339-1535
Malvern PA 19355-0701


Atlanta Computer Sol Inc                  Augusta (Southpointe) WMA, LLC             Augusta (Southpointe) WMA, LLC
1735 Fox Creek Dr                         8816 Six Forks Rd Suite 201                c/o Barclay Damon LLP
Cumming, GA 30040-6659                    Raleigh, NC 27615-2983                     Attn: Kevin M. Newman, Esq.
                                                                                     125 East Jefferson Street
                                                                                     Syracuse, NY 13202-2515


Automatic Fire Systems of Augusta         B&C of Ohio                                Belvina Investment Group, LLC
3326 Mike Padgett Hwy                     3062 Damascus Rd                           1906 S. Main Street
Augusta Ga 30906-3741                     Augusta, GA 30909-4068                     Santa Ana, CA 92707-2828


Berkeley County Tax Collector             Berkeley County Treasurer                  Berkeley County Treasurer
1003 Highway 52                           PO Box 3122                                PO Box 6122
1003 Highway 52                           Moncks Corver, SC 29461                    Neely, MS 39461
Moncks Corner, SC 29461-3007


Berkeley Electric Cooperative             Berkeley Electric Cooperative Inc          (c)BERKELEY LOCKSMITH INC
232 US-52 W                               P.O. Box 340                               128 TALL PINES CT
Moncks Corner, SC 29461-5010              Awendaw SC 29429-0340                      LADSON SC  29456-3105


Berlin's Restaurant Supply Inc.           Bradford J. Sandler                        Kyle A. Brannon
51 Rivers Ave.                            Pachulski Stang Ziehl & Jones LLP          Maynard Nexsen PC
North Charleston, SC 29406-6303           919 N. Market Street, 17th Floor           1230 Main Street
                                          Wilmington, Delaware 19801-3034            Suite 700
                                                                                     Columbia, SC 29201-6220


Burke County Health Department            Burke County Tax Commissioner              CSE, Inc.
P.O. Box 238                              P. O. Box 671                              3182 Momentum Place
Waynesboro, GA. 30830-0238                Waynesboro, GA 30830-0671                  Chicago, IL 60689-0001
```

"A"

Case:24-10075-SDB    Doc#:474    Filed:08/31/24    Entered:08/31/24 10:23:30    Page:2 of 8

| | | |
|---|---|---|
| Capital Signs and Awnings<br>PO Box 208804<br>Dallas, TX 75320-8804 | Carl Townsend Curbs/Landscaping<br>300 Judy Drive Creek<br>Goose Creek, SC 29445-3624 | Carolina Air Care Heating & Air LLC<br>885 E Butternut Road<br>Summerville, SC 29483-8434 |
| Carolina Air Care, Inc<br>885 E Butternut Rd<br>Summerville, SC 29483-8434 | Carolina Georgia Sound Inc<br>P.O. Box 14759<br>Augusta, GA 30919-0759 | Carolina Hot Wash<br>P.O. Box 81001<br>Charleston, SC 29416-1001 |
| Carolina Sound Com Inc<br>P.O. Box 890711<br>Charlotte, NC. 28289-0711 | Tiffany E. Caron<br>P.O. Box 711<br>West Palm Beach, FL 33402-0711 | Cennox Commercial Services, LLC<br>P.O. Box 779108<br>Chicago, IL 60677-9108 |
| Charleston County Revenue Collections Dep<br>P.O. Box 603533<br>Charlotte, NC 28260-3533 | Charleston County Treasurer<br>P.O. Box 603517<br>Charlotte, NC 28260-3517 | Charleston Electric<br>412 E 5th St<br>Summerville, SC 29483 |
| Charleston Electric LLC<br>412 E 5th North Street<br>Summerville, SC 29483-6881 | (p)CHARLESTON WATER SYSTEM<br>PO BOX B<br>CHARLESTON SC 29402-0017 | City of Aiken<br>P.O. Box 2458<br>Aiken, SC 29802-2458 |
| City of Millen<br>P. O. Box 929<br>Millen, GA 30442-0929 | City of Waynesboro<br>615 N Liberty ST<br>Waynesboro, GA 30830-1499 | Mark A. Cleary<br>1223 George C. Wilson Dr<br>Augusta, GA 30909-4502 |
| Coastal Waste & Recycling of Georgia LLC<br>P.O. Box 25756<br>Miami, FL 33102-5756 | Coca-Cola<br>P. O. Box 101086<br>Atlanta, GA 30392-1086 | Colleton County Treasurer<br>P.O. Box 8<br>Walterboro, SC 29488-0001 |
| Timothy Jerome Colletti<br>Baker, Donelson, Bearman, Caldwell & Ber<br>3414 Peachtree Road NE, Suite 1500<br>Atlanta, GA 30326-1114 | Columbia Co. Tax Commissioner<br>P.O. Box 3030<br>Evans, Georgia 30809-0077 | Columbia Meats<br>PO Box 9201<br>Greenville, SC 29604-9201 |
| Comcast<br>P. O. Box 105184<br>Atlanta, GA 30348-5184 | Csra Hood Exhaust LLC<br>1861 Lodgepole Ave<br>North Augusta SC 29841-2128 | D&D Commercial<br>777 Four Points Road West<br>Keysville, GA 30816-4556 |
| D&D Commercial Service<br>Oliver Disher<br>777 Four Points Road West<br>Keysville, GA 30816-4556 | Davis A. Dunaway<br>801 Broad Street, 7th Floor<br>Augusta, GA 30901-1231 | Diversified Properties, Inc.<br>3112 Washington Road<br>Unit L<br>Augusta, GA 30907-0822 |

Dominion Energy
P.O. Box 100255
Columbia, SC 29202-3255

(p)DOMINION ENERGY
ATTN BANKRUPTCY
220 OPERATION WAY OSC 1A
CAYCE SC 29033-3701

Dorchester County Treasurer
P.O. Box 936782
Atlanta, GA 31193-6782

Taylor Lloyd Dove
Hunter Maclean Exley & Dunn, P.C.
P.O. Box 9848
Savannah, GA 31412-0048

Dr. Benjamin Weinberger
5213 High Vista Drive
Orefield, PA 18069-9117

Davis A. Dunaway
Hull Barrett, PC
801 Broad Street
7th Floor
Augusta, GA 30901-1231

Reid E. Dyer
Moore & VanAllen
78 Wenworth St.
Charleston, SC 29401-1428

EHN Trustee No.2, LLC
P.O. Box 1406
Anderson, SC 29622-1406

Ecolab Inc
6252 Network Place
Chicago, IL 60673-0001

Equifax Workforce Solutions, LLC
4076 Paysphere Circle
Chicago, IL 60674-0001

Eureka Investment Properties, LLC
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308-2343

Eureka Investment Properties, LLC
11181 Ettrick Street
Oakland, CA 94605-5529

Eureka Investment Properties, LLC
600 Peachtree Street
Suite 4700
Atlanta, GA 30308-2343

Evening Post Publishing Newspaper Group P.O.
Charlotte, NC 28260-4134

Everette H. Newman Trustee #2
C/O Greene & Co.
PO Box 1406
Anderson, SC 29622-1406

Fain Septic Tank Inc
P.O. Box 3437
Summerville, SC 29484-3437

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Garrett & Garrett
P.O. Box 36
Fountain Inn, SC 29644-0036

Garrett Garrett
P BOX 36
Fountain Inn, SC 29644-0036

Gas South
P O Box 530552
Atlanta, GA 30353-0552

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Department of Revenue
4040 Ronald Reagan Drive
Evans, GA 30809-7603

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Georgia Power Company
c/o Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street, NW
Suite 2200
Atlanta, GA 30303-1292

Georgia Sound Communications
P.O. Box 890333
Charlotte, NC 28289-0333

Kristine Glenn
Rhoden CPA Firm
808 Greene Street
Augusta, GA 30901-0217

Brian S. Goldberg
Freeman Mathis & Gary LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Hanmi Bank, assignee of Ascentium Capital
c/o Freeman Mathis & Gary, LLP ATTN Bria
100 Galleria Pkwy, Suite 1600
Atlanta, Georgia 30339-5948

Hansen's Wildlife Removal
1132 Shoreham Rd
Charleston SC 29412-9364

Jennifer Hobbs
Rhoden CPA Firm
808 Greene Street
Augusta, GA 30901-0217

athan Edward Huff
leary, West & Huff, LLP
223 George C. Wilson Drive
ugusta, GA 30909-4502

Huggins Waste Services
71 Horsetrail Rd
Pembroke, GA 31321-5266

Huggins Waste Services, Inc.
107 Elk's Lodge Lane
Summerville, SC 29483-3852


AM SC Investments
) Box 478
iarleston, SC 29402-0478

JAM-SC Investments, LLC
804 Green Valley Rd Suite 202
Greensboro, NC 27408-7044

JAM-SC Investments, LLC & PLM-SC Investment
804 Green Valley Road
Suite 202
Greensboro, NC 27408-7044


imes Testi
141 Shadowmoor Drive
irtinez, GA 30907-4508

Jane
6640 Shade Tree Way
Cumming, GA 30040-8703

Jefferson County Tax Commissioner
P. O. Box 426
Louisville, GA 30434-0426


nkins County Tax Commissioner
1 E Winthrope Avenue
llen, GA 30442-1833

Jenkins County Tax Commissioner
P. O. Box 646
Millen, GA 30442-0646

John W. Mills
Mills Business Law, LLC
1336 Harvard Road NE
Atlanta, Georgia 30306-2413


hnson Controls Security Solutions
O. Box 371967
ttsburgh, PA 15250-7967

Leon S. Jones
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308-1400

Julia K. Rodgers
817 Dancy Avenue
Savannah, GA 31419-3007


lia K. Rodgers
ncy Avenue
vannah, GA 31419

Julia Rodgers
817 Dancy Avenue
Savannah, GA 31419-3007

Julio E. Mendoza, Jr.
Maynard Nexsen PC
P. O. Box 2426
Columbia, SC 29202-2426


lio Mendoza, Jr.
30 Main Street, Suite 700
lumbia, SC 29201-6220

K. Warren Fulghum
Aiken County Tax Collector
PO Box 873
Aiken, SC 29802-0873

Kay Chemicals
PO Box 32027
New York, NY 10087-2027


ven Anderson Klosinski
sinski Overstreet
29 Augusta West Parkway
justa, GA 30909-1807

Scott J. Klosinski
Klosinki Overstreet, LLP
1229 Augusta West Parkway
Augusta, GA 30909-1807

Scott J. Klosinski
Klosinski Overstreet
1229 Augusta West Parkway
Augusta, GA 30909-1807


e A. Brannon
nard Nexsen PC
O. Box 2426
umbia, SC 29202-2426

George R. Lane
South Auction, LLC
338 East Main Street
Swainsboro, GA 30401-4081

Zane P. Leiden
Leiden & Leiden
330 Telfair Street
Augusta, GA 30901-2450


A. Levis
is Law Firm, LLC
) Box 129
insboro, GA 30401-0129

Loomis
P.O. Box 120757
Dallas, TX 75312-0757

Louisville Pop, LLC
876 Sackells Ford Road
Warminster, PA 18974-1330

| | | |
|---|---|---|
| Louisville Pop LLC<br>176 Sackettsford Rd<br>Ivyland, PA 18974-1330 | Daniel Ledcuk<br>3320 Westcliffe Ct<br>Augusta, GA 30907-3623 | Francesca Macchiaverna<br>Hunter Maclean Exley & Dunn P.C.<br>200 E. Saint Julian Place<br>P O Box 9848<br>Savannah, GA 31412-0048 |
| Mark Rinna<br>640 Shade Tree Way<br>Cumming, GA 30040-8703 | Mary M. Caskey, Esq.<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889<br>Columbia, SC 29211-1889 | Master Lawn, LLC<br>4873 Old Belair Ln<br>Grovetown, GA 30813-4529 |
| McDuffie Co. Tax Comm.<br>P. O. Box 955<br>Thomson, GA 30824-0955 | Julio E. Mendoza Jr.<br>Maynard Nexsen PC<br>1230 Main Street<br>Suite 700<br>Columbia, SC 29201-6220 | Julio E. Mendoza Jr.<br>Maynard Nexsen PC<br>1230 Main Street, Suite 700<br>P. O. Drawer 2426<br>Columbia, SC 29202-2426 |
| Merchants Food Service<br>PO Box 1351<br>Hattiesburg, MS 39403-1351 | Miller Signs Inc<br>2302 Air Park Rd.<br>N. Charleston, SC 29406-6159 | John Wesley Mills III<br>Mills Business Law<br>1336 Harvard Road, NE<br>Atlanta, GA 30306-2413 |
| Olivia Ryan Mooney<br>Lewis Brisbois Bisgaard & Smith LLP<br>00 Peachtree Street<br>Ste 4700<br>Ste 1950<br>Atlanta, GA 30308-2223 | N.V.A., Inc<br>Davis A. Dunaway<br>801 Broad Street, 7th Floor<br>Augusta, GA 30901-1231 | NCR Corp<br>14181 Collections Centre Drive<br>Chicago, IL 60693-0001 |
| North To South Plumbing Services<br>562 Sweet Myrtle Circle<br>Mt Pleasant SC 29466-8093 | Nuco2 Inc<br>P. O. Box 417902<br>Boston, MA 02241-7902 | Office of the U. S. Trustee<br>33 Bull Street, Suite 400<br>Savannah, GA 31401-3331 |
| Olivia Ryan Mooney<br>00 Peachtree Street<br>Ste 4700<br>Atlanta, GA 30308-2343 | (p)THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392-0001 | Pacific Premier Bank<br>c/o Kevin Stine, Baker Donelson<br>1500 Monarch Tower, Suite 1500<br>3414 Peachtree Road, NE<br>Atlanta, GA 30326-1153 |
| Pacific Premier Bank<br>17901 Von Karman Ave., Ste. 1200<br>Irvine, CA 92614-5248 | Pacific Premier Franchise Capital<br>17901 VON Karman Ave Suite 1200<br>Irvine, CA 92614-5248 | Parkway Assoc. LLC C/O Robert Pratt<br>9209 University Blvd.<br>Charleston, SC 29406-9122 |
| Parkway Associates of Summerville, LLC<br>c/o Mary M. Caskey, Esq.<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889<br>Columbia, SC 29211-1889 | Parkway Associates, LLC<br>9209 University Blvd.<br>North Charleston, SC 29406-9122 | Parkway Plaza of Summerville Property Owner<br>9209 University Blvd<br>N. Charleston, SC 29406-9122 |
| Performance Food Group<br>PO Box 1351<br>Hattiesburg, MS 39403-1351 | Polar Refrig<br>1733 Harrogate Dr<br>Augusta, Ga 30906-9122 | Popeyes Louisiana Kitchen, Inc.<br>c/o Glenn D. Moses, Esq., Venable LLP<br>100 SE 2nd Street, Suite 4400<br>Miami, FL 33131-2118 |

| | | |
|---|---|---|
| Popeyes's Louisiana Kitchen, Inc. <br> 5507 Blue Lagoon Drive <br> Miami, FL 33126-2029 | Aye Barker <br> P.O. Box 735358 <br> Dallas, TX 75373-5358 | R&I, Inc. <br> 5505 Blue Lagoon Drive <br> Miami, FL 33126-2029 |
| RG, Inc. <br> 640 Shade Tree Way <br> Cumming, GA 30040-8703 | Refrigeration Gaskets <br> 121 Cuthbert Dr <br> Goose Creek SC 29445-3319 | RepublicServices <br> P.O.Box 9001099 <br> Louisville, KY 40290-1099 |
| Richard Rhoden <br> Rhoden CPA Firm <br> 308 Greene Street <br> Augusta, GA 30901-0217 | Richmond County Tax Commissioner <br> 535 Telfair Street, Suite 100 <br> Augusta, GA 30901-2372 | Rivercrest Realty Associates, LLC <br> c/o Jones & Walden, LLC <br> 699 Piedmont Avenue NE <br> Atlanta, GA 30308-1414 |
| Robert Charles Isenberg <br> 3855 Mulholland Hwy <br> Malibu, CA 90265 | RotoRooter <br> 136 Tanner Road <br> Greenville, SC 29607-5917 | William A. Rountree <br> Rountree Leitman Klein & Geer, LLC <br> 2987 Clairmont Rd <br> Suite 350 <br> Suite 100 <br> Atlanta, GA 30329-1687 |
| SCPW <br> P.O. Box 63070 <br> Charlotte, NC 28263-3070 | See-Thru <br> 721 Jackie Hart Rd. <br> Statesboro, Ga. 30461-7001 | Shoes For Crews, Inc. <br> P.O. Box 734176 <br> Chicago, IL. 60673-4176 |
| Space Providers of Asheville, LLC <br> Post Office Box 8374 <br> Asheville, NC 28814-8374 | Space Providers of Asheville, LLC <br> c/o Levis Law Firm, LLC <br> Post Office Box 129 <br> Swainsboro, GA 30401-0129 | Space Providers, LLC <br> PO Box 8374 <br> Asheville, NC 28814-8374 |
| Sparrow Enterprises <br> 56 Legendres Dr <br> Goose Creek SC 29445-7368 | Shawna Y. Staton <br> Georgia Department of Law <br> 40 Capitol Sq. SW <br> Atlanta, GA 30334-1300 | Steritech <br> PO Box 14095 <br> Reading, PA 19612 |
| Kevin A. Stine <br> Baker Donelson <br> Monarch Plaza, Suite 1600 <br> 3414 Peachtree Road, N.E., Suite 1500 <br> Atlanta, GA 30326-1114 | Stratacache <br> 40 N. Main St. Suite 2600 <br> Dayton, OHIO 45423-1008 | Teresa Zielaznicki <br> P.O. Box 50312 <br> Summerville, SC 29485-0312 |
| The Drain Surgeon <br> 244 South Old Belair Rd Suite B <br> Grovetown. GA 30813-5518 | The McDuffie Progress <br> P. O. Box 1090 <br> Thomson, GA 30824-1090 | Thomas R. Walker <br> Pierson Ferdinand LLP <br> 260 Peachtree Street NW, Suite 2200 <br> Atlanta, GA 30303-1292 |
| Thomson Plaza Shopping Center, LLC <br> 1 Main Street <br> Thomson, GA 30824-7456 | Thomson Plaza Shopping Center, LLC <br> P.O. Box 36 <br> Fountain Inn, SC 29644-0036 | UHS Premium Billing <br> P.O. Box 94017 <br> Palatine, IL. 60094-4017 |

| | | |
|---|---|---|
| United States Liability Insurance Co<br>PO Box 62778<br>Baltimore, MD 21264-2778 | VanNess Holdings Grovetown LLC<br>5217 Atherton Bridge Road<br>Raleigh, NC 27613-5383 | VanNess Holdings Grovetown, LLC<br>5217 Atherton Bridge Rd<br>Raleigh, NC 27613-5383 |
| VanNess Holdings Grovetown, LLC<br>c/o Vicki Parrott, Counsel for Creditor<br>1414 Raleigh Rd, Ste 435<br>Chapel Hill, NC 27517-8834 | Vicki L. Parrott<br>Northen Blue, LLP<br>1414 Raleigh Road, Suite 435<br>Chapel Hill, NC 27517-8834 | Viking Cloud Inc<br>Dept CH17101<br>Palantine IL 60055-7101 |
| WTHO-FM, WTWA<br>188 Cedar Rock Rd NW<br>Thomson, GA 30824-7642 | WYBO 929FM<br>2 Milledge Rd<br>Augusta GA 30904-3063 | Thomas R. Walker<br>Pierson Ferdinand LLLP<br>260 Peachtree Street NW, Suite 2200<br>Atlanta, GA 30303-1292 |
| Wasserstrom Inc<br>P.O. Box 933469<br>Cleveland, OH 44193-0040 | Waste Management<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | Wells Fargo Vendor Financial Services<br>1010 Thomas Edison Boulevard, SW<br>Cedar Rapids, IA 52404-8247 |
| Wells Fargo Vendor Financial Services, LLC<br>800 Walnut Street MAC F0005-055<br>Des Moines, IA 50309-3891 | Whaley Food Service<br>P.O. Box 615<br>Lexington, SC 29071-0615 | David B Wheeler<br>Moore & VanAllen<br>78 Wentworth St<br>Charleston, SC 29401-1428 |
| Mark L. Wilhelmi<br>Mark L. Wilhelmi, PC<br>Providence Bank Building<br>3527 Wheeler Rd. Suite 401<br>Augusta, GA 30909-6718 | William Means<br>1184 Downing Court<br>Lincolnton, NC 28092-7434 | William Means<br>P. O. Box 428<br>Lincolnton, NC 28092 |
| Williams Sewer & Drain<br>447 Stagecoach Rd NE<br>Thomson, GA 30824-6612 | Wrightsboro Augusta Development, L.L.C<br>1030 Philip St.<br>New Orleans 70130-5552 | Wrightsboro Augusta Development, L.L.C.<br>1030 Philip St.<br>New Orleans, LA 70130-5552 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 251 West Central, LLC<br>29 Russell Lane<br>Milpitas, CA 95035 | Charleston Water System<br>P.O. Box 568<br>Charleston, SC 29402-0568 | Dominion Energy South Carolina, Inc.<br>Attn: Agent or Officer<br>220 Operation Way, MC C222<br>Cayce, SC 29033 |
| (p)Dominion Energy South Carolina, Inc.<br>220 Operation Way<br>MC-OSC1A<br>Cayce, SC 29033 | Georgia Department of Revenue<br>Compliance Division<br>ARCS Bankruptcy<br>1800 Century Blvd NE, Suite 9100<br>Atlanta, GA 30345 | (d)Georgia Department of Revenue<br>Bankruptcy Section<br>1800 Century Blvd., NE Suite 9100<br>Atlanta, GA 30345-3209 |

(d)Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd NE
Ste 9100
Atlanta, GA 30345

PTIC-1 SBD GRAND ISLAND
P.O. Box 77202
Minneapolis, MN 55480-720

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Berkeley Locksmith Inc
128 Tall Pines Rd.
Ladson, S.C. 29456

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)7351 West Central LLC

(d)Aiken County Tax Collector
PO Box 873
Aiken, SC 29802-0873

(u)Belvina Investment Group, LLC

(u)Kyle A. Brannon
Maynard Nexsen PC
1230 Main Street
Suite 700
Columbia, SC 29201-6220

(d)Tiffany E. Caron
P.O. Box 711
West Palm Beach, FL 33402-0711

(u)Cintas

(u)Columbia Meats, Inc.

(d)Georgia Power Company
c/o Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303-1292

(u)Hanmi Bank, assignee of Ascentium Capita

(u)Merchants

(u)Julia Rodgers

(u)SBH Foods PLK, LLC

(u)Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street, NW, Suite 2200
Atlanta, GA 30303-1292

(u)VanNess Holdings Grovetown, LLC

(u)William Paul Means, Jr.

(u)ZSC Enterprises, LLC

End of Label Matrix
Mailable recipients    200
Bypassed recipients     16
Total                  216