**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **RRG, INC.,** | § | **Case Number: 24-10075-SDB** |
| | § | |
| **Debtor.** | § | |

**APPLICATION FOR TRUSTEE'S FEES**

COMES NOW, Subchapter V Trustee, Tiffany E. Caron, ("Trustee"), and files this Application for Trustee's Fees as follows:

**I. TRUSTEE'S FEES**

The applicant files this application for an award of trustee's fees pursuant to 11 U.S.C. §330(a) as that section of the Bankruptcy Code may be affected by the decision of the United States Court of Appeals in Grant v. George Schumann Tire & Battery Co., 908 F.2d 874 (11th Cir., 1990).

Section 330 of the Code authorizes this Court to award compensation to the Trustee for actual, necessary services, based on:

1. The nature and extent of the services provided;
2. The value of those services; and
3. The cost of comparable services in non-bankruptcy matters.

These three criteria apply to this application in the following manner:

1. Nature and Extent. The applicant has attached a record of the services rendered in this case and the time devoted to those services. (See Exhibit "A")

2. Value of Services. The Debtor filed this voluntary Chapter 11 case on April 1, 2021. The United States Trustee maintains a panel of Subchapter V Trustees for the Southern District of

Georgia. Tiffany E. Caron was appointed by the United States Trustee as the Subchapter V Trustee in this case on February 1, 2024 at an hourly rate of $350.00 (Doc No. 4).

Compensation for Subchapter V trustees is determined by both the disposition of the case and whether the trustee is a case-by-case trustee or a standing trustee. Subchapter V case-by-case trustees are compensated through section 330(a)(1)(A), which allows for "reasonable compensation for actual, necessary services rendered by the trustee … and by any paraprofessional person employed by any such person." The trustee may also be reimbursed for "actual, necessary expenses" pursuant to section 330(a)(1)(B).

These section 330 compensation provisions apply regardless of whether the case-by-case trustee makes disbursements of estate funds. The Small Business Reorganization Act ("SBRA") specifically excludes all subchapter V trustees from section 326(a), which sets limits on other chapter 11 trustees' compensation based on the moneys they disburse or turn over.

Subchapter V trustees are required to perform many duties in administering the cases in which they are appointed by the United States Trustee. In general, the Subchapter V trustee assesses the financial viability of the small business debtor, assists in the facilitation of a consensual plan of reorganization, and helps ensure that the debtor files or submits complete and accurate financial reports, in addition to various administrative duties.

The Debtor had been operating multiple Popeyes Louisiana Kitchen fast food restaurants throughout Georgia and South Carolina; the stores have since been sold after approval by the Court. The Debtor filed this case on January 31, 2024 under Subchapter V of Chapter 11 (Doc No. 1). A Section 341 Meeting of Creditors was held on March 7, 2024. The Debtor filed a Motion to Sell Free and Clear of Liens, all of its assets, on April 29, 2024 (Doc No. 255) and an Amended Motion to Sell Free and Clear of Liens on May 29, 2024 (Doc No. 303) (the "Sale"). A hearing was held on approval of the Sale on May 30, 2024. An Order was entered approving the Sale on June 4,

2024. The Sale was closed on July 22, 2024. The remaining matter in this case is for the Debtor to file and confirm a Chapter 11 Plan.

During the time this case has been pending as a Subchapter V case, the Trustee performed the duties required by the United States Trustee for Subchapter V trustees. Specifically, the Trustee reviewed all of the Debtor's filings with the Court, including the Petition, Schedules and Statement of Financial Affairs, along with the Debtor's financial documents, including tax returns, bank statements and Monthly Operating Reports. The Trustee reviewed the documents for and attended the Initial Debtor Interview conducted by the United States Trustee and the Section 341 Meeting of Creditors. The Trustee has reviewed insurance information, Debtor's Status Report and Monthly Operating Reports and made recommendations to Debtor's counsel regarding these filings. The Trustee has attended numerous hearings and conducted the auction for the Sale. The Trustee has reviewed the Debtor's proposed plans and financials and made recommendations to Debtor's counsel regarding plan provisions and working with creditors.

3. Cost of Comparable Services. The Grant decision suggests that an attorney's compensation should, in the first instance, be measured by multiplying the hours reasonably expended by a reasonable hourly rate of compensation. Id. at 1299. The appropriate hourly rate is "the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience and reputation." Id. The House Report on §330 of the Bankruptcy Code notes:

> The effect of §330 is to overrule...cases that require fees to be determined based on the notions of conservation of the estate and economy of administration [because] Bankruptcy specialists...if required to accept fees...that are consistently lower than fees they would receive elsewhere, will not remain in the bankruptcy field.

The Subchapter V trustee, Tiffany E. Caron, has been admitted to practice in Ohio (currently inactive) since November of 2006 and has been practicing in Georgia since June of 2009; she has also been working in the area of bankruptcy law since 2004. The Trustee has been operating as a

Chapter 7 Trustee since July, 2017 and a Subchapter V Trustee since December, 2019. She also has over ten years of experience representing debtors, creditors and committees in Chapter 11 business cases.

Applicant requests compensation at a rate which lies with the range of hourly rates charged by attorneys in the Southern District of Georgia who represent debtors and creditors in their practices. This is also within the range of rates charged by this attorney for services rendered in bankruptcy cases on behalf of trustees, debtors and creditors.

The Notice of Appointment set forth a reasonable hourly rate of $350.00 per hour for Tiffany E. Caron and for reimbursement of the applicant's reasonable, necessary expenses. The Trustee is based out of Savannah, Georgia and notes in her time records one-half (1/2) of transit time has been billed for travel.

*Exhibit A* is a summary of Trustee Time. Trustee Time is billed at the rate of $350.00 per hour. This application requests approval for payment of trustee's fees as follows:

| | | | |
|---|---|---|---|
| TRUSTEE'S FEES: | 136.60 hours @ $350.00/hr. | = | $47,810.00 |
| EXPENSES: | Mileage, Copies, & Postage | = | $1,996.13 |

Therefore, the applicant requests compensation for trustee's fees in the amount of $47,810.00 for services from February 1, 2024 to September 5, 2024, plus reimbursement for expenses in the amount of $1,996.13, for a total of $49,806.13.

WHEREFORE, the Trustee moves the Court to:

1. Enter an Order granting the trustee's fees and expenses set forth in this application; and
2. For such other and further relief as the Court deems just and fair.

This 5th day of September, 2024.

Respectfully submitted,

By: /s/ Tiffany E. Caron
Tiffany E. Caron
Georgia Bar Number 745089

Post Office Box 711
West Palm Beach, FL 33402
Tel: (404) 647-4917
Tiffany.caron@hotmail.com

Subchapter V Trustee

Printed: 09/05/24 02:50 PM

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

**Case Number:** 24-10075-SDB **Case Name:** RRG, INC.
**Case Type:** Asset **Judge:** Susan D. Barrett
**Petition Date:** 01/31/24 **341a Meeting:** 03/07/24 10:00 AM

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 02/01/24 | REVIEWED | Reviewed schedules for conflict check (.4), signed and sent Verified Statement to UST (.2) | 0.60 | $350.00 | $210.00 |
| 02/01/24 | WORKED ON | Coordination with Debtor's Counsel and UST re scheduling IDI and 341 Meeting | 0.50 | $350.00 | $175.00 |
| 02/02/24 | REVIEWED | Reviewed application to employ, motion for interim comp procedures, objection to employment; correspondence with debtor's counsel re proposed order, conference call and IDI docs | 0.70 | $350.00 | $245.00 |
| 02/02/24 | TELEPHONE CONFERENCE | Telephone conference with debtor's counsel re initial matters in case and email regarding compensation order | 0.60 | $350.00 | $210.00 |
| 02/05/24 | REVIEWED | Reviewed Amended Motion for Compensation Procedures and revisions to employment application (.5); correspondence with UST and Debtor's Counsel re same (.2) | 0.70 | $350.00 | $245.00 |
| 02/05/24 | CORRESPONDENCE | Correspondence with Matt Mills/worked on coordinating telephonic appearance | 0.40 | $350.00 | $140.00 |
| 02/06/24 | WORKED ON | Reviewed Critical Vendor Motion (.3); reviewed Correspondence with UST and Debtor Counsel re same (.2) | 0.50 | $350.00 | $175.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 02/08/24 | REVIEWED | Reviewed Amended Motion re Compensation Procedures (.2); Reviewed Motion to Pay Critical Vendor and Motion to Expedite Hearing (.5); Amended Application to Employ (.2); reviewed Hearing Notices (.1); Reviewed motion to assume/reject leases (.3) | 1.30 | $350.00 | $455.00 |
| 02/09/24 | PREPARATION | Prepared Motion to Appear by Telephone at expedited hearing | 0.80 | $350.00 | $280.00 |
| 02/12/24 | worked On | Worked on Motion to Appear telephonic hearing (.2); correspondence with UST re same (.1) | 0.30 | $350.00 | $105.00 |
| 02/12/24 | worked On | Worked on resolving hearing dates, escrow of subchapter v fees, cash collateral, DIP accounts and employment application | 0.70 | $350.00 | $245.00 |
| 02/12/24 | REVIEWED | Reviewed Motion to Use Cash Collateral (.2) and correspondence re same (.1) | 0.30 | $350.00 | $105.00 |
| 02/13/24 | worked On | Call with UST re hearings; working on resolving cash collateral and critical vendor motions | 2.50 | $350.00 | $875.00 |
| 02/14/24 | CORRESPONDENCE | Correspondence with Debtor's counsel and UST re cash collateral and critical vendor orders (.2); correspondence with clerk re hearing (.1) | 0.30 | $350.00 | $105.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 02/15/24 | worked On | Reviewed and revised consent orders on cash collateral and critical vendor; conferences with debtor's counsel, UST and creditors' attorneys re same | 4.00 | $350.00 | $1,400.00 |
| 02/16/24 | REVIEWED | Reviewed revised orders (.2); correspondence and call with Debtor's counsel re revisions (.2); correspondence with UST re critical vendor (.2) | 0.60 | $350.00 | $210.00 |
| 02/19/24 | REVIEWED | Reviewing Consent Orders on Cash Collateral and Critical Vendor from hearings (.2); correspondence re same (.1) | 0.30 | $350.00 | $105.00 |
| 02/21/24 | REVIEWED | Reviewed Motion to Sell and Motion to Reject Leases (.4); correspondence with UST and Debtor's Counsel re cash collateral, critical vendor and sale of equipment (.3) | 0.70 | $350.00 | $245.00 |
| 02/22/24 | REVIEWED | Review and comments on motion to sell to debtor's counsel and UST; suggested revisions | 0.50 | $350.00 | $175.00 |
| 02/26/24 | CORRESPONDENCE | Call from Insurance Agent and Correspondence with Debtor's Counsel re same (.1); correspondence with Debtor's counsel and UST re IDI docs (.2) | 0.30 | $350.00 | $105.00 |
| 02/28/24 | CORRESPONDENCE | Correspondence with Matt Mills, Hayley Glisson and Debtor's Counsel re IDI and insurance | 0.50 | $350.00 | $175.00 |

# Timesheet Report

**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 02/29/24 | REVIEWED | Reviewed documents for Initial Debtor Interview: Financials, IDI Packet and Questions, Tax Returns and Bank Statements | 1.50 | $350.00 | $525.00 |
| 02/29/24 | TELEPHONE CONFERENCE | Conference call with UST and preparation for Initial Debtor Interview; reviewed amended motion to reject leases | 1.20 | $350.00 | $420.00 |
| 03/01/24 | TELEPHONE CONFERENCE | Preparation for and attended Initial Debtor interview; follow-up matters with UST and reviewed consent orders on cash collateral and lease rejection | 3.00 | $350.00 | $1,050.00 |
| 03/01/24 | REVIEWED | Review and revisions to cash collateral and lease rejection orders (.3); correspondence with debtor's counsel re same (.2) | 0.50 | $350.00 | $175.00 |
| 03/04/24 | REVIEWED | Reviewed Second Motion to Pay Critical Vendor (.3); correspondence with Debtor's counsel re budget exhibit (.2) | 0.50 | $350.00 | $175.00 |
| 03/05/24 | REVIEWED | Reviewed Final Cash Collateral Order and sent auctioneer and sale motion examples to Debtor's counsel (.4); emails with Debtor's counsel, Kevin Stein, Joel Paschke and Hayley Glisson re bank statements, sale of assets, cash collateral(.4); Correspondence with Francesca M. re landlord's motion to assume/reject leases (.3) | 1.10 | $350.00 | $385.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 03/05/24 | TELEPHONE CONFERENCE | Telephone call with FM re rejection of leases and hearings tomorrow | 0.30 | $350.00 | $105.00 |
| 03/06/24 | CORRESPONDENCE | Correspondence with Debtor's counsel, and Joel Paschke re cash collateral order and meeting of creditors | 0.10 | $350.00 | $35.00 |
| 03/07/24 | REVIEWED | Reviewed objection by SPA, Second Interim Order on Use of Cash Collateral, continued hearing notices and correspondence with debtor's counsel re update from hearings | 0.30 | $350.00 | $105.00 |
| 03/07/24 | 341 Meeting | Attended 341 Meeting | 2.70 | $350.00 | $945.00 |
| 03/07/24 | TELEPHONE CONFERENCE | Telephone conference with Debtor's Counsel re: continuance of hearings, critical vendor hearing and plan for sale of business | 0.30 | $350.00 | $105.00 |
| 03/13/24 | REVIEWED | Reviewed application to employ and correspondence re motion to assume reject leases and franchises with Debtor's counsel and UST | 0.30 | $350.00 | $105.00 |
| 03/18/24 | TELEPHONE CONFERENCE | Status Call with Debtor's Counsel and attorneys for Pacific Premier | 0.60 | $350.00 | $210.00 |
| 03/21/24 | REVIEWED | Reviewed correspondence with Hayley and Joel re scheduling call with Debtor's counsel and amendments to MOR | 0.30 | $350.00 | $105.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 03/25/24 | REVIEWED | Reviewed MOR and ECF filing (.5), correspondence with UST and Counsel for Pacific Premier (.2); correspondence with Debtor's counsel and preparation for call with UST (.3) | 1.00 | $350.00 | $350.00 |
| 03/25/24 | TELEPHONE CONFERENCE | Telephone conference with UST and reviewed emails re follow-up | 0.70 | $350.00 | $245.00 |
| 03/25/24 | TELEPHONE CONFERENCE | Telephone conference with Jon Levis attorney for landlord regarding status of case, consent order and hearings | 0.20 | $350.00 | $70.00 |
| 03/26/24 | TELEPHONE CONFERENCE | Telephone conference with UST and Debtor's Counsel regarding hearings and status of case | 0.50 | $350.00 | $175.00 |
| 03/27/24 | PREPARATION | Preparation for Status Conference and hearings on final Cash Collateral, Critical Vendor Motion and Rejection of Leases | 2.00 | $350.00 | $700.00 |
| 03/28/24 | COURT HEARING | Roundtrip Travel to/from Augusta for Status Conference and Court Hearings [Billed Half-Time] | 2.50 | $350.00 | $875.00 |
| 03/28/24 | COURT HEARING | Attended Court Hearing for: Status Conference; Cash Collateral and Critical Vendor Hearings, Motions to Assume/Reject leases; meeting with Debtor, Debtor's Counsel, UST and creditors regarding status of case is issues to work on | 2.50 | $350.00 | $875.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 03/28/24 | WORKED ON | Follow-up matters from hearing - update to UST and reviewed correspondence from Debtor's counsel and UST re CC order | 0.30 | $350.00 | $105.00 |
| 03/29/24 | WORKED ON | Prepared and provided update to UST regarding Hearings | 0.50 | $350.00 | $175.00 |
| 04/03/24 | REVIEWED | Reviewed Amended MOR (.4); reviewed Updated Cash Collateral Budget (.2); Correspondence with Debtor's counsel re landlords and filing plan (.2); reviewed correspondence with UST re correcting MORs and schedules (.3); correspondence re cash collateral budget (.2) | 1.30 | $350.00 | $455.00 |
| 04/05/24 | CORRESPONDENCE | Correspondence with Debtor's counsel re list of debts and adding owners to schedules and scheduling call with debtor's counsel | 0.10 | $350.00 | $35.00 |
| 04/08/24 | REVIEWED | Reviewed Objections regarding lease assumptions and cures (.9); reviewed Proofs of Claim (.7); telephone conference with Debtor's counsel regarding cure of leases, filing a plan, list of claims and Utility service motion (.4) | 2.00 | $350.00 | $700.00 |
| 04/11/24 | WORKED ON | Correspondence with Debtor's counsel re updates on pending matters and reviewed LOI, APA and draft plan | 2.00 | $350.00 | $700.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 04/12/24 | WORKED ON | Reviewed and revised draft plan (1.5); sent plan with edits to Debtor's counsel (.5); reviewed APA and LOI for comments (1) | 3.00 | $350.00 | $1,050.00 |
| 04/15/24 | PREPARATION | Preparation for hearings on 4/16/24 | 0.50 | $350.00 | $175.00 |
| 04/15/24 | REVIEWED | Reviewed budget, list of creditors, and landlord arrearage exhibits (1); telephone conference with Debtor's counsel re plan and hearing (.3) | 1.30 | $350.00 | $455.00 |
| 04/16/24 | COURT HEARING | Roundtrip Travel to/from Augusta for Court Hearings [Billed Half-Time] | 2.50 | $350.00 | $875.00 |
| 04/16/24 | PREPARATION | Preparation for hearings on assumption of leases and franchise agreement | 1.50 | $350.00 | $525.00 |
| 04/16/24 | COURT HEARING | Preparation for and attended Court hearing on Continued Cash Collateral, Motion to Assume Leases and Objections, Motions for Relief and Motion to Assume Franchise Agreement; conference with Debtor's counsel and follow-up matters re same | 3.00 | $350.00 | $1,050.00 |
| 04/17/24 | PREPARATION | Prepared detailed notes and exhibit for plan and sent to debtor's counsel with examples of other filings on report of sale and application to pay auctioneer | 1.00 | $350.00 | $350.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 04/19/24 | REVIEWED | Reviewed correspondence between Debtor's counsel and PP attorneys re debt payments, bid procedures (.2); reviewed emails re DIP accounts (.1) | 0.30 | $350.00 | $105.00 |
| 04/22/24 | CORRESPONDENCE | Emails with Debtor parties re MORs and bank statements | 0.30 | $350.00 | $105.00 |
| 04/23/24 | WORKED ON | Working on MOR issues (.5); call with UST re February and March MORs and what is needed to correct (.5) | 1.00 | $350.00 | $350.00 |
| 04/23/24 | TELEPHONE CONFERENCE | Telephone conference with Debtor's Counsel, Kevin Stine and Tim Colletti regarding status of APA and Budget (.5); call with Debtor's counsel re buyer and terms (.4); research re appointment of a trustee (.4) | 1.30 | $350.00 | $455.00 |
| 04/24/24 | TELEPHONE CONFERENCE | Telephone conference with Debtor's counsel and Debtor representatives re MOR and sale of assets | 1.00 | $350.00 | $350.00 |
| 04/26/24 | CORRESPONDENCE | Emails with Debtor and UST re corrected MORs and reviewing revisions | 0.40 | $350.00 | $140.00 |

# Timesheet Report

**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 04/29/24 | REVIEWED | Follow-up with Debtor's counsel re budget, plan, APA (.4); reviewed APA, Motion to Sell, Bidding Procedures, Budget and MORs (.8); suggestions for edits (.3); correspondence with counsel for Pacific Premier (.2) | 1.70 | $350.00 | $595.00 |
| 04/30/24 | REVIEWED | Reviewed Motion to Sell, Motion to Establish Bidding Procedures (.7); correspondence with Debtor's counsel re same (.3); call with Debtor's counsel (.3); correspondence with UST (.2) | 1.50 | $350.00 | $525.00 |
| 05/01/24 | WORKED ON | Reviewed filed Plan (.5); prepared edits and notes for Debtor's counsel (.5); recommended amendment to address concerns (.3) | 1.30 | $350.00 | $455.00 |
| 05/02/24 | CORRESPONDENCE | Emails with Debtor's counsel re amending plan to address suggested edits and status of cash collateral payment | 0.20 | $350.00 | $70.00 |
| 05/06/24 | WORKED ON | Call with UST re appointment of trustee (.3); worked on sale issues (.3); correspondence with Debtor's counsel (.2); reviewed correspondence from secured creditor re default and sale (.2); correspondence from 2nd potential buyer (.2); research on appointment of sub v trustee duties (.8) | 2.00 | $350.00 | $700.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 05/07/24 | WORKED ON | Reviewed Amended Plan (.8); call with Bowen to review edits (.3); correspondence re call with buyer and secured creditor (.2); reviewed emails regarding competing buyer and bid procedures (.5) | 1.80 | $350.00 | $630.00 |
| 05/07/24 | TELEPHONE CONFERENCE | Telephone call with PPB's attorneys, buyer and debtor's counsel (.7); communication with clerk (.2), research confirmation date (.4) and follow-up emails from call re competing buyers (.5) | 1.80 | $350.00 | $630.00 |
| 05/08/24 | REVIEWED | Reviewed Amended Plan (.5); preparation for telephonic status conference and in person hearing on bid procedures (.3) | 0.80 | $350.00 | $280.00 |
| 05/14/24 | WORKED ON | Preparation for Status Conference (.8); correspondence with Debtor's counsel (.3); reviewed docket and objections to bidding procedures (.3); research re bidding procedures and stocking horse (.9) | 2.30 | $350.00 | $805.00 |
| 05/15/24 | COURT HEARING | Preparation for and attended Telephonic Status Conference | 1.00 | $350.00 | $350.00 |
| 05/16/24 | REVIEWED | Reviewed Objections to Bid Procedures and Sale of Assets | 1.00 | $350.00 | $350.00 |
| 05/16/24 | TELEPHONE CONFERENCE | Telephone conference with Kevin Stein and Tim Coletti re bid procedures and objections (.4); correspondence with UST re same (.3) | 0.70 | $350.00 | $245.00 |

## Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 05/21/24 | TELEPHONE CONFERENCE | Telephone Conference with Debtor's counsel re bid procedures hearing (.2); reviewed and sent emails re NDA Agreement other potential buyer with UST and Debtor's counsel (.3) | 0.50 | $350.00 | $175.00 |
| 05/22/24 | REVIEWED | Reviewed MOR | 0.30 | $350.00 | $105.00 |
| 05/23/24 | PREPARATION | Preparation for hearing on Bid Procedures - reviewing motion, emails from the parties and objections filed | 1.00 | $350.00 | $350.00 |
| 05/24/24 | COURT HEARING | Roundtrip Travel to/from Augusta for Court Hearings [Billed Half-Time] | 2.50 | $350.00 | $875.00 |
| 05/24/24 | COURT HEARING | Preparation for and attended Court Hearing on Motion to Establish Bid Procedures and Objections | 3.00 | $350.00 | $1,050.00 |
| 05/27/24 | REVIEWED | Reviewed Proposed Order on Bid Procedures | 0.50 | $350.00 | $175.00 |
| 05/28/24 | PREPARATION | Reviewing Order on Bid Procedures; correspondence re same (at least 20 emails going back and forth between parties) (1.5); preparation for sale hearing (.5); working on trustee conducting auction (1) | 3.00 | $350.00 | $1,050.00 |
| 05/29/24 | PREPARATION | Preparation for Sale Hearing (1); correspondence re hearing (reviewing at least 20 emails between the various parties) (1.2) | 2.20 | $350.00 | $770.00 |

# Timesheet Report

**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 05/30/24 | COURT HEARING | Roundtrip Travel to/from Augusta for Court Hearings [Billed Half-Time] | 2.50 | $350.00 | $875.00 |
| 05/30/24 | COURT HEARING | Preparation for and attended Court Hearings on various matters including sale of assets, cash collateral, insurance, stay relief, assumption of leases and franchise agreements; conducted auction for sale; meeting with debtor's counsel, creditors and UST | 6.00 | $350.00 | $2,100.00 |
| 06/03/24 | REVIEWED | Reviewed correspondence between Debtor's counsel and Kevin Stein re cash collateral issues | 0.10 | $350.00 | $35.00 |
| 06/05/24 | REVIEWED | Reviewed correspondence between Debtor's counsel and Kevin Stein re cash collateral issues | 0.10 | $350.00 | $35.00 |
| 06/17/24 | REVIEWED | Reviewed emails and consent order with Julia Rodgers from FM and Debtor's counsel | 0.30 | $350.00 | $105.00 |
| 06/18/24 | CORRESPONDENCE | Correspondence with Kevin Stein re cash collateral order | 0.10 | $350.00 | $35.00 |
| 06/19/24 | REVIEWED | Reviewed emails with Debtor's counsel and Kevin Stein re cash collateral order | 0.10 | $350.00 | $35.00 |
| 06/21/24 | REVIEWED | Reviewed emails with Debtor's counsel and Kevin Stein re cash collateral order | 0.10 | $350.00 | $35.00 |
| 06/25/24 | REVIEWED | Reviewed emails with Debtor's counsel and Kevin Stein re cash collateral order | 0.10 | $350.00 | $35.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 06/26/24 | REVIEWED | Reviewed emails with Debtor's counsel and Kevin Stein re cash collateral budget | 0.10 | $350.00 | $35.00 |
| 06/27/24 | REVIEWED | Reviewed Debtor's Counsel Fee Application | 0.40 | $350.00 | $140.00 |
| 06/27/24 | REVIEWED | Reviewed May MOR | 0.40 | $350.00 | $140.00 |
| 06/27/24 | REVIEWED | Reviewed emails and drafts of Cash Collateral Order (1.1) and correspondence with Debtor's counsel re same (.4) | 1.50 | $350.00 | $525.00 |
| 06/28/24 | WORKED ON | Reviewing emails and issues re administrative claim of landlord re attorney's fees and cash collateral issues (.6); calls with Debtor's counsel (.5) | 1.10 | $350.00 | $385.00 |
| 07/01/24 | REVIEWED | Reviewed correspondence re critical vendor admin claim and landlord demand for cure and attorney's fees | 0.50 | $350.00 | $175.00 |
| 07/02/24 | REVIEWED | Reviewed correspondence and motion for expedited hearing on landlord cure and attorney's fees | 0.40 | $350.00 | $140.00 |
| 07/03/24 | CORRESPONDENCE | Reviewed correspondence re fees for assignment of lease with Augusta Southpointe | 0.30 | $350.00 | $105.00 |
| 07/05/24 | CORRESPONDENCE | Correspondence re hearing on expedited motion | 0.20 | $350.00 | $70.00 |
| 07/08/24 | REVIEWED | Reviewed correspondence re fees for assignment of lease with Augusta Southpointe | 0.40 | $350.00 | $140.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 07/09/24 | REVIEWED | Reviewed correspondence re fees for assignment of lease with Augusta Southpointe | 0.10 | $350.00 | $35.00 |
| 07/10/24 | REVIEWED | Reviewed correspondence re fees for assignment of lease with Augusta Southpointe | 0.20 | $350.00 | $70.00 |
| 07/11/24 | CORRESPONDENCE | Correspondence with Debtor's counsel re hearing | 0.10 | $350.00 | $35.00 |
| 07/12/24 | REVIEWED | Reviewed correspondence re fees for assignment of lease with Augusta Southpointe | 0.20 | $350.00 | $70.00 |
| 07/15/24 | REVIEWED | Reviewed correspondence re fees for assignment of lease with Augusta Southpointe and notice from court to vacate hearing | 0.10 | $350.00 | $35.00 |
| 07/15/24 | REVIEWED | Review and correspondence re Cash Collateral Order and getting signatures on order and resubmitting | 0.20 | $350.00 | $70.00 |
| 07/16/24 | REVIEWED | Reviewed and approved consent orders on landlord cures and correspondence re same | 0.30 | $350.00 | $105.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 07/18/24 | WORKED ON | Reviewed emails regarding cash collateral order (.2); reviewed emails regarding payoff of secured creditor claim (.2); research on amounts allowed from payoff re default interest and prepayment penalty (.3); call with UST re same (.1) and re objection to Debtor's counsel attorney's fees and expense reimbursement (.3) | 1.10 | $350.00 | $385.00 |
| 07/19/24 | TELEPHONE CONFERENCE | Telephone call with Debtor's counsel re closing, consent order on Cash Collateral and Bank's Claim | 0.30 | $350.00 | $105.00 |
| 07/19/24 | REVIEWED | Reviewed Consent Orders with bank and landlord re Cash Collateral and lease cure claims | 0.20 | $350.00 | $70.00 |
| 07/19/24 | PREPARATION | Prepared and filed Objection To Application for Administrative Expense Claim and Payment of Fees for Debtor's Counsel | 1.00 | $350.00 | $350.00 |
| 07/23/24 | REVIEWED | Reviewed claim objection for franchisor (.2); reviewed matters set for hearing on 7/26 (.3); correspondence with Debtor's counsel re closing, resolving matters set for hearing, filing amended plan, and filing report of sale/provided example (.3) | 0.80 | $350.00 | $280.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 07/24/24 | TELEPHONE CONFERENCE | Telephone conference with Bowen regarding matters set for hearing for July 26th (.4); reviewed settlement statement and made comments (.4); preparation for hearings on Friday (.2) | 1.00 | $350.00 | $350.00 |
| 07/24/24 | REVIEWED | Reviewed Report of Sale and Withdrawal of Dominion Energy Motion | 0.30 | $350.00 | $105.00 |
| 07/25/24 | REVIEWED | Reviewed Supplemental Response filed by Leon Jones with Declarations re Augusta Southpointe attorney fees for hearing | 0.70 | $350.00 | $245.00 |
| 07/25/24 | PREPARATION | Preparation for hearings on Cash Collateral, Assumption of Franchise Agreements, Augusta Southpoint Fee Application and Debtor counsel Fee Application | 0.70 | $350.00 | $245.00 |
| 07/26/24 | COURT HEARING | Roundtrip Travel to/from Augusta for Hearings on Augusta Southpoint Attorney Fees and Debtor Attorney Fee App [Billed Half-Time] | 2.50 | $350.00 | $875.00 |
| 07/26/24 | REVIEWED | Reviewed Amended Application for Attorney's Fees for Debtor's Counsel | 1.00 | $350.00 | $350.00 |
| 07/26/24 | COURT HEARING | Attended Court Hearing on Motion for Allowance of Augusta Southpoint Admin Claim and Debtor Attorney's Fee Application | 3.00 | $350.00 | $1,050.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 07/30/24 | CORRESPONDENCE | Correspondence with Debtor's Counsel and Reviewed emails between Debtor's counsel and UST re fee disbursement; reviewed and approved consent order re same | 0.40 | $350.00 | $140.00 |
| 07/30/24 | REVIEWED | Reviewed emails between BK and UST re debtor attorney fee application | 0.30 | $350.00 | $105.00 |
| 07/31/24 | REVIEWED | Reviewed Objection to GDOR claim | 0.10 | $350.00 | $35.00 |
| 07/31/24 | CORRESPONDENCE | Correspondence with BK re Augusta Southpointe Fees from hearing | 0.10 | $350.00 | $35.00 |
| 08/01/24 | WORKED ON | Reviewed Amended Fee App for Debtor's Counsel (.3); call with Hayley re objection (.3) | 0.60 | $350.00 | $210.00 |
| 08/06/24 | REVIEWED | Reviewed proposed order and correspondence with debtor's counsel, Kevin Stein and UST re updated cash collateral order | 0.20 | $350.00 | $70.00 |
| 08/08/24 | REVIEWED | Reviewed updated Declarations on Attorney's fees by Augusta Southpointe | 0.20 | $350.00 | $70.00 |
| 08/09/24 | TELEPHONE CONFERENCE | Telephone call with Bowen regarding Augusta Southpointe Fees, filing admin claim for July invoices, consent order on debtor attorney fee application, recent claims, GDOR and filing plan and correspondence re same | 0.50 | $350.00 | $175.00 |
| 08/09/24 | REVIEWED | Multiple Emails and review consent order on objection to debtor counsel fee app | 0.40 | $350.00 | $140.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 08/12/24 | REVIEWED | Reviewed Motion to Allow Late Filed Claim | 0.10 | $350.00 | $35.00 |
| 08/12/24 | PREPARATION | Preparation for call with Bowen and Leon re resolving fee dispute/reviewed updated invoices | 0.30 | $350.00 | $105.00 |
| 08/12/24 | TELEPHONE CONFERENCE | Telephone call with Bowen and Leon re resolution of fee dispute | 0.20 | $350.00 | $70.00 |
| 08/12/24 | CORRESPONDENCE | Emails with BK and LJ and recall and form plan for liquidation | 0.20 | $350.00 | $70.00 |
| 08/14/24 | REVIEWED | Reviewed Amended Application for CPA compensation and Amended Motion to Allow Late Claim | 0.30 | $350.00 | $105.00 |
| 08/14/24 | REVIEWED | Reviewed emails with Kevin Stine, BK, clerk and Nathan Huff re various orders | 0.30 | $350.00 | $105.00 |
| 08/15/24 | REVIEWED | Reviewed emails with LJ and BK re Augusta Southpointe fees | 0.10 | $350.00 | $35.00 |
| 08/19/24 | REVIEWED | Reviewed Application to Pay Sales Taxes, Utility (and emails re same) | 0.20 | $350.00 | $70.00 |
| 08/19/24 | REVIEWED | Reviewed PPB Motion for Post-Petition Fees 506b Claim | 0.50 | $350.00 | $175.00 |
| 08/20/24 | REVIEWED | Review post closing plan and creditor schedules from BK | 0.50 | $350.00 | $175.00 |
| 08/21/24 | WORKED ON | Worked on Redline and Notes for Second Amended Chapter 11 Plan; correspondence with Debtor's Counsel re: same | 1.70 | $350.00 | $595.00 |
| 08/21/24 | REVIEWED | Reviewed MOR | 0.20 | $350.00 | $70.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 08/21/24 | WORKED ON | Correspondence with Bowen/worked on responses to questions about plan comments and suggestions for edits | 1.00 | $350.00 | $350.00 |
| 08/22/24 | CORRESPONDENCE | Correspondence regarding extension to file plan and fee application filed by counsel for PPB | 0.40 | $350.00 | $140.00 |
| 08/23/24 | CORRESPONDENCE | Correspondence with UST and Debtor's counsel re revisions to plan and reviewed Stipulation with GDOR | 0.30 | $350.00 | $105.00 |
| 08/27/24 | WORKED ON | Edits to Plan; correspondence with Debtor's Counsel re edits and filing plan; reviewed hearing notices on various motion set on negative notice for September 30th hearing date | 1.10 | $350.00 | $385.00 |
| 08/27/24 | CORRESPONDENCE | Reviewed Correspondence with LJ and BK re Augusta Southpoint Fees | 0.30 | $350.00 | $105.00 |
| 08/28/24 | WORKED ON | Prepared edits and notes to redline version of Plan; correspondence with Debtor's counsel re same | 1.00 | $350.00 | $350.00 |
| 08/28/24 | WORKED ON | Worked on edits to liquidation analysis and correspondence with Debtor's counsel re same | 0.50 | $350.00 | $175.00 |
| 08/28/24 | REVIEWED | Reviewed Amended Report of Sale and Stipulation Extending Time for Response by Popeyes claim | 0.20 | $350.00 | $70.00 |
| 08/28/24 | REVIEWED | Review Correspondence with LJ and BK re resolving Augusta Southpointe fees | 0.10 | $350.00 | $35.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 02/01/24 - 09/05/24**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 08/30/24 | REVIEWED | Reviewed Second Amended Plan filed with Court and email to Bowen regarding potential issues and preparation for telephonic hearings | 0.70 | $350.00 | $245.00 |
| 09/03/24 | REVIEWED | Reviewed Debtor's fee application for July | 0.20 | $350.00 | $70.00 |
| 09/04/24 | TELEPHONE CONFERENCE | Telephone Call with BK to review docket and updates of matters scheduled for hearing on 9/5 | 0.50 | $350.00 | $175.00 |
| 09/04/24 | REVIEWED | Review proposed order and reply consent on Belvinia lease/claim | 0.30 | $350.00 | $105.00 |
| 09/05/24 | PREPARATION | Prepared Invoice and Application for Interim Compensation for Sub V Trustee Fees | 1.50 | $350.00 | $525.00 |
| 09/05/24 | COURT HEARING | Telephonic Status Conference on various matters including claim objections, amending plan, assumption of franchise agreement and admin claims | 1.00 | $350.00 | $350.00 |
| | | **Total for case:** | **136.60** | | **$47,810.00** |
| | | **Grand Total:** | **136.60** | | **$47,810.00** |

# Expense Worksheet

**Period: 02/02/2024 - 09/05/2024**

**Trustee: Tiffany E. Caron**

| | | | |
|---|---|---|---|
| **Case Number:** | 24-10075-SDB | **Case Name:** | RRG, INC. |
| **Case Type:** | Asset | **Judge:** | Susan D. Barrett |
| **Petition Date:** | 01/31/2024 | **341a Meeting:** | 03/07/2024 10.00 AM |

**Category:** BOND

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 04/22/2024 | Trustee Bond and Mailing Expense | 1.0 | $ 19.240000 | $19.24 |
| | **Total for category BOND** | **1.0** | | **$19.24** |

**Category:** COPY

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 09/05/2024 | Mailout Notice and Application for Trustee Fees (194 Recipients from Creditor Mailing Matrix) | 3104.0 | $ 0.250000 | $776.00 |
| 09/05/2024 | Mailout Order on Application for Trustee Fees | 194.0 | $ 0.250000 | $48.50 |
| 09/04/2024 | Copy of Docket for Hearings on 9/5 | 2.0 | $ 0.250000 | $0.50 |
| 07/24/2024 | Copies of Motions and Exhibits for hearings on Augusta Southpointe Fees and Debtor Attorney Fee App | 20.0 | $ 0.250000 | $5.00 |
| 05/29/2024 | Copy of Bid Procedures Order | 37.0 | $ 0.250000 | $9.25 |
| 05/22/2024 | Copies of Bid Procedures Motion and Objections | 36.0 | $ 0.250000 | $9.00 |
| 05/17/2024 | Copy of Hearing Calendar | 1.0 | $ 0.250000 | $0.25 |
| 05/08/2024 | Copy of Bid Procedures Motion and Order | 11.0 | $ 0.250000 | $2.75 |
| 05/07/2024 | Copies of Court Calendars for hearings | 4.0 | $ 0.250000 | $1.00 |
| 04/15/2024 | Copy of Clams Register and Schedule E/F | 34.0 | $ 0.250000 | $8.50 |
| 04/08/2024 | List of Landlords | 3.0 | $ 0.250000 | $0.75 |
| 03/27/2024 | Copies for Status Conference | 34.0 | $ 0.250000 | $8.50 |
| 02/02/2024 | Copy of Verified Statement | 1.0 | $ 0.250000 | $0.25 |
| | **Total for category COPY** | **3481.0** | | **$870.25** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 09/05/2024 | Mailout Notice and Application for Trustee Fees (194 Recipients from Creditor Mailing Matrix) | 194.0 | $ 0.780000 | $151.32 |

**Total for case 24-10075-SDB: $1,996.13**

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 09/05/2024 | Mailout Order on Application for Trustee Fees | 194.0 | $ 0.780000 | $151.32 |
| | **Total for category POST** | **388.0** | | **$302.64** |

**Category:** TRAV

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/26/2024 | Roundtrip Mileage for Travel to/from Augusta for Court Hearings on Fee Applications, Franchise Assumption and Dominion Energy Motion (IRS Rate: $0.67 per mile) | 240.0 | $ 0.670000 | $160.80 |
| 05/30/2024 | Roundtrip Mileage for Travel to/from Augusta for Court Hearings on Sale of Assets (IRS Rate: $0.67 per mile) | 240.0 | $ 0.670000 | $160.80 |
| 05/24/2024 | Roundtrip Mileage for Travel to/from Augusta for Court Hearings on Bidding Procedures (IRS Rate: $0.67 per mile) | 240.0 | $ 0.670000 | $160.80 |
| 04/16/2024 | Roundtrip Mileage for Travel to/from Augusta for Court Hearings on Lease and Franchise Assumptions and Final Cash Collateral (IRS Rate: $0.67 per mile) | 240.0 | $ 0.670000 | $160.80 |
| 03/28/2024 | Roundtrip Mileage for Travel to/from Augusta for Status Conference and Hearings (IRS Rate: $0.67 per mile) | 240.0 | $ 0.670000 | $160.80 |
| | **Total for category TRAV** | **1200.0** | | **$804.00** |

**Total for case 24-10075-SDB: $1,996.13**

**Grand Total: $1,996.13**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **RRG, INC.,** | § | **Case Number: 24-10075-SDB** |
| | § | |
| **Debtor.** | § | |

**CERTIFICATE OF SERVICE**

I, Tiffany E. Caron, do hereby certify that I have this date served the forgoing Application for Trustee's Fees upon the following by depositing a copy of the same in the United States mail with proper postage affixed or by electronic service through CM/ECF:

Bowen Anderson Klosinski
Klosinski Overstreet
1229 Augusta West Parkway
Augusta, GA 30909

Office of U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

And

All creditors and parties in interest automatically receiving notice through the Court's CM/ECF Filing System.

This 5th day of September, 2024.

/s/ Tiffany E. Caron
Tiffany E. Caron
Georgia Bar Number 745089
Subchapter V Trustee

P.O. Box 711
West Palm Beach, FL 33402
(404) 647-4917
Tiffany.caron@hotmail.com