IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: ) | |
| ) | |
| RRG, INC., ) | CHAPTER 11 |
| ) | CASE NO. 24-10075-SDB |
| Debtor. ) | |
| ) | |

**MOTION FOR PAYMENT OF
ADMINISTRATIVE EXPENSE OF CAROLINA-GEORGIA SOUND, INC.**

NOW COMES Carolina-Georgia Sound, Inc. ("Carolina-Georgia Sound"), by and through undersigned counsel, and hereby moves this Court for an Order allowing Carolina-Georgia Sound's Administrative Expense Claim (as defined herein) and shows the Court as follows:

1. This Court has jurisdiction for this Motion as relief is sought under 11 U.S.C. §§ 503 and 507.

2. On January 31, 2024 (the "Petition Date"), the above-captioned debtor (the "Debtor") filed a voluntary petition for relief under subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), commencing the above-captioned case in this Court.

3. Carolina-Georgia Sound supplied post-petition security equipment, monitoring, and drive through technology and maintenance for Debtor's businesses.

4. On May 29, 2024, the Debtor filed a Motion for an Order (1) Authorizing the Sale of Assets Comprising 14 Stores Free and Clear of Liens, Claims, Encumbrances and Other Interests (Except for Those Expressly Assumed by Buyer) Pursuant to 11 U.S.C. §§ 363(b)(1) and (f); (2) Approving the Assumption and Assignment of Certain Executory Contracts and Leases Pursuant to 11 U.S.C. §§ 365(b) and (f); and (3) for Related Relief. [Dkt. #303] (the "Sale Motion").

5.Pursuant to the Court's order on the Sale Motion entered on June 4, 2024 [Dkt. #315], the Debtor was authorized to sell substantially all of the Debtor's assets to SBH FOODS PLK, LLC. The sale was closed on July 22, 2024.

6.Carolina-Georgia Sound has continued to supply products to the Debtor through the date of closing. A post-petition balance remains due and owing to Carolina-Georgia Sound in the amount of $17,850.54 (the "Administrative Expense Claim"). Copies of the invoice statements with respect to the Administrative Expense Claim are attached hereto as **Exhibit A** and incorporated herein.

7.The Administrative Expense Claim is for post-petition amounts owed in connection with security and monitoring supplied by Carolina-Georgia Sound to the Debtor's restaurants, which was essential to the continued operation of the Debtor's business and the consummation of a successful sale. Accordingly, the Administrative Expense Claim is for actual, necessary costs and expenses of preserving the Debtor's estate, and the Debtor owes to Carolina-Georgia Sound **$17,850.54** as an administrative expense.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Carolina-Georgia Sound requests that this Court enter an Order, substantially in the form attached hereto as **Exhibit B**, establishing that its claim as described herein, in the amount of **$17,850.54**, is entitled to administrative priority status pursuant to section 503(b)(1) of the Bankruptcy Code, which allows for "the actual, necessary costs and expenses of preserving the estate" to have administrative priority status.

This 19th day of September, 2024.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Carolina-Georgia Sound Company
nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, GA 30909
(706) 860-9995

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and Trustee of record.

This 19th day of September, 2024.

                                                   */s/ Nathan E. Huff*
                                                   Nathan E. Huff