## EXHIBIT A

**Invoice Statements**

# Invoice



Invoice: PS-INV128374

Customer: C1-RRGINC

RRG, INC.

309 PIRKLE FERRY RD, UNIT 200E

ATTN: MARK RINNA

CUMMING, GA 30040

Service Address: C1-RRGINC

RRG, INC.

309 PIRKLE FERRY RD, UNIT 200E

ATTN: MARK RINNA

CUMMING, GA 30040

Carolina Georgia Sound

PO Box 14759

Augusta, GA 30919

| | |
|---|---|
| Due Date | |
| | **July 31, 2024** |
| Amount Due | |
| | **$281.58** |
| Invoice Date | |
| | July 1, 2024 |
| Customer PO Number | |

Order Description

HME NITRO GAMIFICATION SUBSCRIPTION FEE
COVERAGE FOR 7/1/2024 TO 7/31/2024

LIST OF LOCATIONS ($21.66/LOCATION):
#12849
#12950
#4424
#4425
#4426
#4427
#4430
#4431
#4429
#7088
#4423
#4420
#13866

| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
|---|---|---|---|---|
| HME Nitro Gamification | $21.66 | 13 | Month | $281.58 |

| | |
|---|---|
| Tax Amount: | $0.00 |
| Subtotal: | $281.58 |
| **Total:** | **$281.58** |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

# Invoice



Invoice: PS-INV126375

| | |
|---|---|
| Customer: C1-RRGINC | Carolina Georgia Sound |
| RRG, INC. | PO Box 14759 |
| 309 PIRKLE FERRY RD, UNIT 200E | Augusta, GA 30919 |
| ATTN: MARK RINNA | |
| CUMMING, GA 30040 | |
| | **Due Date** |
| | **July 1, 2024** |
| Recurring Invoice | Amount Due |
| | **$4,028.65** |
| | Invoice Date |
| | June 1, 2024 |
| | Customer PO Number |

| POPEYE'S #4429 | 102 US HIGHWAY 1 BYPASS | | | C1-000140 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
| | | | Tax Amount: | $13.65 |
| | | | Subtotal: | $351.99 |

| POPEYES | 109 PARKWAY AVENUE | | | C1-103920 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| | | | Tax Amount: | $0.00 |
| | | | Subtotal: | $85.95 |

| POPEYE'S #13349 | 1222 BELLS HIGHWAY | | | C1-104232 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| | | | Tax Amount: | $0.00 |
| | | | Subtotal: | $85.95 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

## Invoice



Invoice: PS-INV126375

| POPEYES #12950 | 135 SAINT JAMES AVE | | | C1-103919 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| | | | Tax Amount: | $0.00 |
| | | | Subtotal: | $85.95 |

| POPEYES #4425 | 2491 TOBACCO ROAD | | | C1-103449 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| | | | Tax Amount: | $0.00 |
| | | | Subtotal: | $167.84 |

| POPEYE'S #4426 | 2802 WRIGHTSBORO ROAD | | | C1-000144 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $14.54 |
| | | | Subtotal: | $353.38 |

| POPEYE'S #4424 | 3209 DEANS BRIDGE ROAD | | | C1-000142 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $14.54 |
| | | | Subtotal: | $353.38 |

| POPEYE'S #4449 | 400 W WINTHROPE | | | C1-102202 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| | | | Tax Amount: | $0.00 |
| | | | Subtotal: | $85.95 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

# Invoice



**CGS Sound & Video**

Invoice: PS-INV126375

| POPEYES #13866 | 418 LEWISTON RD | | | C1-104404 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass SR Music Service | $69.00 | 1 | Month | $69.00 |
| CCTV Equipment Lease | $199.00 | 1 | Month | $199.00 |
| | | | Tax Amount: | $21.44 |
| | | | Subtotal: | $289.44 |

| POPEYE'S #4427 | 431 SOUTH BELAIR ROAD | | | C1-000147 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $9.09 |
| | | | Subtotal: | $290.43 |

| POPEYE'S #4423 | 450 WALTON WAY | | | C1-000909 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| | | | Tax Amount: | $4.89 |
| | | | Subtotal: | $230.23 |

| POPEYE'S #4431 | 534 LIBERTY STREET | | | C1-000130 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $11.98 |
| | | | Subtotal: | $350.82 |

| POPEYES #5655 | 5988 RIVERS AVE | | | C1-102996 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| CCTV Equipment Lease | $208.64 | 1 | Month | $208.64 |
| | | | Tax Amount: | $18.79 |
| | | | Subtotal: | $313.38 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS. CALL OR EMAIL US TO GET SETUP.

## Invoice



Invoice: PS-INV126375

| POPEYE'S #4430 | 651 MAIN STREET | | | C1-000139 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass SR Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $19.22 |
| | | | Subtotal: | $358.06 |

| POPEYES #7088 | 8427 DORCHESTER RD | | | C1-102995 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
| | | | Tax Amount: | $11.94 |
| | | | Subtotal: | $268.39 |

| POPEYE'S #4420 | 954 YORK STREET | | | C1-000145 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
| | | | Tax Amount: | $19.17 |
| | | | Subtotal: | $357.51 |

| | | | Total: | $4,028.65 |
|---|---|---|---|---|

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

# Invoice



Invoice: PS-INV127184

Customer: C1-RRGINC

RRG, INC.

309 PIRKLE FERRY RD, UNIT 200E

ATTN: MARK RINNA

CUMMING, GA 30040

Recurring Invoice

Carolina Georgia Sound

PO Box 14759

Augusta, GA 30919

| | |
|---|---|
| Due Date | **July 31, 2024** |
| Amount Due | **$4,028.65** |
| Invoice Date | July 1, 2024 |
| Customer PO Number | |

| POPEYE'S #4429 | 102 US HIGHWAY 1 BYPASS | | | C1-000140 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
| | | | Tax Amount: | $13.65 |
| | | | Subtotal: | $351.99 |

| POPEYES | 109 PARKWAY AVENUE | | | C1-103920 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| | | | Tax Amount: | $0.00 |
| | | | Subtotal: | $85.95 |

| POPEYE'S #13349 | 1222 BELLS HIGHWAY | | | C1-104232 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| | | | Tax Amount: | $0.00 |
| | | | Subtotal: | $85.95 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

# Invoice



Invoice: PS-INV127184

| POPEYES #12950 | 135 SAINT JAMES AVE | | | C1-103919 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |

| | | Tax Amount: | $0.00 |
|---|---|---|---|
| | | Subtotal: | $85.95 |

| POPEYES #4425 | 2491 TOBACCO ROAD | | | C1-103449 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |

| | | Tax Amount: | $0.00 |
|---|---|---|---|
| | | Subtotal: | $167.84 |

| POPEYE'S #4426 | 2802 WRIGHTSBORO ROAD | | | C1-000144 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |

| | | Tax Amount: | $14.54 |
|---|---|---|---|
| | | Subtotal: | $353.38 |

| POPEYE'S #4424 | 3209 DEANS BRIDGE ROAD | | | C1-000142 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |

| | | Tax Amount: | $14.54 |
|---|---|---|---|
| | | Subtotal: | $353.38 |

| POPEYE'S #4449 | 400 W WINTHROPE | | | C1-102202 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |

| | | Tax Amount: | $0.00 |
|---|---|---|---|
| | | Subtotal: | $85.95 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

## Invoice



**CGS**
Sound & Video

Invoice: PS-INV127184

| POPEYES #13866 | 418 LEWISTON RD | | | C1-104404 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass SR Music Service | $69.00 | 1 | Month | $69.00 |
| CCTV Equipment Lease | $199.00 | 1 | Month | $199.00 |
| | | | Tax Amount: | $21.44 |
| | | | Subtotal: | $289.44 |

| POPEYE'S #4427 | 431 SOUTH BELAIR ROAD | | | C1-000147 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $9.09 |
| | | | Subtotal: | $290.43 |

| POPEYE'S #4423 | 450 WALTON WAY | | | C1-000909 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| | | | Tax Amount: | $4.89 |
| | | | Subtotal: | $230.23 |

| POPEYE'S #4431 | 534 LIBERTY STREET | | | C1-000130 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $11.98 |
| | | | Subtotal: | $350.82 |

| POPEYES #5655 | 5988 RIVERS AVE | | | C1-102996 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| CCTV Equipment Lease | $208.64 | 1 | Month | $208.64 |
| | | | Tax Amount: | $18.79 |
| | | | Subtotal: | $313.38 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS. CALL OR EMAIL US TO GET SETUP.

## Invoice



Invoice: PS-INV127184

| POPEYE'S #4430 | 651 MAIN STREET | | | C1-000139 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass SR Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $19.22 |
| | | | Subtotal: | $358.06 |

| POPEYES #7088 | 8427 DORCHESTER RD | | | C1-102995 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
| | | | Tax Amount: | $11.94 |
| | | | Subtotal: | $268.39 |

| POPEYE'S #4420 | 954 YORK STREET | | | C1-000145 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
| | | | Tax Amount: | $19.17 |
| | | | Subtotal: | $357.51 |

| | | | Total: | $4,028.65 |
|---|---|---|---|---|

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

# Invoice



Invoice: PS-INV123531

Customer: C1-RRGINC

RRG, INC.

309 PIRKLE FERRY RD, UNIT 200E

ATTN: MARK RINNA

CUMMING, GA 30040

Carolina Georgia Sound

PO Box 14759

Augusta, GA 30919

Service Address: C1-104323

POPEYE'S #13679

460 N HWY 52

MONCKS CORNER, SC 29461

| | |
|---|---|
| Due Date | |
| | **March 6, 2024** |
| Amount Due | |
| | **$588.79** |
| Invoice Date | |
| | February 5, 2024 |
| Customer PO Number | |
| | WO-130057 |

Order Description

needs to swap out 2 EOS headsets

Resolution -
01/16/24 - SHIPPED 2 EOS HEADSETS
02/05/24 - RECEIVED 2 EOS HEADSETS

| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
|---|---|---|---|---|
| FREIGHT | $32.18 | 1 | Each | $32.18 |
| HME - EOS/ION/Chrome Headset - Repair | $254.00 | 2 | Each | $508.00 |

| | |
|---|---|
| Tax Amount: | $48.61 |
| Subtotal: | $588.79 |
| **Total:** | **$588.79** |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

# Invoice



Invoice: PS-INV125570

---

Customer: C1-RRGINC

RRG, INC.

309 PIRKLE FERRY RD, UNIT 200E

ATTN: MARK RINNA

CUMMING, GA 30040

Recurring Invoice

Carolina Georgia Sound

PO Box 14759

Augusta, GA 30919

Due Date

**May 31, 2024**

Amount Due

**$4,604.12**

Invoice Date

May 1, 2024

Customer PO Number

| POPEYE'S #4429 | 102 US HIGHWAY 1 BYPASS | | | C1-000140 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
| | | | Tax Amount: | $13.65 |
| | | | Subtotal: | $351.99 |

| POPEYES | 109 PARKWAY AVENUE | | | C1-103920 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Equipment Lease | $10.00 | 1 | Month | $10.00 |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| | | | Tax Amount: | $0.70 |
| | | | Subtotal: | $96.65 |

| POPEYE'S #13349 | 1222 BELLS HIGHWAY | | | C1-104232 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| CCTV Equipment Lease | $179.00 | 1 | Month | $179.00 |
| CCTV Equipment Lease | $20.00 | 1 | Month | $20.00 |

---

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

---

## Invoice



Invoice: PS-INV125570

| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
|---|---|---|---|---|
| | | Tax Amount: | | $15.92 |
| | | Subtotal: | | $300.87 |

| POPEYES #12950 | 135 SAINT JAMES AVE | | | C1-103919 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Equipment Lease | $10.00 | 1 | Month | $10.00 |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| | | Tax Amount: | | $0.90 |
| | | Subtotal: | | $96.85 |

| POPEYES #4425 | 2491 TOBACCO ROAD | | | C1-103449 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| | | Tax Amount: | | $0.00 |
| | | Subtotal: | | $167.84 |

| POPEYE'S #4426 | 2802 WRIGHTSBORO ROAD | | | C1-000144 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | Tax Amount: | | $14.54 |
| | | Subtotal: | | $353.38 |

| POPEYE'S #4424 | 3209 DEANS BRIDGE ROAD | | | C1-000142 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | Tax Amount: | | $14.54 |
| | | Subtotal: | | $353.38 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

## Invoice



Invoice: PS-INV125570

| POPEYE'S #4449 | 400 W WINTHROPE | | | C1-102202 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
| | | | Tax Amount: | $9.04 |
| | | | Subtotal: | $207.99 |

| POPEYES #13866 | 418 LEWISTON RD | | | C1-104404 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass SR Music Service | $69.00 | 1 | Month | $69.00 |
| CCTV Equipment Lease | $199.00 | 1 | Month | $199.00 |
| | | | Tax Amount: | $21.44 |
| | | | Subtotal: | $289.44 |

| POPEYE'S #4427 | 431 SOUTH BELAIR ROAD | | | C1-000147 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $9.09 |
| | | | Subtotal: | $290.43 |

| POPEYE'S #4423 | 450 WALTON WAY | | | C1-000909 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| | | | Tax Amount: | $4.89 |
| | | | Subtotal: | $230.23 |

| POPEYE'S 1/13679 | 460 N HWY 52 | | | C1-104323 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| CCTV Equipment Lease | $199.00 | 1 | Month | $199.00 |
| | | | Tax Amount: | $17.91 |
| | | | Subtotal: | $216.91 |

| POPEYE'S #4431 | 534 LIBERTY STREET | | | C1-000130 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

## Invoice



Invoice: PS-INV125570

| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
|---|---|---|---|---|
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $11.98 |
| | | | Subtotal: | $350.82 |

| POPEYES #5655 | | 5988 RIVERS AVE | | C1-102996 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| CCTV Equipment Lease | $208.64 | 1 | Month | $208.64 |
| | | | Tax Amount: | $18.79 |
| | | | Subtotal: | $313.38 |

| POPEYE'S #4430 | | 651 MAIN STREET | | C1-000139 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass SR Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $19.22 |
| | | | Subtotal: | $358.06 |

| POPEYES #7088 | | 8427 DORCHESTER RD | | C1-102995 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
| | | | Tax Amount: | $11.94 |
| | | | Subtotal: | $268.39 |

| POPEYE'S #4420 | | 954 YORK STREET | | C1-000145 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

Invoice



Invoice: PS-INV125570

| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
|---|---|---|---|---|

| | |
|---|---|
| Tax Amount: | $19.17 |
| Subtotal: | $357.51 |

| | |
|---|---|
| **Total:** | **$4,604.12** |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

706-868-1123                    Page 5 of 5                    ar@cgsvideo.com

# Invoice



Invoice: PS-INV124781

Customer: C1-RRGINC

RRG, INC.

309 PIRKLE FERRY RD, UNIT 200E

ATTN: MARK RINNA

CUMMING, GA 30040

Recurring Invoice

Carolina Georgia Sound

PO Box 14759

Augusta, GA 30919

**Due Date**

**May 1, 2024**

Amount Due

**$4,790.73**

Invoice Date

April 1, 2024

Customer PO Number

| POPEYE'S #4429 | | 102 US HIGHWAY 1 BYPASS | | C1-000140 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
| | | | Tax Amount: | $13.65 |
| | | | Subtotal: | $351.99 |

| POPEYES | | 109 PARKWAY AVENUE | | C1-103920 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Equipment Lease | $10.00 | 1 | Month | $10.00 |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| | | | Tax Amount: | $0.70 |
| | | | Subtotal: | $96.65 |

| POPEYE'S #13349 | | 1222 BELLS HIGHWAY | | C1-104232 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| CCTV Equipment Lease | $179.00 | 1 | Month | $179.00 |
| CCTV Equipment Lease | $20.00 | 1 | Month | $20.00 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

## Invoice



Invoice: PS-INV124781

| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
|---|---|---|---|---|
| | | | Tax Amount: | $15.92 |
| | | | Subtotal: | $300.87 |

| POPEYES #12950 | | 135 SAINT JAMES AVE | | C1-103919 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Equipment Lease | $10.00 | 1 | Month | $10.00 |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| | | | Tax Amount: | $0.90 |
| | | | Subtotal: | $96.85 |

| POPEYES #4425 | | 2491 TOBACCO ROAD | | C1-103449 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| | | | Tax Amount: | $4.89 |
| | | | Subtotal: | $230.23 |

| POPEYE'S #4426 | | 2802 WRIGHTSBORO ROAD | | C1-000144 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $14.54 |
| | | | Subtotal: | $353.38 |

| POPEYE'S #4424 | | 3209 DEANS BRIDGE ROAD | | C1-000142 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $14.54 |
| | | | Subtotal: | $353.38 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

## Invoice



Invoice: PS-INV124781

| POPEYE'S #4449 | 400 W WINTHROPE | | | C1-102202 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
| | | | Tax Amount: | $13.65 |
| | | | Subtotal: | $270.10 |

| POPEYES #13866 | 418 LEWISTON RD | | | C1-104404 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass SR Music Service | $69.00 | 1 | Month | $69.00 |
| CCTV Equipment Lease | $199.00 | 1 | Month | $199.00 |
| | | | Tax Amount: | $21.44 |
| | | | Subtotal: | $289.44 |

| POPEYE'S #4427 | 431 SOUTH BELAIR ROAD | | | C1-000147 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $13.70 |
| | | | Subtotal: | $352.54 |

| POPEYE'S #4423 | 450 WALTON WAY | | | C1-000909 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| | | | Tax Amount: | $4.89 |
| | | | Subtotal: | $230.23 |

| POPEYE'S 1/13679 | 460 N HWY 52 | | | C1-104323 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| CCTV Equipment Lease | $199.00 | 1 | Month | $199.00 |
| | | | Tax Amount: | $17.91 |
| | | | Subtotal: | $216.91 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

## Invoice



Invoice: PS-INV124781

| POPEYE'S #4431 | 534 LIBERTY STREET | | | C1-000130 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $11.98 |
| | | | Subtotal: | $350.82 |

| POPEYES #5655 | 5988 RIVERS AVE | | | C1-102996 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| CCTV Equipment Lease | $208.64 | 1 | Month | $208.64 |
| | | | Tax Amount: | $18.79 |
| | | | Subtotal: | $313.38 |

| POPEYE'S #4430 | 651 MAIN STREET | | | C1-000139 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass SR Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.50 | 1 | Month | $113.50 |
| | | | Tax Amount: | $19.22 |
| | | | Subtotal: | $358.06 |

| POPEYES #7088 | 8427 DORCHESTER RD | | | C1-102995 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Drive Thru Maintenance | $85.95 | 1 | Month | $85.95 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |
| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
| | | | Tax Amount: | $11.94 |
| | | | Subtotal: | $268.39 |

| POPEYE'S #4420 | 954 YORK STREET | | | C1-000145 |
|---|---|---|---|---|
| Desc | Unit Price | Qty | Unit | Amt Excl. Tax |
| Encompass Music Service | $69.00 | 1 | Month | $69.00 |
| Drive Thru Maintenance | $98.84 | 1 | Month | $98.84 |
| Drive Thru Equipment Lease | $57.50 | 1 | Month | $57.50 |

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.

Invoice



Invoice: PS-INV124781

| CCTV Equipment Lease | $113.00 | 1 | Month | $113.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| Tax Amount: | $19.17 |
| Subtotal: | $357.51 |
| **Total:** | **$4,790.73** |

---

WE NOW OFFER PAPERLESS BILLING AND AUTOPAYMENTS.  CALL OR EMAIL US TO GET SETUP.