## EXHIBIT B

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:                                                    )
                                                          )
RRG, INC.,                                                )    CHAPTER 11
                                                          )    CASE NO. 24-10075-SDB
                              Debtor.                     )
                                                          )

## ORDER GRANTING MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

The Motion of Carolina-Georgia Sound Company, Inc. ("Carolina-Georgia Sound"), for payment of an administrative expense pursuant to section 503(b)(1) of the Bankruptcy Code having come before the Court on _____, 2024 and with no objection having been made by any party in interest;

IT IS HEREBY ORDERED that Carolina-Georgia Sound is hereby granted an administrative expense in the amount of $17,850.54. Said sum shall be paid within seven (7) days after the date of entry of this Order.

**[end of document]**

Prepared by:


/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
Attorney for Movant
nhuff@cwhllp.com
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995