UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 24-10075-SDB |
| RRG, INC., | § | |
| | § | Chapter 11 – Subchapter V |
| Debtor. | § | |

**OBJECTION TO FEE APPLICATION OF DEBTOR'S COUNSEL FOR JULY 2024**

Mary Ida Townson, United States Trustee for Region 21 (the "UST"), through the undersigned counsel, submits this objection to the fee application of debtor's counsel covering the month of July 2024 (Dkt. #472).

1. On August 30, 2024, debtor's counsel submitted a fee application for his attorney fees incurred during the month of July 2024 (the "fee application"). *See* Dkt. #472.

2. Pursuant to notice issued by the Court, objections to the fee application are due on or before September 30, 2024. *See* Dkt. #477.

3. Attached as Exhibit A to the fee application is the invoice of debtor's counsel for the month of July 2024, including the attorney time entries.

4. The U.S. Trustee objects to the five hours charged by debtor's counsel on July 25, 2024, for editing his previous invoice for attorney fees covering the period from February through May of 2024. The subject time entry indicates this task was done to "resolve objections" to his previous fee application. However, fees incurred to defend a fee application are not compensable from the estate. *Baker Botts LLP v. ASARCO LLC*, 576 U.S. 121, 135 S.Ct. 2158, 2169 (2015). Moreover, reviewing and editing one's own fee invoice is a non-compensable task that constitutes part of the "overhead" of doing business as a lawyer. *Cf. In the Matter of Pothoven*, 84 B.R. 579, 586 (Bankr. S.D.Iowa 1988) ("Charges which are part of the cost of operating overhead are not properly chargeable to the bankruptcy estate.").

5. The U.S. Trustee objects to the 0.50 hour time entry on July 29, 2024, relating to "Email correspondence with IT about providing a report for the number of emails sent and received regarding RRG from January 30 to present." The U.S. Trustee asserts the same grounds for objection as set forth in paragraph 4 above.

WHEREFORE, the U.S. Trustee requests that the Court reduce the allowed amount of compensation by $1,622.50, which represents 5.5 hours of attorney time at $295.00 per hour.

Date: September 27, 2024                    Respectfully submitted,
                                            MARY IDA TOWNSON
                                            UNITED STATES TRUSTEE, REGION 21

                                            By: */s/* Joel Paschke
                                                    Attorney for the U.S. Trustee
                                                    IL Bar No. 6275662

Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401
(912) 652-4112

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing **OBJECTION TO FEE APPLICATION OF DEBTOR'S COUNSEL FOR JULY 2024** has been served upon the following via the methods indicated below. In addition, electronic service was received by those parties entitled to receive such service in this case through the electronic filing system of this Court.

**VIA U.S. MAIL**
RRG, Inc.
6640 Shade Tree Way
Cumming, GA 30040

**VIA E-MAIL (through the ECF System)**
Bowen A. Klosinski
bak@klosinski.com

Tiffany E. Caron, Subchapter V Trustee
Tiffany.caron@hotmail.com

Date: September 27, 2024                    */s/* Joel Paschke

Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401
(912) 652-4112