**IT IS ORDERED as set forth below:**



**Date: September 28, 2024**

Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA

Augusta Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Case |
| | ) | Number  24-10075 |
| RRG, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER RESCHEDULING HEARING

IT IS ORDERED:

1. The hearing scheduled for September 30, 2024, at 10:00 a.m. in the above-captioned case is rescheduled to October 4, 2024, at 2:00 p.m. at Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901.

2. The Debtor in the above-captioned case shall not expend any funds without further order of the Court.

**[END OF DOCUMENT]**

1