IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| RRG, INC. ) | CASE NO. 24-<u>10075-SDB</u> |
| ) | |
| DEBTOR. ) | |

## SUPPLEMENT TO OPERATING REPORT OF RRG, INC. FILED ON SEPTEMBER 20, 2024 [DKT. #511]

COMES NOW, RRG, Inc. by and through the undersigned counsel and files this supplement to its previously filed operating report for August 2024, filed in this Court on September 20, 2024 [Dkt. #511] and respectfully shows the Court as follows.

1. In response to Debtor's monthly operating report for August 2024, the United States Trustee filed an expedited motion for an accounting of Debtor's Bank Account.

2. Debtor's previously filed liquidation analysis shows that Debtor's Bank Account held approximately $234,424.00 post closing.

3. Debtor's most recent operating report shows that after August 30, 2024, the Bank Account's balance was $75,202.44.

4. The reason for Debtor's spending post-closing was to pay for expenses that are administrative post petition expenses that were incurred prior to the closing of the sale.

5. Debtor is not spending any money to cover pre-petition debts nor moving any money to the benefit of insiders.

6. The cost of filing administrative claims for each creditor that is owed a post-petition administrative claim would not be cost effective to the estate, and incurring additional penalties, late fees, and interest for late payments on post-petition administrative claims would be a detriment to the unsecured creditors.

7. Additionally, vendors such as Door Dash have continued to deposit money into the Bank Account of Debtor post-closing. Debtor has been continuously collaborating with SBH PLK, Inc. ("Buyer") to resolve any accounts receivable discrepancies and pay to Buyer any accounts receivables that have been mistakenly paid to Debtor.

8. Attached hereto as <u>Exhibit A</u> is an account reconciliation for August 2024 to disclose all payments made from Debtor's Bank Account to creditors.

9. Debtor's representative will be available to answer for any questions on any expenses or Deposits that this Court or the Trustee may have regarding this reconciliation.

Submitted this 2nd day of October 2024.

<u>/s/ Bowen A. Klosinski</u>
Bowen A. Klosinski
Georgia Bar No. 842225
Attorney for Debtor

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| RRG, INC. | ) | CASE NO. 24-10075-SDB |
| | ) | |
| DEBTOR. | ) | |

CERTIFICATE OF SERVICE

I, Bowen A. Klosinski, of Klosinski Overstreet, LLP, do hereby certify that I have served a copy of the within and foregoing **APPLICATION TO PAY INTERIM ACCOUNTANT'S FEES** upon:

RRG, Inc.
6640 Shade Tree Way
Cumming, Georgia 30040

Tiffany E. Caron
Subchapter V Trustee
Post Office Box 711
West Palm Beach, FL 33402

Office of the United States Trustee
33 Bull Street, Suite 400
Savannah, Georgia 31401

By e-mail and/or mailing a copy through the United States mail with sufficient postage attached thereto to assure delivery.

THIS 2nd day of October 2024.

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar No.: 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255
bak@klosinski.com

# **EXHIBIT "A"**

Account Reconciliation

4:16 PM
09/05/24

# RRG, Inc.
## Reconciliation Summary
### 1102 · Main Acct #2, Period Ending 08/31/2024

|  | Aug 31, 24 |
|---|---:|
| **Beginning Balance** | 211,522.48 |
| **Cleared Transactions** | |
|     Checks and Payments - 138 items | -353,214.51 |
|     Deposits and Credits - 23 items | 216,894.47 |
| **Total Cleared Transactions** | -136,320.04 |
| **Cleared Balance** | 75,202.44 |
| **Uncleared Transactions** | |
|     Checks and Payments - 16 items | -44,339.61 |
|     Deposits and Credits - 2 items | 1,557.58 |
| **Total Uncleared Transactions** | -42,782.03 |
| **Register Balance as of 08/31/2024** | 32,420.41 |
| **New Transactions** | |
|     Checks and Payments - 4 items | -3,014.61 |
|     Deposits and Credits - 3 items | 4,200.00 |
| **Total New Transactions** | 1,185.39 |
| **Ending Balance** | 33,605.80 |

4:16 PM
09/05/24

# RRG, Inc.
## Reconciliation Detail
### 1102 · Main Acct #2, Period Ending 08/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 211,522.48 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 138 items** | | | | | | |
| Bill Pmt -Check | 07/18/2024 | 83536 | David Archer | X | -166.61 | -166.61 |
| Bill Pmt -Check | 07/20/2024 | 83554 | Berkeley County Wa... | X | -463.74 | -630.35 |
| Bill Pmt -Check | 07/23/2024 | 83555 | Johnson Controls S... | X | -663.63 | -1,293.98 |
| Bill Pmt -Check | 07/24/2024 | 83556 | Sparrow Enterprises | X | -2,000.00 | -3,293.98 |
| Bill Pmt -Check | 07/24/2024 | 83557 | Sparrow Enterprises | X | -470.50 | -3,764.48 |
| Bill Pmt -Check | 07/26/2024 | 83606 | Pye-Barker | X | -2,335.39 | -6,099.87 |
| Bill Pmt -Check | 07/26/2024 | 83607 | RepublicServices | X | -2,310.01 | -8,409.88 |
| Bill Pmt -Check | 07/26/2024 | 83612 | Ecolab Inc | X | -1,503.17 | -9,913.05 |
| Bill Pmt -Check | 07/26/2024 | 83609 | Airgas National Wel... | X | -1,319.98 | -11,233.03 |
| Bill Pmt -Check | 07/26/2024 | 83610 | Airgas National Wel... | X | -1,137.95 | -12,370.98 |
| Bill Pmt -Check | 07/26/2024 | 83608 | Ecolab Inc | X | -1,008.07 | -13,379.05 |
| Bill Pmt -Check | 07/26/2024 | 83611 | Airgas National Wel... | X | -444.98 | -13,824.03 |
| Bill Pmt -Check | 07/29/2024 | 83573 | Augusta Utilities Dept. | X | -1,639.16 | -15,463.19 |
| Bill Pmt -Check | 07/29/2024 | 83594 | Cennox Commercial... | X | -1,340.53 | -16,803.72 |
| Bill Pmt -Check | 07/29/2024 | 83590 | Waste Management | X | -1,203.92 | -18,007.64 |
| Bill Pmt -Check | 07/29/2024 | 83601 | Ecolab Inc | X | -1,035.92 | -19,043.56 |
| Bill Pmt -Check | 07/29/2024 | 83570 | AAA Sign Co Inc | X | -1,020.00 | -20,063.56 |
| Bill Pmt -Check | 07/29/2024 | 83579 | Ecolab Inc | X | -1,010.66 | -21,074.22 |
| Bill Pmt -Check | 07/29/2024 | 83602 | Fain Septic Tank Inc | X | -950.00 | -22,024.22 |
| Bill Pmt -Check | 07/29/2024 | 83596 | Ecolab Inc | X | -893.43 | -22,917.65 |
| Bill Pmt -Check | 07/29/2024 | 83580 | Fain Septic Tank Inc | X | -850.00 | -23,767.65 |
| Bill Pmt -Check | 07/29/2024 | 83604 | RepublicServices | X | -619.72 | -24,387.37 |
| Bill Pmt -Check | 07/29/2024 | 83599 | Williams Sewer & Dr... | X | -598.93 | -24,986.30 |
| Bill Pmt -Check | 07/29/2024 | 83598 | RepublicServices | X | -588.56 | -25,574.86 |
| Bill Pmt -Check | 07/29/2024 | 83575 | Charleston Water S... | X | -571.66 | -26,146.52 |
| Bill Pmt -Check | 07/29/2024 | 83597 | N. Wasserstrom and... | X | -548.62 | -26,695.14 |
| Bill Pmt -Check | 07/29/2024 | 83584 | SCPW | X | -548.28 | -27,243.42 |
| Bill Pmt -Check | 07/29/2024 | 83582 | Jefferson County Co... | X | -526.00 | -27,769.42 |
| Bill Pmt -Check | 07/29/2024 | 83577 | Coca-Cola | X | -510.42 | -28,279.84 |
| Bill Pmt -Check | 07/29/2024 | 83578 | CSE, Inc. | X | -398.01 | -28,677.85 |
| Bill Pmt -Check | 07/29/2024 | 83576 | Cintas | X | -357.68 | -29,035.53 |
| Bill Pmt -Check | 07/29/2024 | 83586 | Steritech | X | -310.00 | -29,345.53 |
| Bill Pmt -Check | 07/29/2024 | 83581 | Gas South | X | -289.32 | -29,634.85 |
| Bill Pmt -Check | 07/29/2024 | 83592 | Carolina Georgia So... | X | -281.58 | -29,916.43 |
| Bill Pmt -Check | 07/29/2024 | 83589 | Triad Service Center | X | -269.36 | -30,185.79 |
| Bill Pmt -Check | 07/29/2024 | 83595 | Cintas | X | -268.26 | -30,454.05 |
| Bill Pmt -Check | 07/29/2024 | 83587 | Stratacache | X | -250.00 | -30,704.05 |
| Bill Pmt -Check | 07/29/2024 | 83593 | Carolina Sound Co... | X | -246.28 | -30,950.33 |
| Bill Pmt -Check | 07/29/2024 | 83600 | Coca-Cola | X | -143.00 | -31,093.33 |
| Bill Pmt -Check | 07/29/2024 | 83588 | Terminix Service Inc. | X | -135.00 | -31,228.33 |
| Bill Pmt -Check | 07/29/2024 | 83574 | Carolina Sound Co... | X | -127.20 | -31,355.53 |
| Bill Pmt -Check | 07/29/2024 | 83585 | Shoes For Crews, Inc. | X | -57.74 | -31,413.27 |
| Bill Pmt -Check | 07/29/2024 | 83571 | AT & T | X | -0.79 | -31,414.06 |
| Bill Pmt -Check | 07/30/2024 | 83616 | Augusta Utilities Dept. | X | -3,520.55 | -34,934.61 |
| Bill Pmt -Check | 07/30/2024 | 83615 | Gas South | X | -1,479.19 | -36,413.80 |
| Bill Pmt -Check | 07/30/2024 | 83629 | Kay Chemicals | X | -1,231.07 | -37,644.87 |
| Bill Pmt -Check | 07/30/2024 | 83618 | Charleston Water S... | X | -1,181.87 | -38,826.74 |
| Bill Pmt -Check | 07/30/2024 | 83621 | Coca-Cola | X | -1,008.76 | -39,835.50 |
| Bill Pmt -Check | 07/30/2024 | 83626 | Kay Chemicals | X | -951.95 | -40,787.45 |
| Bill Pmt -Check | 07/30/2024 | 83613 | Stratacache | X | -787.00 | -41,574.45 |
| Bill Pmt -Check | 07/30/2024 | 83620 | Everon | X | -614.31 | -42,188.76 |
| Bill Pmt -Check | 07/30/2024 | 83617 | Charleston Water S... | X | -439.69 | -42,628.45 |
| Bill Pmt -Check | 07/30/2024 | 83627 | Kay Chemicals | X | -351.27 | -42,979.72 |
| Bill Pmt -Check | 07/30/2024 | 83630 | Kay Chemicals | X | -324.27 | -43,303.99 |
| Bill Pmt -Check | 07/30/2024 | 83619 | Fusion Cloud Servic... | X | -287.44 | -43,591.43 |
| Bill Pmt -Check | 07/30/2024 | 83631 | Kay Chemicals | X | -162.26 | -43,753.69 |
| Bill Pmt -Check | 07/30/2024 | 83628 | Kay Chemicals | X | -61.31 | -43,815.00 |
| Bill Pmt -Check | 07/30/2024 | 83614 | City of Walterboro | X | -50.08 | -43,865.08 |
| Check | 07/31/2024 | | debit | X | -25,932.59 | -69,797.67 |
| Bill Pmt -Check | 07/31/2024 | 83624 | AAA Sign Co Inc | X | -975.00 | -70,772.67 |
| Check | 07/31/2024 | | debit | X | -704.63 | -71,477.30 |
| Bill Pmt -Check | 07/31/2024 | 83663 | Fain Septic Tank Inc | X | -425.00 | -71,902.30 |
| Bill Pmt -Check | 07/31/2024 | 83662 | City of Goosecreek | X | -388.86 | -72,291.16 |
| Bill Pmt -Check | 07/31/2024 | 83664 | Comcast | X | -388.58 | -72,679.74 |
| Bill Pmt -Check | 07/31/2024 | 83622 | FedEx | X | -76.01 | -72,755.75 |

Page 1

4:16 PM
09/05/24

# RRG, Inc.
## Reconciliation Detail
1102 · Main Acct #2, Period Ending 08/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 07/31/2024 | 83623 | Shoes For Crews, Inc. | X | -53.12 | -72,808.87 |
| Bill Pmt -Check | 08/01/2024 | 83632 | City of Millen | X | -4,204.27 | -77,013.14 |
| Bill Pmt -Check | 08/01/2024 | 83625 | Kitchens Detailing &... | X | -3,000.00 | -80,013.14 |
| Bill Pmt -Check | 08/01/2024 | 83564 | Bay View Ventures ... | X | -1,300.00 | -81,313.14 |
| Check | 08/02/2024 | debit | debit | X | -25,627.65 | -106,940.79 |
| Bill Pmt -Check | 08/02/2024 | 83633 | Kay Chemicals | X | -1,115.10 | -108,055.89 |
| Check | 08/02/2024 | debit | debit | X | -37.82 | -108,093.71 |
| Check | 08/05/2024 | debit | debit | X | -15,987.93 | -124,081.64 |
| Bill Pmt -Check | 08/05/2024 | 83634 | Goldmech | X | -4,915.15 | -128,996.79 |
| Bill Pmt -Check | 08/05/2024 | 83635 | Kitchens Detailing &... | X | -4,565.00 | -133,561.79 |
| Bill Pmt -Check | 08/05/2024 | 83636 | Cash | X | -100.00 | -133,661.79 |
| Check | 08/06/2024 | | debit | X | -33,309.44 | -166,971.23 |
| Check | 08/06/2024 | | debit | X | -10,526.05 | -177,497.28 |
| Bill Pmt -Check | 08/06/2024 | 83649 | City of Aiken | X | -723.19 | -178,220.47 |
| Bill Pmt -Check | 08/06/2024 | 83646 | Stratacache | X | -692.00 | -178,912.47 |
| Bill Pmt -Check | 08/06/2024 | 83638 | Beonca Patterson | X | -642.93 | -179,555.40 |
| Bill Pmt -Check | 08/06/2024 | 83643 | NCR Corp | X | -505.29 | -180,060.69 |
| Bill Pmt -Check | 08/06/2024 | 83637 | Airgas National Wel... | X | -464.33 | -180,525.02 |
| Bill Pmt -Check | 08/06/2024 | 83641 | Ecolab Inc | X | -406.75 | -180,931.77 |
| Bill Pmt -Check | 08/06/2024 | 83639 | City of Louisville | X | -316.32 | -181,248.09 |
| Bill Pmt -Check | 08/06/2024 | 83647 | Terminix Service Inc. | X | -310.00 | -181,558.09 |
| Bill Pmt -Check | 08/06/2024 | 83640 | City of Thomson | X | -257.32 | -181,815.41 |
| Bill Pmt -Check | 08/06/2024 | 83648 | State Farm Insuranc... | X | -208.41 | -182,023.82 |
| Check | 08/06/2024 | DEBIT | VERIFONE ACH | X | -195.00 | -182,218.82 |
| Bill Pmt -Check | 08/06/2024 | 83645 | Shoes For Crews, Inc. | X | -118.14 | -182,336.96 |
| Bill Pmt -Check | 08/06/2024 | 83644 | North Charleston Se... | X | -50.00 | -182,386.96 |
| Bill Pmt -Check | 08/06/2024 | 83642 | FedEx | X | -47.73 | -182,434.69 |
| Bill Pmt -Check | 08/07/2024 | 83654 | Rhoden C.P.A. Firm | X | -9,325.00 | -191,759.69 |
| Bill Pmt -Check | 08/07/2024 | 83653 | Carl Townsend/ Carl... | X | -1,560.00 | -193,319.69 |
| Bill Pmt -Check | 08/07/2024 | 83651 | Paychex of New York | X | -1,095.00 | -194,414.69 |
| Bill Pmt -Check | 08/07/2024 | 83650 | Paychex of New York | X | -1,095.00 | -195,509.69 |
| Bill Pmt -Check | 08/07/2024 | 83652 | Steritech | X | -620.00 | -196,129.69 |
| Bill Pmt -Check | 08/08/2024 | 83659 | Charleston County | X | -4,498.04 | -200,627.73 |
| Bill Pmt -Check | 08/08/2024 | 83661 | City of Goose Creek | X | -2,905.48 | -203,533.21 |
| Bill Pmt -Check | 08/08/2024 | 83660 | City of Aiken | X | -949.17 | -204,482.38 |
| Bill Pmt -Check | 08/08/2024 | 83657 | Stratacache | X | -702.00 | -205,184.38 |
| Bill Pmt -Check | 08/08/2024 | 83656 | Stratacache | X | -702.00 | -205,886.38 |
| Bill Pmt -Check | 08/08/2024 | 83658 | Stratacache | X | -351.00 | -206,237.38 |
| Bill Pmt -Check | 08/08/2024 | 83655 | Columbia County W... | X | -314.69 | -206,552.07 |
| Bill Pmt -Check | 08/09/2024 | | SC Department of R... | X | -12,813.17 | -219,365.24 |
| Bill Pmt -Check | 08/09/2024 | | SC Department of R... | X | -11,041.93 | -230,407.17 |
| Bill Pmt -Check | 08/09/2024 | | SC Department of R... | X | -9,902.14 | -240,309.31 |
| Bill Pmt -Check | 08/09/2024 | | SC Department of R... | X | -7,441.49 | -247,750.80 |
| Bill Pmt -Check | 08/09/2024 | | SC Department of R... | X | -6,840.11 | -254,590.91 |
| Check | 08/09/2024 | 83666 | Alex Rinna | X | -1,500.00 | -256,090.91 |
| Check | 08/09/2024 | 83665 | Cash | X | -935.38 | -257,026.29 |
| Bill Pmt -Check | 08/11/2024 | 83667 | Comcast | X | -12,049.07 | -269,075.36 |
| Bill Pmt -Check | 08/11/2024 | 83668 | Cash | X | -1,400.00 | -270,475.36 |
| Check | 08/12/2024 | | debit | X | -35,697.80 | -306,173.16 |
| Check | 08/12/2024 | | Town of Summerville | X | -2,886.92 | -309,060.08 |
| Bill Pmt -Check | 08/12/2024 | 83673 | Johnson Controls S... | X | -737.99 | -309,798.07 |
| Bill Pmt -Check | 08/12/2024 | 83672 | Johnson Controls S... | X | -560.10 | -310,358.17 |
| Bill Pmt -Check | 08/12/2024 | 83669 | Johnson Controls S... | X | -380.08 | -310,738.25 |
| Bill Pmt -Check | 08/12/2024 | 83670 | Verizon Wireless | X | -338.88 | -311,077.13 |
| Bill Pmt -Check | 08/12/2024 | 83674 | Cash | X | -250.00 | -311,327.13 |
| Bill Pmt -Check | 08/12/2024 | 83671 | DIRECTV | X | -29.64 | -311,356.77 |
| Bill Pmt -Check | 08/14/2024 | 83676 | Berkeley County Wa... | X | -890.25 | -312,247.02 |
| Bill Pmt -Check | 08/14/2024 | 83677 | SCPW | X | -593.90 | -312,840.92 |
| Check | 08/15/2024 | | debit | X | -4,503.10 | -317,344.02 |
| Bill Pmt -Check | 08/15/2024 | 83678 | Berkeley Electirc Co... | X | -848.00 | -318,192.02 |
| Bill Pmt -Check | 08/15/2024 | 83680 | Johnson Controls S... | X | -483.35 | -318,675.37 |
| Bill Pmt -Check | 08/15/2024 | 83679 | Carolina Georgia So... | X | -281.58 | -318,956.95 |
| Check | 08/16/2024 | | debit | X | -700.00 | -319,656.95 |
| Bill Pmt -Check | 08/19/2024 | 83688 | Columbia County W... | X | -1,049.31 | -320,706.26 |
| Bill Pmt -Check | 08/19/2024 | 83683 | ADT Commercial | X | -843.37 | -321,549.63 |
| Bill Pmt -Check | 08/19/2024 | 83687 | Bank of America | X | -640.85 | -322,190.48 |
| Bill Pmt -Check | 08/19/2024 | 83689 | Johnson Controls S... | X | -273.54 | -322,464.02 |
| Bill Pmt -Check | 08/19/2024 | 83682 | Gas South | X | -159.24 | -322,623.26 |

4:16 PM
09/05/24

# RRG, Inc.
## Reconciliation Detail
### 1102 · Main Acct #2, Period Ending 08/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 08/19/2024 | 83684 | David Archer | X | -145.92 | -322,769.18 |
| Bill Pmt -Check | 08/23/2024 | 83690 | Cash | X | -100.00 | -322,869.18 |
| Check | 08/26/2024 | | debit | X | -28,295.33 | -351,164.51 |
| Bill Pmt -Check | 08/26/2024 | 83691 | 511 Sponsorship Ge... | X | -1,050.00 | -352,214.51 |
| Bill Pmt -Check | 08/30/2024 | | American Express | X | -1,000.00 | -353,214.51 |
| **Total Checks and Payments** | | | | | **-353,214.51** | **-353,214.51** |
| **Deposits and Credits - 23 items** | | | | | | |
| Bill Pmt -Check | 07/29/2024 | 83591 | Williams Sewer & Dr... | X | 0.00 | 0.00 |
| Deposit | 07/31/2024 | | Deposit | X | 2,266.00 | 2,266.00 |
| Deposit | 07/31/2024 | | Deposit | X | 3,486.12 | 5,752.12 |
| Deposit | 07/31/2024 | | Deposit | X | 5,247.72 | 10,999.84 |
| Deposit | 07/31/2024 | | Deposit | X | 25,932.59 | 36,932.43 |
| Transfer | 08/06/2024 | | | X | 2,500.00 | 39,432.43 |
| Transfer | 08/06/2024 | | | X | 4,000.00 | 43,432.43 |
| Transfer | 08/06/2024 | | | X | 10,000.00 | 53,432.43 |
| Deposit | 08/06/2024 | | Deposit | X | 33,309.44 | 86,741.87 |
| Deposit | 08/07/2024 | | Deposit | X | 745.28 | 87,487.15 |
| Deposit | 08/12/2024 | | Deposit | X | 35,697.80 | 123,184.95 |
| Transfer | 08/13/2024 | | | X | 1,000.00 | 124,184.95 |
| Transfer | 08/14/2024 | | | X | 1,000.00 | 125,184.95 |
| Transfer | 08/14/2024 | | | X | 1,000.00 | 126,184.95 |
| Bill Pmt -Check | 08/19/2024 | 83686 | Johnson Controls S... | X | 0.00 | 126,184.95 |
| Transfer | 08/21/2024 | | | X | 500.00 | 126,684.95 |
| Transfer | 08/21/2024 | | | X | 1,500.00 | 128,184.95 |
| Deposit | 08/26/2024 | | Deposit | X | 15,222.56 | 143,407.51 |
| Deposit | 08/26/2024 | | Deposit | X | 15,518.45 | 158,925.96 |
| Deposit | 08/26/2024 | | Deposit | X | 28,295.33 | 187,221.29 |
| Deposit | 08/29/2024 | | Deposit | X | 974.00 | 188,195.29 |
| Deposit | 08/30/2024 | deposit | Deposit | X | 6,425.45 | 194,620.74 |
| Deposit | 08/30/2024 | | Deposit | X | 22,273.73 | 216,894.47 |
| **Total Deposits and Credits** | | | | | **216,894.47** | **216,894.47** |
| **Total Cleared Transactions** | | | | | **-136,320.04** | **-136,320.04** |
| **Cleared Balance** | | | | | **-136,320.04** | **75,202.44** |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 16 items** | | | | | | |
| Bill Pmt -Check | 07/29/2024 | 83603 | Johnson Controls S... | | -591.04 | -591.04 |
| Bill Pmt -Check | 08/14/2024 | 83675 | Teresa Zielaznicki | | -100.00 | -691.04 |
| Bill Pmt -Check | 08/19/2024 | 83681 | Johnson Controls S... | | -984.16 | -1,675.20 |
| Bill Pmt -Check | 08/19/2024 | 83685 | Johnson Controls S... | | -605.47 | -2,280.67 |
| Bill Pmt -Check | 08/26/2024 | 83692 | Viking Cloud Inc | | -2,870.34 | -5,151.01 |
| Bill Pmt -Check | 08/27/2024 | 83693 | Nuco2 Inc | | -1,815.26 | -6,966.27 |
| Bill Pmt -Check | 08/27/2024 | 83695 | CSE, Inc. | | -1,106.13 | -8,072.40 |
| Bill Pmt -Check | 08/27/2024 | 83694 | Nuco2 Inc | | -312.17 | -8,384.57 |
| Bill Pmt -Check | 08/28/2024 | 83696 | Comcast | | -9,289.55 | -17,674.12 |
| Bill Pmt -Check | 08/29/2024 | 83698 | Kay Chemicals | | -1,665.98 | -19,340.10 |
| Bill Pmt -Check | 08/30/2024 | 83701 | City of Aiken | | -940.94 | -20,281.04 |
| Bill Pmt -Check | 08/30/2024 | 83702 | RepublicServices | | -841.16 | -21,122.20 |
| Bill Pmt -Check | 08/30/2024 | 83699 | Cennox Commercial... | | -587.10 | -21,709.30 |
| Bill Pmt -Check | 08/30/2024 | 83700 | City of Goosecreek | | -241.32 | -21,950.62 |
| Bill Pmt -Check | 08/30/2024 | 83703 | RepublicServices | | -115.96 | -22,066.58 |
| Check | 08/31/2024 | | debit | | -22,273.03 | -44,339.61 |
| **Total Checks and Payments** | | | | | **-44,339.61** | **-44,339.61** |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 07/21/2024 | | | | 220.58 | 220.58 |
| Deposit | 08/30/2024 | | Deposit | | 1,337.00 | 1,557.58 |
| **Total Deposits and Credits** | | | | | **1,557.58** | **1,557.58** |
| **Total Uncleared Transactions** | | | | | **-42,782.03** | **-42,782.03** |
| **Register Balance as of 08/31/2024** | | | | | **-179,102.07** | **32,420.41** |

Page 3

4:16 PM
09/05/24

## RRG, Inc.
## Reconciliation Detail
1102 · Main Acct #2, Period Ending 08/31/2024

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **New Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Bill Pmt -Check | 09/01/2024 | 83697 | Watts Real Estate P... | | -1,300.00 | -1,300.00 |
| Bill Pmt -Check | 09/04/2024 | 83706 | Johnson Controls S... | | -1,283.81 | -2,583.81 |
| Bill Pmt -Check | 09/04/2024 | 83705 | Johnson Controls S... | | -293.87 | -2,877.68 |
| Bill Pmt -Check | 09/04/2024 | 83707 | Forsyth County Tax ... | | -136.93 | -3,014.61 |
| Total Checks and Payments | | | | | -3,014.61 | -3,014.61 |
| **Deposits and Credits - 3 items** | | | | | | |
| Transfer | 09/04/2024 | | | | 800.00 | 800.00 |
| Transfer | 09/04/2024 | | | | 900.00 | 1,700.00 |
| Transfer | 09/04/2024 | | | | 2,500.00 | 4,200.00 |
| Total Deposits and Credits | | | | | 4,200.00 | 4,200.00 |
| Total New Transactions | | | | | 1,185.39 | 1,185.39 |
| **Ending Balance** | | | | | -177,916.68 | 33,605.80 |

Page 4