# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**RRG, Inc.,**
   Debtor

Case No.:  24-10075-SDB

Judge:  Susan D. Barrett

Chapter:  11

## ORDER AND NOTICE OF DEADLINE FOR OBJECTIONS

Application for Allowance of Administrative Expense Claim (Docket Number 502) has been filed by Carolina-Georgia Sound, Inc. ("Movant") on September 19, 2024.  Movant requests allowance and payment of administrative expense claim in the amount of $17,850.54 for reimbursement of administrative expenses and costs, pursuant to 11 U.S.C §503(b)(1).  Movant requests that the administrative expense be afforded priority treatment set forth in section 503(b)(1) and Debtor be authorized to make prompt payment.

------------------

IT IS HEREBY ORDERED that Objections to the Application shall be filed with the Court on or before November 13, 2024, with a copy to Movant's attorney: Nathan E. Huff, 1223 George C. Wilson Drive, Augusta, GA 30909, and a copy to Debtor's attorney: Bowen Klosinski, Klosinski Overstreet, LLP, 1229 Augusta West Parkway, Augusta, GA 30909.

**Failure to file a written objection on or before the deadline indicated above may result in the entry of an order approving the Motion as filed.  Any such objections must be stated with specificity.**



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **October 18, 2024**