# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**RRG, Inc.,**<br>    Debtor. | Case No.: 24–10075–SDB<br>Judge: Susan D. Barrett<br>Chapter: 11 |

## ORDER REQUIRING SERVICE BY MOVANT

**IT IS ORDERED THAT:**

1) MOVANT Carolina–Georgia Sound, Inc. shall serve by mail, on or before October 23, 2024, a copy of Motion for Payment of Administrative Expense of Carolina–Georgia Sound, Inc. (Docket Number 502) and Order and Notice of Deadline for Objections (Docket Number 536) to all parties required by the Bankruptcy Code and Rules.

2) MOVANT Carolina–Georgia Sound, Inc. shall complete and file with the Court a Certificate of Service immediately upon serving the required document(s).



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **October 18, 2024**

*B–07 [Rev. 01 /23]* **AKG**