UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: )
)
RRG, INC., ) Chapter 11 No. 24-10075-SDB
    Debtor, )
)
_____)

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has served all the parties listed in Exhibit "A", attached hereto, with proper postage affixed thereto, Docket Nos. 536 and 502, through the U.S. Mail.

This 23rd day of October, 2024.

                                                   /s/ Nathan E. Huff
                                                 Nathan E. Huff
                                                 Attorney for Carolina-Georgia Sound, Inc.
                                                 Ga. Bar No. 773611
                                                 nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys and Trustees of record.

This 23rd day of October, 2024.

/s/ Nathan E. Huff
Nathan E. Huff
