| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-1<br>Case 24-10075-SDB<br>Southern District of Georgia<br>Augusta<br>Sun Oct 20 16:36:27 EDT 2024 | 1ST Choice Quality Heating and Air<br>106 N Boundary St<br>Manning SC 29102-3204 | 511 Sponsorship Georgia, LLC<br>420 S Hill St<br>Buford, GA 30518-3220 |
| (p)7351 WEST CENTRAL LLC<br>ATTN C/O KHOA PHUNG<br>899 RUSSELL LANE<br>MILPITAS CA 95035-3319 | Aiken County Tax Collector<br>PO Box 873<br>Aiken, SC 29802-0873 | Aiken County Treasurer<br>P.O. Box 919<br>Aiken, SC 29802-0919 |
| Airgas National Welders Inc<br>1221 New Savannah Road<br>Augusta, GA 30901-3841 | Allegra<br>320A Old Trolley Rd<br>Summerville, SC 29485-4949 | American Express<br>P. O. Box 60189<br>City of Industry CA 91716-0189 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Ascentium Capital Leasing<br>23970 US 59<br>Kingwood Area Texas 77339-1535 | Ascentium Capital a Division of Regions Bank<br>23970 HWY 59 N<br>Kingwood, TX 77339-1535 |
| Atlanta Computer Sol Inc<br>6735 Fox Creek Dr<br>Cumming, GA 30040-6659 | Augusta (Southpointe) WMA, LLC<br>8816 Six Forks Rd Suite 201<br>Raleigh, NC 27615-2983 | Augusta (Southpointe) WMA, LLC<br>c/o Barclay Damon LLP<br>Attn: Kevin M. Newman, Esq.<br>125 East Jefferson Street<br>Syracuse, NY 13202-2515 |
| Automatic Fire Systems of Augusta<br>3326 Mike Padgett Hwy<br>Augusta Ga 30906-3741 | B&C of Ohio<br>3062 Damascus Rd<br>Augusta, GA 30909-4068 | Belvina Investment Group, LLC<br>1906 S. Main Street<br>Santa Ana, CA 92707-2828 |
| Berkeley County Tax Collector<br>1003 Highway 52<br>1003 Highway 52<br>Moncks Corner, SC 29461-3007 | Berkeley County Treasurer<br>1003 Highway 52<br>Moncks Corner, SC 29461-3007 | Berkeley County Treasurer<br>PO Box 3122<br>Moncks Corver, SC 29461 |
| Berkeley Electric Cooperative<br>1732 US-52 W<br>Moncks Corner, SC 29461-5010 | Berkeley Electric Cooperative Inc<br>P.O. Box 340<br>Awendaw SC 29429-0340 | (c)BERKELEY LOCKSMITH INC<br>128 TALL PINES CT<br>LADSON SC  29456-3105 |
| Berlin's Restaurant Supply Inc.<br>5051 Rivers Ave.<br>North Charleston, SC 29406-6303 | Bradford J. Sandler<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, Delaware 19801-3034 | Kyle A. Brannon<br>Maynard Nexsen PC<br>1230 Main Street<br>Suite 700<br>Columbia, SC 29201-6220 |
| Burke County Health Department<br>P.O. Box 238<br>Waynesboro, GA. 30830-0238 | Burke County Tax Commissioner<br>P. O. Box 671<br>Waynesboro, GA 30830-0671 | CSE, Inc.<br>3182 Momentum Place<br>Chicago, IL 60689-0001 |

"A"

| | | |
|---|---|---|
| Capital Signs and Awnings<br>PO Box 208804<br>Dallas, TX 75320-8804 | Carl Townsend/Carl's Landscaping<br>300 Judy Drive Creek<br>Goose Creek, SC 29445-3624 | Carolina Air Care Heating & Air LLC<br>885 E Butternut Road<br>Summerville, SC 29483-8434 |
| Carolina Air Care, Inc<br>885 E Butternut Rd<br>Summerville, SC 29483-8434 | Carolina Georgia Sound Inc<br>P.O. Box 14759<br>Augusta, GA 30919-0759 | Carolina Hot Wash<br>P.O. Box 81001<br>Charleston, SC 29416-1001 |
| Carolina Sound Com Inc<br>P.O. Box 890711<br>Charlotte, NC. 28289-0711 | Tiffany E. Caron<br>P.O. Box 711<br>West Palm Beach, FL 33402-0711 | Cennox Commercial Services, LLC<br>P.O. Box 779108<br>Chicago, IL 60677-9108 |
| Charleston County Revenue Collections Dep<br>P.O. Box 603533<br>Charlotte, NC 28260-3533 | Charleston County Treasurer<br>P.O. Box 603517<br>Charlotte, NC 28260-3517 | Charleston Electric<br>1524 Shandon Street<br>Charleston, SC 29412-4034 |
| Charleston Electric LLC<br>412 E 5th North Street<br>Summerville, SC 29483-6881 | (p)CHARLESTON WATER SYSTEM<br>PO BOX B<br>CHARLESTON SC 29402-0017 | City of Aiken<br>P.O. Box 2458<br>Aiken, SC 29802-2458 |
| City of Millen<br>P. O. Box 929<br>Millen, GA 30442-0929 | City of Waynesboro<br>615 N Liberty ST<br>Waynesboro, GA 30830-1499 | Mark A. Cleary<br>1223 George C. Wilson Dr<br>Augusta, GA 30909-4502 |
| Coastal Waste & Recycling of Georgia LLC<br>P.O. Box 25756<br>Miami, FL 33102-5756 | Coca-Cola<br>P. O. Box 101086<br>Atlanta, GA 30392-1086 | Colleton County Treasurer<br>P.O. Box 8<br>Walterboro, SC 29488-0001 |
| Timothy Jerome Colletti<br>Baker, Donelson, Bearman, Caldwell & Ber<br>3414 Peachtree Road NE, Suite 1500<br>Atlanta, GA 30326-1114 | Columbia Co. Tax Commissioner<br>P.O. Box 3030<br>Evans, Georgia 30809-0077 | Columbia Meats<br>PO Box 9201<br>Greenville, SC 29604-9201 |
| Comcast<br>P. O. Box 105184<br>Atlanta, GA 30348-5184 | Csra Hood Exhaust LLC<br>1861 Lodgepole Ave<br>North Augusta SC 29841-2128 | D&D Commercial<br>777 Four Points Road West<br>Keysville, GA 30816-4556 |
| D&D Commercial Service<br>Oliver Disher<br>777 Four Points Road West<br>Keysville, GA 30816-4556 | Davis A. Dunaway<br>801 Broad Street, 7th Floor<br>Augusta, GA 30901-1231 | Diversified Properties, Inc.<br>3112 Washington Road<br>Unit L<br>Augusta, GA 30907-0822 |

(p)DOMINION ENERGY
ATTN BANKRUPTCY
220 OPERATION WAY OSC 1A
CAYCE SC 29033-3701

Dorchester County Treasurer
500 N. Main Street
Summerville, SC 29483-6439

Taylor Lloyd Dove
Hunter Maclean Exley & Dunn, P.C.
P.O. Box 9848
Savannah, GA 31412-0048

Dr. Benjamin Weinberger
5213 High Vista Drive
Orefield, PA 18069-9117

Davis A. Dunaway
Hull Barrett, PC
801 Broad Street
7th Floor
Augusta, GA 30901-1231

Reid E. Dyer
Moore & VanAllen
78 Wenworth St.
Charleston, SC 29401-1428

EHN Trustee No.2, LLC
P.O. Box 1406
Anderson, SC 29622-1406

Ecolab Inc
1 Ecolab Place
St. Paul, Minnesota 55102-2739

Equifax Workforce Solutions, LLC
4076 Paysphere Circle
Chicago, IL 60674-0001

Eureka Investment Properties, LLC
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308-2343

Eureka Investment Properties, LLC
600 Peachtree Street
Ste 4700
Atlanta, GA 30308-2343

Eureka Investment Properties, LLC
c/o Olivia Mooney
Suite 4700
Atlanta, Georgia 30308

Evening Post Publishing Newspaper Group
148 Williman Street
Charleston, SC 29403-3126

Everette H. Newman Trustee #2
C/O Greene & Co.
PO Box 1406
Anderson, SC 29622-1406

Fain Septic Tank Inc
P.O. Box 3437
Summerville, SC 29484-3437

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Garrett & Garrett
P.O. Box 36
Fountain Inn, SC 29644-0036

Garrett Garrett
PO BOX 36
Fountain Inn, SC 29644-0036

Gas South
P O Box 530552
Atlanta, GA 30353-0552

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Department of Revenue
610 Ronald Reagan Drive
Evans, GA 30809-7603

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Georgia Power Company
c/o Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street, NW
Suite 2200
Atlanta, GA 30303-1292

Georgia Sound Communications
P.O. Box 890333
Charlotte, NC 28289-0333

Kristine Glenn
Rhoden CPA Firm
808 Greene Street
Augusta, GA 30901-0217

Brian S. Goldberg
Freeman Mathis & Gary LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Hanmi Bank, assignee of Ascentium Capital
c/o Freeman Mathis & Gary, LLP ATTN Bria
100 Galleria Pkwy, Suite 1600
Atlanta, Georgia 30339-5948

Hansen's Wildlife Removal
1132 Shoreham Rd
Charleston SC 29412-9364

Jennifer Hobbs
Rhoden CPA Firm
808 Greene Street
Augusta, GA 30901-0217

Nathan Edward Huff
Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, GA 30909-4502

| | | |
|---|---|---|
| Huggins Waste Services<br>71 Horsetrail Rd<br>Pembroke, GA 31321-5266 | J.A.C. Services, Inc.<br>107 Elk's Lodge Lane<br>Summerville, SC 29483-3852 | JAM SC Investments<br>c/o MARK L. WILHELMI<br>3527 Wheeler Road<br>Suite 401<br>Augusta, GA 30909-6718 |
| JAM-SC Investments, LLC & PLM-SC Investments<br>804 Green Valley Road<br>Suite 202<br>Greensboro, NC 27408-7044 | James Testi<br>4441 Shadowmoor Drive<br>Martinez, GA 30907-4508 | Jane<br>6640 Shade Tree Way<br>Cumming, GA 30040-8703 |
| Jefferson County Tax Commissioner<br>P. O. Box 426<br>Louisville, GA 30434-0426 | Jenkins County Tax Commissioner<br>611 E Winthrope Avenue<br>Millen, GA 30442-1833 | Jenkins County Tax Commissioner<br>P. O. Box 646<br>Millen, GA 30442-0646 |
| John W. Mills<br>Mills Business Law, LLC<br>1336 Harvard Road NE<br>Atlanta, Georgia 30306-2413 | Johnson Controls Security Solutions<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967 | Leon S. Jones<br>Jones & Walden, LLC<br>699 Piedmont Avenue, NE<br>Atlanta, GA 30308-1400 |
| Julia K. Rodgers<br>817 Dancy Avenue<br>Savannah, GA 31419-3007 | Julia Rodgers<br>817 Dancy Avenue<br>Savannah, GA 31419-3007 | Julio E. Mendoza, Jr.<br>Maynard Nexsen PC<br>P. O. Box 2426<br>Columbia, SC 29202-2426 |
| Julio Mendoza, Jr.<br>1230 Main Street, Suite 700<br>Columbia, SC 29201-6220 | K. Warren Fulghum<br>Aiken County Tax Collector<br>PO Box 873<br>Aiken, SC 29802-0873 | Kay Chemicals<br>PO Box 32027<br>New York, NY 10087-2027 |
| Bowen Anderson Klosinski<br>Klosinski Overstreet<br>1229 Augusta West Parkway<br>Augusta, GA 30909-1807 | Scott J. Klosinski<br>Klosinki Overstreet, LLP<br>1229 Augusta West Parkway<br>Augusta, GA 30909-1807 | Scott J. Klosinski<br>Klosinski Overstreet<br>1229 Augusta West Parkway<br>Augusta, GA 30909-1807 |
| Kyle A. Brannon<br>Maynard Nexsen PC<br>P. O. Box 2426<br>Columbia, SC 29202-2426 | George R. Lane<br>South Auction, LLC<br>338 East Main Street<br>Swainsboro, GA 30401-4081 | Zane P. Leiden<br>Leiden & Leiden<br>330 Telfair Street<br>Augusta, GA 30901-2450 |
| Jon A. Levis<br>Levis Law Firm, LLC<br>P O Box 129<br>Swainsboro, GA 30401-0129 | Loomis<br>P.O. Box 120757<br>Dallas, TX 75312-0757 | Louisville Pop, LLC<br>876 Sackells Ford Road<br>Warminster, PA 18974-1330 |
| Louisville Pop, LLC<br>876 Sackettsford Rd<br>Ivyland, PA 18974-1330 | M.K. Daniels Electric<br>3320 Westcliffe Ct<br>Augusta, GA 30907-3623 | Francesca Macchiaverna<br>Hunter Maclean Exley & Dunn P.C.<br>200 E. Saint Julian Place<br>P O Box 9848<br>Savannah, GA 31412-0048 |

| | | |
|---|---|---|
| Mark Rinna<br>6640 Shade Tree Way<br>Cumming, GA 30040-8703 | Mary M. Caskey, Esq.<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889<br>Columbia, SC 29211-1889 | Master Lawn, LLC<br>4873 Old Belair Ln<br>Grovetown, GA 30813-4529 |
| McDuffie Co. Tax Comm.<br>P. O. Box 955<br>Thomson, GA 30824-0955 | Julio E. Mendoza Jr.<br>Maynard Nexsen PC<br>1230 Main Street<br>Suite 700<br>Columbia, SC 29201-6220 | Julio E. Mendoza Jr.<br>Maynard Nexsen PC<br>1230 Main Street, Suite 700<br>P. O. Drawer 2426<br>Columbia, SC 29202-2426 |
| Merchants Food Service<br>PO Box 1351<br>Hattiesburg, MS 39403-1351 | Miller Signs Inc<br>2302 Air Park Rd.<br>N. Charleston, SC 29406-6159 | John Wesley Mills III<br>Mills Business Law<br>1336 Harvard Road, NE<br>Atlanta, GA 30306-2413 |
| Olivia Ryan Mooney<br>Lewis Brisbois Bisgaard & Smith LLP<br>600 Peachtree Street<br>Ste 4700<br>Ste 1950<br>Atlanta, GA 30308-2223 | Glenn D. Moses<br>Venable LLP<br>801 Brickell Avenue, Suite 1500<br>Miami, FL 33131-4901 | N.V.A., Inc<br>Davis A. Dunaway<br>801 Broad Street, 7th Floor<br>Augusta, GA 30901-1231 |
| NCR Corp<br>14181 Collections Centre Drive<br>Chicago, IL 60693-0001 | North To South Plumbing Services<br>1562 Sweet Myrtle Circle<br>Mt Pleasant SC 29466-8093 | Nuco2 Inc<br>P. O. Box 417902<br>Boston, MA 02241-7902 |
| Office of the U. S. Trustee<br>33 Bull Street, Suite 400<br>Savannah, GA 31401-3331 | Olivia Ryan Mooney<br>600 Peachtree Street<br>Ste 4700<br>Atlanta, GA 30308-2343 | (p)THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392-0001 |
| Pacific Premier Bank<br>c/o Kevin Stine, Baker Donelson<br>1500 Monarch Tower, Suite 1500<br>3414 Peachtree Road, NE<br>Atlanta, GA 30326-1153 | Pacific Premier Bank<br>17901 Von Karman Ave., Ste. 1200<br>Irvine, CA 92614-5248 | Pacific Premier Franchise Capital<br>17901 VON Karman Ave Suite 1200<br>Irvine, CA 92614-5248 |
| Parkway Assoc. LLC C/O Robert Pratt<br>9209 University Blvd.<br>Charleston, SC 29406-9122 | Parkway Associates of Summerville, LLC<br>c/o Mary M. Caskey, Esq.<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889<br>Columbia, SC 29211-1889 | Parkway Associates, LLC<br>9209 University Blvd.<br>North Charleston, SC 29406-9122 |
| Parkway Plaza of Summerville Property Owners<br>9209 University Blvd<br>N. Charleston, SC 29406-9122 | Performance Food Group<br>PO Box 1351<br>Hattiesburg, MS 39403-1351 | Polar Refrig<br>1733 Harrogate Dr<br>Augusta, Ga 30906-9122 |
| Popeyes Louisiana Kitchen, Inc.<br>c/o Glenn D. Moses, ESQ.<br>Venable LLP<br>100 SE 2ND Street<br>Suite 4400<br>Miami, FL 33131-2118 | Pye-Barker<br>P.O. Box 735358<br>Dallas, TX 75373-5358 | RBI, Inc.<br>5707 Blue Lagoon Drive<br>Miami, FL 33126-2015 |

RRG, Inc.
6640 Shade Tree Way
Cumming, GA 30040-8703

Refrigeration Gaskets
121 Cuthbert Dr
Goose Creek SC 29445-3319

RepublicServices
P.O.Box 9001099
Louisville, KY 40290-1099


Richard Rhoden
Rhoden CPA Firm
808 Greene Street
Augusta, GA 30901-0217

Richmond County Tax Commissioner
535 Telfair Street, Suite 100
Augusta, GA 30901-2372

Rivercrest Realty Associates, LLC
c/o Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308-1414


Robert Charles Isenberg
2855 Mulholland Hwy
Malibu, CA 90265

RotoRooter
136 Tanner Road
Greenville, SC 29607-5917

William A. Rountree
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd
Suite 350
Suite 100
Atlanta, GA 30329-1687


SCPW
215 N Cedar Street
Summerville, SC 29483-6403

See-Thru
721 Jackie Hart Rd.
Statesboro, Ga. 30461-7001

Shoes For Crews, Inc.
P.O. Box 734176
Chicago, IL. 60673-4176


Space Providers of Asheville, LLC
Post Office Box 8374
Asheville, NC 28814-8374

Space Providers of Asheville, LLC
c/o Levis Law Firm, LLC
Post Office Box 129
Swainsboro, GA 30401-0129

Space Providers, LLC
PO Box 8374
Asheville, NC 28814-8374


Sparrow Enterprises
306 Legendres Dr
Goose Creek SC 29445-7368

Shawna Y. Staton
Georgia Department of Law
40 Capitol Sq. SW
Atlanta, GA 30334-1300

Steritech
PO Box 14095
Reading, PA 19612


Kevin A. Stine
Baker Donelson
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-1114

Stratacache
40 N. Main St. Suite 2600
Dayton, OHIO 45423-1008

Teresa Zielaznicki
P.O. Box 50312
Summerville, SC 29485-0312


The Drain Surgeon
664 South Old Belair Rd Suite B
Grovetown. GA 30813-5518

The McDuffie Progress
P. O. Box 1090
Thomson, GA 30824-1090

Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303-1292


John A. Thomson Jr.
Adams and Reese LLP
3424 Peachtree Road, NE
Suite 1600
Atlanta, GA 30326-1139

Thomson Plaza Shopping Center, LLC
651 Main Street
Thomson, GA 30824-7456

Thomson Plaza Shopping Center, LLC
P.O. Box 36
Fountain Inn, SC 29644-0036


UHS Premium Billing
P.O. Box 94017
Palatine, IL. 60094-4017

United States Liability Insurance Co
PO Box 62778
Baltimore, MD 21264-2778

Van Ness Holdings Grovetown, LLC
5217 Atherton Bridge Road
Raleigh, NC 27613-5383

VanNess Holdings Grovetown LLC
5217 Atherton Bridge Rd
Raleigh, NC 27613-5383

VanNess Holdings Grovetown, LLC
c/o Vicki Parrott, Counsel for Creditor
1414 Raleigh Rd, Ste 435
Chapel Hill, NC 27517-8834

Vicki L. Parrott
Northen Blue, LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517-8834

Viking Cloud Inc
Dept CH17101
Palantine IL 60055-7101

WTHO-FM, WTWA
788 Cedar Rock Rd NW
Thomson, GA 30824-7642

WYBO 929FM
2 Milledge Rd
Augusta GA 30904-3063

Thomas R. Walker
Pierson Ferdinand LLLP
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303-1292

Wasserstrom Inc
P.O. Box 933469
Cleveland, OH 44193-0040

Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648

Wells Fargo Vendor Financial Services
1010 Thomas Edison Boulevard, SW
Cedar Rapids, IA 52404-8247

Wells Fargo Vendor Financial Services, LLC
800 Walnut Street MAC F0005-055
Des Moines, IA 50309-3891

Whaley Food Service
P.O. Box 615
Lexington, SC 29071-0615

David B Wheeler
Moore & VanAllen
78 Wentworth St
Charleston, SC 29401-1428

Mark L. Wilhelmi
Mark L. Wilhelmi, PC
Cadence Bank Building
3527 Wheeler Rd. Suite 401
Augusta, GA 30909-6718

William Means
1184 Downing Court
Lincolnton, NC 28092-7434

William Means
c/o MARK L. WILHELMI
3527 Wheeler Road
Suite 401
Augusta, GA 30909

Williams Sewer & Drain
887 Stagecoach Rd NE
Thomson, GA 30824-6612

Christopher Knox Withers
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031

Wrightsboro Augusta Development, L.L.C
1030 Philip St.
New Orleans 70130-5552

Wrightsboro Augusta Development, L.L.C.
1030 Philip St.
New Orleans, LA 70130-5552

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

7351 West Central, LLC
899 Russell Lane
Milpitas, CA 95035

Charleston Water System
P.O. Box 568
Charleston, SC 29402-0568

Dominion Energy
220 Operation Way
MC-OSC1A
Cayce, SC 29033

(d)Dominion Energy South Carolina, Inc.
Attn: Agent or Officer
220 Operation Way, MC C222
Cayce, SC 29033

(d)Dominion Energy South Carolina, Inc.
220 Operation Way
MC-OSC1A
Cayce, SC 29033

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

(d)Georgia Department of Revenue
Bankruptcy Section
1800 Century Blvd., NE Suite 9100
Atlanta, GA 30345-3209

(d)Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd NE
Ste 9100
Atlanta, GA 30345

PLIC - SBD GRAND ISLAND
P.O. Box 77202
Minneapolis, MN 55480-720

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Berkeley Locksmith Inc
128 Tall Pines Rd.
Ladson, S.C. 29456

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)7351 West Central LLC

(d)Aiken County Tax Collector
PO Box 873
Aiken, SC 29802-0873

(u)Belvina Investment Group, LLC

(d)Kyle A. Brannon
Maynard Nexsen PC
1230 Main Street
Suite 700
Columbia, SC 29201-6220

(u)Carolina-Georgia Sound, Inc.

(d)Tiffany E. Caron
P.O. Box 711
West Palm Beach, FL 33402-0711

(u)Cintas

(u)Columbia Meats, Inc.

(d)Georgia Power Company
c/o Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303-1292

(u)Hanmi Bank, assignee of Ascentium Capital

(d)JAM-SC Investments, LLC
c/o MARK L. WILHELMI
3527 Wheeler Road
Suite 401
Augusta, GA 30909-6718

(d)Julia K. Rodgers
817 Dancy Avenue
Savannah, GA 31419-3007

(u)Merchants

(u)Popeyes Louisiana Kitchen, Inc.

(d)Popeyes Louisiana Kitchen, Inc.
c/o Glenn D. Moses, Esq., Venable LLP
100 SE 2nd Street, Suite 4400
Miami, FL 33131-2118

(u)Jane Rinna

(u)Mark Rinna

(u)Julia Rodgers

| | | |
|---|---|---|
| (u)SBH Foods PLK, LLC | (d)Thomas R. Walker<br>Pierson Ferdinand LLP<br>260 Peachtree Street, NW, Suite 2200<br>Atlanta, GA 30303-1292 | (u)VanNess Holdings Grovetown, LLC |
| (u)William Paul Means, Jr. | (u)ZSC Enterprises, LLC | End of Label Matrix<br>Mailable recipients 199<br>Bypassed recipients 23<br>Total 222 |