UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
Augusta Division

| | | | |
|---|---|---|---|
| In the matter of: | | Case No. | 24-10075-SDB |
| **RRG, INC.,** | | Judge | **Susan D. Barrett** |
| Debtor. | | Chapter | 11 |

### Order and Notice Under Subchapter V of Chapter 11 Fixing Dates for: Filing Election Under §1111(b); Filing Acceptance or Rejections of Plan; Filing Objections to Confirmation of Plan; and Hearing on Confirmation of Chapter 11 Plan

A Fourth Amended and Recast of Chapter 11 Plan of Liquidation of RRG, Inc. (the "Plan") under Subchapter V of Chapter 11 of the Bankruptcy Code was filed by Debtor on October 25, 2024 (Dckt. No. 556). Debtor's previous Plans of Liquidation, as the same may have been amended or modified, are deleted in their entirety.

**IT IS ORDERED**, and notice is hereby given, that:

1. Within three (3) days after entry of this order, Debtor shall mail a copy of this order, the Plan, and a Subchapter V Ballot for Acceptance or Rejection of the Plan (attached to this order) to all creditors, equity security holders, and parties in interest, and immediately thereafter, file a certificate of service with the Court indicating that these documents have been timely mailed.

2. November 22, 2024 is fixed as the last day for filing an election of application of §1111(b)(2) by a class of secured creditors in accordance with Federal Rule of Bankruptcy Procedure 3014.

3. December 3, 2024 is fixed as the last day for filing written acceptances or rejections of the Plan by submitting a completed ballot to the Court (attached to this order). A written summary of ballots must be filed by Debtor with the Court and transmitted to the Subchapter V Trustee and U.S. Trustee no later than seven (7) days prior to the confirmation hearing.

4. December 10, 2024 is fixed as the last day for filing and serving written objections to the Plan.

5. The hearing on confirmation of the Plan and any objections thereto will be held on:

*December 17, 2024, at 10:00 AM*
*U.S. Bankruptcy Courthouse*
*600 James Brown Blvd., Augusta, GA, 30901*

Debtor and its attorney shall appear. In the event they fail to appear, or if the Plan is not confirmed at said hearing, a hearing will thereupon be held to determine whether the case should be dismissed or converted to Chapter 7.

*Susan D. Barrett*
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

Dated: November 1, 2024

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Georgia**
**Augusta Division**

| | |
|---|---|
| In the matter of: | Case No.  24-10075-SDB |
| | Judge  **Susan D. Barrett** |
| **RRG, INC.,** | |
| | Chapter  11 |
| Debtor. | |

## SUBCHAPTER V BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

Debtor filed a Fourth Amended and Recast of Chapter 11 Plan of Liquidation of RRG, Inc. (the "Plan") dated October 25, 2024 (Dckt No. 556) in this case. To vote on the Plan, you must complete and return this ballot to the Court on or before **December 3, 2024**.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The undersigned

[   ] Holder of _____ shares of _____ stock of the above-named Debtor, represented by Certificate # _____ registered in the name of _____.

[   ] Holder of a secured claim in the amount of $_____. The collateral for this secured claim is _____.

[   ] Creditor of the above-named Debtor in the amount of $_____.

### [   ] ACCEPTS   [   ] REJECTS

the Plan of liquidation of the above-named Debtor.

_____
*Name of Creditor (Please Print)*

*ELECTRONICALLY FILE BALLOT*
*OR RETURN BY MAIL ON OR BEFORE*
**December 3, 2024**.

_____
*Signature of Creditor*

_____
*Title*

*TO: Chapter 11 Clerk*
*P.O. Box 1487*
*Augusta, GA 30903*

_____
*Mailing Address*

_____
*City State Zip Code*

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Georgia**
**Augusta Division**

In the matter of:  
**RRG, INC.,**  
Debtor(s).

Case No.  24-10075-SDB  
Judge  **Susan D. Barrett**  
Chapter  11

**SUBCHAPTER V BALLOT SUMMARY AND CERTIFICATION**

Chapter 11 Plan filed on: <u>OCTOBER 25, 2024</u>  
Last Date to Submit Ballots: <u>DECEMBER 3, 2024</u>  
Confirmation Hearing Date: <u>DECEMBER 17, 2024</u>

**I.   OVERALL SUMMARY**

| <u>Class</u> | Class Impaired (Y/N) | Ballots Cast | Ballots Excluded | (#) Ballots Accepted | (%) Ballots Accepted | (#) Ballots Rejected | (%) Ballots Rejected | ($) Amount Accepted | ($) Amount Rejected | Class Accepting | Class Rejecting |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | ☐ | ☐ |
| | | | | | | | | | | ☐ | ☐ |
| | | | | | | | | | | ☐ | ☐ |
| | | | | | | | | | | ☐ | ☐ |
| | | | | | | | | | | ☐ | ☐ |
| | | | | | | | | | | ☐ | ☐ |
| | | | | | | | | | | | ☐ |

| | YES | NO |
|---|---|---|
| **Plan Accepted (Check one)** | ☐ | ☐ |

## II. INDIVIDUAL BALLOT REVIEW

| Creditor Name | Creditor Class | Ballot Accepted | Ballot Rejected | Ballot Excluded | ($) Amount Accepted | ($) Amount Rejected |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## III. CERTIFICATION

I hereby certify that this ballot summary is accurate and that all ballots received have been accounted for in the above tabulation and summary.

_____    _____
Signature of Attorney or Plan Proponent    Date

_____
Name of Attorney or Plan Proponent

Address _____

Phone _____

E-mail _____