**IT IS ORDERED as set forth below:**



**Date: November 22, 2024**

                                                  Susan D. Barrett
                                     United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
|    RRG, INC. ) | CHAPTER 11 |
| ) | Case No. 24-10075-SDB |
|               Debtor. ) | |
| _____ ) | |
| ) | |
| WRIGHTSBORO AUGUSTA DEVELOPMENT, L.L.C., ) | |
|              Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| RRG, INC., ) | |
|              Debtor. ) | |

### ORDER ALLOWING LATE FILED CLAIM

The Motion and amended Motion to allow the late-filed claim (Docket Nos. 418 and 423) of Wrightsboro Augusta Development, L.L.C. ("Creditor") having been noticed; and

**IT APPEARING TO THE COURT** that the Debtor has notice of the claim being owed to Wrightsboro Augusta Development, L.L.C.;

**IT FURTHER APPEARING TO THE COURT** that no objection by any party in interest

has been lodged or timely filed;

**IT FURTHER APPEARING TO THE COURT** that Debtor made post-petition payments to Creditor in the amount of $5,850.00; therefore,

**IT IS HEREBY ORDERED** that the late-filed claim of Wrightsboro Augusta Development, L.L.C. (Claim #52), in the sum of $99,500.00 shall be allowed as a general unsecured claim, subject to the Debtor's right to object to the same on any basis other than the timeliness of the claim.  Creditor's claim to a pro rata distribution under Debtor's confirmed Plan shall be reduced by $5,850.00, as the amount the Creditor received from Debtor post-petition.  By way of example, if general unsecured creditors are to receive a pro rata distribution of 30%, $5,850.00 shall be credited against Creditor's distribution as opposed to the total amount of the claim.

**[END OF DOCUMENT]**

Prepared by:

/s/ Nathan E. Huff
Attorney for Movant
nhuff@cwhllp.com
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995

Consented to by:
/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Debtor
Georgia Bar NO. 842225
KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255

Consented to by:
/s/ Tiffany E. Caron
Tiffany E. Caron

Georgia Bar No. 745089
Post Office Box 711
West Palm Beach, FL
Tel: 404-647-4917
Tiffany.caron@hotmail.com