**IT IS ORDERED as set forth below:**



**Date: December 23, 2024**

Susan D. Barrett
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| RRG, INC., ) | CASE NO. <u>24-10075-SDB</u> |
| DEBTOR. ) | |
| ) | |

### ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIMS

Debtor has filed an objection to the proof of claims of the following Creditors.

- Automatic Fire Systems of Augusta, Proof of Claim no. 14

- Berkeley Electric cooperative, Inc. Proof of Claim nos. 10, 9

- Carolina Air Care Heating & Air, LLC – Proof of claim No. 15

- Charleston Electric – Proof of Claim no. 8

- Charleston Water Systems – Proof of claim no. 6

- Steritech – Proof of claim no. 26

- Williams Sewer & Drain – Proof of claim No. 3

- D&D Commercial Services – Proof of claim No. 4

- James Testi – Proof of claim no. 13

- Aiken County Tax Collector – Proof of Claim no. 50, 49

- McDuffie County Tax Commissioner – Proof of Claim No. 11

- Jenkins County Tax Commissioner – Proof of Claim No. 7

- Burke County Tax Commissioner – Proof of Claim no. 5

- Charleston County Revenue Collections Department – Proof of Claim No.2

- City of Waynesboro – Proof of Claim No. 1

(the "Creditors")

The Creditors failed to respond to said objection, therefore, the Creditors Proof of Claims are disallowed in their entirety.

[END OF DOCUMENT]

Prepared by:
/s/ Bowen A. Klosinski
Bowen A. Klosinski
Georgia Bar No. 842225
Attorney for Debtor
KLOSINSKI OVERSTREET, LLP
1220 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255