**IT IS ORDERED as set forth below:**



Date: December 23, 2024

_Susan D. Barrett_
United States Bankruptcy Judge
Southern District of Georgia

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | ) |
| | ) |
| RRG, INC., | ) CHAPTER 11 |
| | ) CASE NO. 24-10075-SDB |
| Debtor. | ) |
| | ) |

## ORDER GRANTING MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

Upon the Motion of Columbia Meats, Inc. ("Columbia"), for payment of an administrative expense pursuant to section 503(b)(1) of the Bankruptcy Code and with no objection having been made by any party in interest;

IT IS HEREBY ORDERED that Columbia is hereby granted an administrative expense in the amount of **$207,837.02**. Said sum shall be paid in accordance with the terms of the confirmed plan.

**[END OF DOCUMENT]**