**IT IS ORDERED as set forth below:**



Date: December 23, 2024

Susan D. Barrett
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | ) |
| | ) |
| RRG, INC., | ) CHAPTER 11 |
| | ) CASE NO. 24-10075-SDB |
| Debtor. | ) |
| | ) |

## ORDER GRANTING MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

Upon the Motion of Performance Food Group, a/k/a Merchants Company, LLC ("Merchants"), for payment of an administrative expense pursuant to section 503(b)(1) of the Bankruptcy Code and with no objections having been made by any party in interest;

IT IS HEREBY ORDERED that Merchants is hereby granted an administrative expense in the amount of $129,192.01. Said sum shall be paid in accordance with the terms of the confirmed plan.

**[END OF DOCUMENT]**