# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**RRG, Inc.,**
    Debtor.

Case No.:   24−10075−SDB

Judge:   Susan D. Barrett

Chapter:   11

## ORDER REQUIRING SERVICE BY MOVANT

**IT IS ORDERED THAT:**

1)   MOVANT Performance Food Group aka Merchants Company, LLC shall serve by mail, on or before December 27, 2024, a copy of Order Granting Motion for Allowance of Administrative Claim (Docket Number 650) to all parties required by the Bankruptcy Code and Rules.

2)   MOVANT Performance Food Group aka Merchants Company, LLC shall complete and file with the Court a Certificate of Service immediately upon serving the required document(s).



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **December 23, 2024**

*B−07 [Rev. 01 /23]* **AKG**