# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**RRG, Inc.,**  
    Debtor.

Case No.: 24−10075−SDB

Judge: Susan D. Barrett

Chapter: 11

## ORDER REQUIRING SERVICE BY MOVANT

**IT IS ORDERED THAT:**

1) MOVANT JAM−SC Investments, LLC & PLM−SC Investments, LLC shall serve by mail, on or before December 27, 2024, a copy of Order Granting Application of JAM−SC Investments, LLC and PLM−SC Investments, LLC for Allowance and Payment of Administrative Expense Claim (Docket Number 653) to all parties required by the Bankruptcy Code and Rules.

2) MOVANT AM−SC Investments, LLC & PLM−SC Investments, LLC shall complete and file with the Court a Certificate of Service immediately upon serving the required document(s).



Susan D. Barrett  
United States Bankruptcy Judge  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated: **December 23, 2024**

*B−07 [Rev. 01 /23]* **AKG**