# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**RRG, Inc.,**  
    Debtor.

Case No.:   24–10075–SDB  
Judge:   Susan D. Barrett  
Chapter:   11

## ORDER REQUIRING SERVICE BY MOVANT

**IT IS ORDERED THAT:**

1) MOVANT 7351 West Central LLC shall serve by mail, on or before December 27, 2024, a copy of Order Granting Application of 7351 West Central, LLC for Allowance and Payment of Administrative Expense Claim (Docket Number 654) to all parties required by the Bankruptcy Code and Rules.

2) MOVANT 7351 West Central LLC shall complete and file with the Court a Certificate of Service immediately upon serving the required document(s).



Susan D. Barrett  
United States Bankruptcy Judge  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated: **December 23, 2024**

*B–07 [Rev. 01 /23]* **AKG**