IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br><br>RRG, INC.,<br><br>    Debtor(s), | BANKRUPTCY CASE NO. 24-10075 |
| DOMINION ENERGY<br>SOUTH CAROLINA, INC.<br><br>    Movant,<br>vs.<br><br>RRG, INC.,<br><br>    Respondent, | CHAPTER 11<br><br>JUDGE: SUSAN D. BARRETT |

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing <u>ORDER GRANTING APPLICATION OF DOMINION ENERGY SOUTH CAROLINA, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM</u> (Docket 677) was served, by United States first-class mail, postage prepaid, or email as identified on the following parties:

RRG, Inc.
6640 Shade Tree Way
Cumming, GA 30040

Bowen Anderson Klosinski
Klosinski Overstreet
1229 Augusta West Parkway
Augusta, GA 30909

Tiffany E. Caron/Trustee
P.O. Box 711
West Palm Beach, FL 33402

Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

*All Creditors in attached Mailing Matrix*

This 8th day of January, 2025.

*/s/ Mark Wilhelmi*
Mark L. Wilhelmi
GA State Bar No. 759049
Attorney for Movant

3527 Wheeler Road, Suite 401
Augusta, Georgia 30909
Telephone: (706) 868-9646

Label Matrix for local noticing
113J-1
Case 24-10075-SDB
Southern District of Georgia
Augusta
Fri Sep 20 12:02:17 EDT 2024

(p)7351 WEST CENTRAL LLC
ATTN C/O KHOA PHUNG
199 RUSSELL LANE
MILPITAS CA 95035-3319

Airgas National Welders Inc
1221 New Savannah Road
Augusta, GA 30901-3841

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Atlanta Computer Sol Inc
5735 Fox Creek Dr
Cumming, GA 30040-6659

Automatic Fire Systems of Augusta
4326 Mike Padgett Hwy
Augusta Ga 30906-3741

Berkeley County Tax Collector
1003 Highway 52
1003 Highway 52
Moncks Corner, SC 29461-3007

Berkeley Electric Cooperative
1732 US-52 W
Moncks Corner, SC 29461-5010

Berlin's Restaurant Supply Inc.
1051 Rivers Ave.
North Charleston, SC 29406-6303

Burke County Health Department
P.O. Box 238
Waynesboro, GA. 30830-0238

1ST Choice Oral/Op Meeting and Aiken Sponsors Georgia LLC
106 N Boundary St
Manning SC 29102-3204

Aiken County Tax Collector
PO Box 873
Aiken, SC 29802-0873

Allegra
320A Old Trolley Rd
Summerville, SC 29485-4949

Ascentium Capital Leasing
23970 US 59
Kingwood Area Texas 77339-1535

Augusta (Southpointe) WMA, LLC
8816 Six Forks Rd Suite 201
Raleigh, NC 27615-2983

B&C of Ohio
3062 Damascus Rd
Augusta, GA 30909-4068

Berkeley County Treasurer
1003 Highway 52
Moncks Corner, SC 29461-3007

Berkeley Electric Cooperative Inc
P.O. Box 340
Awendaw SC 29429-0340

Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, Delaware 19801-3034

Burke County Tax Commissioner
P. O. Box 671
Waynesboro, GA 30830-0671

Aiken Sponsors Georgia LLC
420 S Hill St
Buford, GA 30518-3220

Aiken County Treasurer
P.O. Box 919
Aiken, SC 29802-0919

American Express
P. O. Box 60189
City of Industry CA 91716-0189

Ascentium Capital a Division of Regions Ban
23970 HWY 59 N
Kingwood, TX 77339-1535

Augusta (Southpointe) WMA, LLC
c/o Barclay Damon LLP
Attn: Kevin M. Newman, Esq.
125 East Jefferson Street
Syracuse, NY 13202-2515

Belvina Investment Group, LLC
1906 S. Main Street
Santa Ana, CA 92707-2828

Berkeley County Treasurer
PO Box 3122
Moncks Corver, SC 29461

(c)BERKELEY LOCKSMITH INC
128 TALL PINES CT
LADSON SC  29456-3105

Kyle A. Brannon
Maynard Nexsen PC
1230 Main Street
Suite 700
Columbia, SC 29201-6220

CSE, Inc.
3182 Momentum Place
Chicago, IL 60689-0001

Capital Signs and Awnings
PO Box 208804
Dallas, TX 75320-8804

Carl Townsend/Carl's Landscaping
300 Judy Drive Creek
Goose Creek, SC 29445-3624

Carolina Air Care, Inc / Carolina Air LLC
885 E Butternut Road
Summerville, SC 29483-8434

Carolina Air Care, Inc
885 E Butternut Rd
Summerville, SC 29483-8434

Carolina Georgia Sound Inc
P.O. Box 14759
Augusta, GA 30919-0759

Carolina Hot Wash
P.O. Box 81001
Charleston, SC 29416-1001

Carolina Sound Com Inc
P.O. Box 890711
Charlotte, NC. 28289-0711

Tiffany E. Caron
P.O. Box 711
West Palm Beach, FL 33402-0711

Cennox Commercial Services, LLC
P.O. Box 779108
Chicago, IL 60677-9108

Charleston County Revenue Collections Dep
P.O. Box 603533
Charlotte, NC 28260-3533

Charleston County Treasurer
P.O. Box 603517
Charlotte, NC 28260-3517

Charleston Electric
1524 Shandon Street
Charleston, SC 29412-4034

Charleston Electric LLC
112 E 5th North Street
Summerville, SC 29483-6881

(p)CHARLESTON WATER SYSTEM
PO BOX B
CHARLESTON SC 29402-0017

City of Aiken
P.O. Box 2458
Aiken, SC 29802-2458

City of Millen
P. O. Box 929
Millen, GA 30442-0929

City of Waynesboro
615 N Liberty ST
Waynesboro, GA 30830-1499

Mark A. Cleary
1223 George C. Wilson Dr
Augusta, GA 30909-4502

Coastal Waste & Recycling of Georgia LLC
P.O. Box 25756
Miami, FL 33102-5756

Coca-Cola
P. O. Box 101086
Atlanta, GA 30392-1086

Colleton County Treasurer
P.O. Box 8
Walterboro, SC 29488-0001

Timothy Jerome Colletti
Baker, Donelson, Bearman, Caldwell & Ber
3414 Peachtree Road NE, Suite 1500
Atlanta, GA 30326-1114

Columbia Co. Tax Commissioner
P.O. Box 3030
Evans, Georgia 30809-0077

Columbia Meats
PO Box 9201
Greenville, SC 29604-9201

Comcast
P. O. Box 105184
Atlanta, GA 30348-5184

Csra Hood Exhaust LLC
1861 Lodgepole Ave
North Augusta SC 29841-2128

D&D Commercial
777 Four Points Road West
Keysville, GA 30816-4556

D&D Commercial Service
Oliver Disher
777 Four Points Road West
Keysville, GA 30816-4556

Davis A. Dunaway
801 Broad Street, 7th Floor
Augusta, GA 30901-1231

Diversified Properties, Inc.
3112 Washington Road
Unit L
Augusta, GA 30907-0822

(p)DOMINION ENERGY
ATTN BANKRUPTCY
220 OPERATION WAY OSC 1A
CAYCE SC 29033-3701

Dorchester County Treasurer
500 N. Main Street
Summerville, SC 29483-6439

David M. Lloyd
Hunter Maclean Exley & Dunn, P.C.
P.O. Box 9848
Savannah, GA 31412-0048

Dr. Benjamin Weinberger
1213 High Vista Drive
Orefield, PA 18069-9117

Davis A. Dunaway
Hull Barrett, PC
801 Broad Street
7th Floor
Augusta, GA 30901-1231

Reid E. Dyer
Moore & VanAllen
78 Wenworth St.
Charleston, SC 29401-1428

EHN Trustee No.2, LLC
P.O. Box 1406
Anderson, SC 29622-1406

Ecolab Inc
1 Ecolab Place
St. Paul, Minnesota 55102-2739

Equifax Workforce Solutions, LLC
4076 Paysphere Circle
Chicago, IL 60674-0001

Eureka Investment Properties, LLC
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308-2343

Eureka Investment Properties, LLC
600 Peachtree Street
Ste 4700
Atlanta, GA 30308-2343

Eureka Investment Properties, LLC
c/o Olivia Mooney
Suite 4700
Atlanta, Georgia 30308

Evening Post Publishing Newspaper Group
148 William Street
Charleston, SC 29403

Everette H. Newman Trustee #2
C/O Greene & Co.
PO Box 1406
Anderson, SC 29622-1406

Fain Septic Tank Inc
P.O. Box 3437
Summerville, SC 29484-3437

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Garrett & Garrett
P.O. Box 36
Fountain Inn, SC 29644-0036

Garrett Garrett
PO BOX 36
Fountain Inn, SC 29644-0036

Gas South
PO Box 530552
Atlanta, GA 30353-0552

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Department of Revenue
610 Ronald Reagan Drive
Evans, GA 30809-7603

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Georgia Power Company
c/o Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street, NW
Suite 2200
Atlanta, GA 30303-1292

Georgia Sound Communications
P.O. Box 890333
Charlotte, NC 28289-0333

Kristine Glenn
Rhoden CPA Firm
808 Greene Street
Augusta, GA 30901-0217

Brian S. Goldberg
Freeman Mathis & Gary LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Hanmi Bank, assignee of Ascentium Capital
c/o Freeman Mathis & Gary, LLP ATTN Bria
100 Galleria Pkwy, Suite 1600
Atlanta, Georgia 30339-5948

Hansen's Wildlife Removal
132 Shoreham Rd
Charleston SC 29412-9364

Jennifer Hobbs
Rhoden CPA Firm
808 Greene Street
Augusta, GA 30901-0217

Nathan Edward Huff
Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, GA 30909-4502

Huggins Waste Services
1 Horsetrail Rd
Pembroke, GA 31321-5266

J.A.C. Services, Inc.
107 Elk's Lodge Lane
Summerville, SC 29483-3852

JM-53 Investments
c/o MARK L. WILHELMI
3527 Wheeler Road
Suite 401
Augusta, GA 30909-6718


JAM-SC Investments, LLC & PLM-SC Investments
304 Green Valley Road
Suite 202
Greensboro, NC 27408-7044

James Testi
4441 Shadowmoor Drive
Martinez, GA 30907-4508

Jane
6640 Shade Tree Way
Cumming, GA 30040-8703


Jefferson County Tax Commissioner
P. O. Box 426
Louisville, GA 30434-0426

Jenkins County Tax Commissioner
611 E Winthrope Avenue
Millen, GA 30442-1833

Jenkins County Tax Commissioner
P. O. Box 646
Millen, GA 30442-0646


John W. Mills
Mills Business Law, LLC
1336 Harvard Road NE
Atlanta, Georgia 30306-2413

Johnson Controls Security Solutions
P.O. Box 371967
Pittsburgh, PA 15250-7967

Leon S. Jones
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308-1400


Julia K. Rodgers
817 Dancy Avenue
Savannah, GA 31419-3007

Julia Rodgers
817 Dancy Avenue
Savannah, GA 31419-3007

Julio E. Mendoza, Jr.
Maynard Nexsen PC
P. O. Box 2426
Columbia, SC 29202-2426


Julio Mendoza, Jr.
1230 Main Street, Suite 700
Columbia, SC 29201-6220

K. Warren Fulghum
Aiken County Tax Collector
PO Box 873
Aiken, SC 29802-0873

Kay Chemicals
PO Box 32027
New York, NY 10087-2027


Karen Anderson Klosinski
Klosinski Overstreet
1229 Augusta West Parkway
Augusta, GA 30909-1807

Scott J. Klosinski
Klosinki Overstreet, LLP
1229 Augusta West Parkway
Augusta, GA 30909-1807

Scott J. Klosinski
Klosinski Overstreet
1229 Augusta West Parkway
Augusta, GA 30909-1807


Kyle A. Brannon
Maynard Nexsen PC
P. O. Box 2426
Columbia, SC 29202-2426

George R. Lane
South Auction, LLC
338 East Main Street
Swainsboro, GA 30401-4081

Zane P. Leiden
Leiden & Leiden
330 Telfair Street
Augusta, GA 30901-2450


Lon A. Levis
Levis Law Firm, LLC
PO Box 129
Swainsboro, GA 30401-0129

Loomis
P.O. Box 120757
Dallas, TX 75312-0757

Louisville Pop, LLC
876 Sackells Ford Road
Warminster, PA 18974-1330


Louisville Pop, LLC
876 Sackettsford Rd
Wyland, PA 18974-1330

M.K. Daniels Electric
3320 Westcliffe Ct
Augusta, GA 30907-3623

Francesca Macchiaverna
Hunter Maclean Exley & Dunn P.C.
200 E. Saint Julian Place
P O Box 9848
Savannah, GA 31412-0048

| | | |
|---|---|---|
| Mark Rinna<br>6640 Shade Tree Way<br>Cumming, GA 30040-8703 | Mary M. Caskey, Esq<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889<br>Columbia, SC 29211-1889 | Master Lawn, LLC<br>4873 Old Belair Ln<br>Grovetown, GA 30813-4529 |
| McDuffie Co. Tax Comm.<br>P. O. Box 955<br>Thomson, GA 30824-0955 | Julio E. Mendoza Jr.<br>Maynard Nexsen PC<br>1230 Main Street<br>Suite 700<br>Columbia, SC 29201-6220 | Julio E. Mendoza Jr.<br>Maynard Nexsen PC<br>1230 Main Street, Suite 700<br>P. O. Drawer 2426<br>Columbia, SC 29202-2426 |
| Merchants Food Service<br>PO Box 1351<br>Hattiesburg, MS 39403-1351 | Miller Signs Inc<br>2302 Air Park Rd.<br>N. Charleston, SC 29406-6159 | John Wesley Mills III<br>Mills Business Law<br>1336 Harvard Road, NE<br>Atlanta, GA 30306-2413 |
| Olivia Ryan Mooney<br>Lewis Brisbois Bisgaard & Smith LLP<br>600 Peachtree Street<br>Ste 4700<br>Ste 1950<br>Atlanta, GA 30308-2223 | N.V.A., Inc<br>Davis A. Dunaway<br>801 Broad Street, 7th Floor<br>Augusta, GA 30901-1231 | NCR Corp<br>14181 Collections Centre Drive<br>Chicago, IL 60693-0001 |
| North To South Plumbing Services<br>1562 Sweet Myrtle Circle<br>Mt Pleasant SC 29466-8093 | Nuco2 Inc<br>P. O. Box 417902<br>Boston, MA 02241-7902 | Office of the U. S. Trustee<br>33 Bull Street, Suite 400<br>Savannah, GA 31401-3331 |
| Olivia Ryan Mooney<br>600 Peachtree Street<br>Ste 4700<br>Atlanta, GA 30308-2343 | (p)THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392-0001 | Pacific Premier Bank<br>c/o Kevin Stine, Baker Donelson<br>1500 Monarch Tower, Suite 1500<br>3414 Peachtree Road, NE<br>Atlanta, GA 30326-1153 |
| Pacific Premier Bank<br>17901 Von Karman Ave., Ste. 1200<br>Irvine, CA 92614-5248 | Pacific Premier Franchise Capital<br>17901 VON Karman Ave Suite 1200<br>Irvine, CA 92614-5248 | Parkway Assoc. LLC C/O Robert Pratt<br>9209 University Blvd.<br>Charleston, SC 29406-9122 |
| Parkway Associates of Summerville, LLC<br>c/o Mary M. Caskey, Esq.<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889<br>Columbia, SC 29211-1889 | Parkway Associates, LLC<br>9209 University Blvd.<br>North Charleston, SC 29406-9122 | Parkway Plaza of Summerville Property Owner<br>9209 University Blvd<br>N. Charleston, SC 29406-9122 |
| Performance Food Group<br>PO Box 1351<br>Hattiesburg, MS 39403-1351 | Polar Refrig<br>1733 Harrogate Dr<br>Augusta, Ga 30906-9122 | Popeyes Louisiana Kitchen, Inc.<br>c/o Glenn D. Moses, ESQ.<br>Venable LLP<br>100 SE 2ND Street<br>Suite 4400<br>Miami, FL 33131-2118 |
| Pye-Barker<br>P.O. Box 735358<br>Dallas, TX 75373-5358 | RBI, Inc.<br>5507 Blue Lagoon Drive<br>Miami, FL 33126-2029 | RRG, Inc.<br>6640 Shade Tree Way<br>Cumming, GA 30040-8703 |

Refrigeration Gaskets
121 Cuthbert Dr
Goose Creek SC 29445-3319

Republic Services
P.O.Box 9001099
Louisville, KY 40290-1099

Richard Rhoden
Rhoden CPA Firm
808 Greene Street
Augusta, GA 30901-0217

Richmond County Tax Commissioner
535 Telfair Street, Suite 100
Augusta, GA 30901-2372

Rivercrest Realty Associates, LLC
c/o Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308-1414

Robert Charles Isenberg
2855 Mulholland Hwy
Malibu, CA 90265

RotoRooter
136 Tanner Road
Greenville, SC 29607-5917

William A. Rountree
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Rd
Suite 350
Suite 100
Atlanta, GA 30329-1687

SCPW
215 N Cedar Street
Summerville, SC 29483-6403

See-Thru
121 Jackie Hart Rd.
Statesboro, Ga. 30461-7001

Shoes For Crews, Inc.
P.O. Box 734176
Chicago, IL. 60673-4176

Space Providers of Asheville, LLC
Post Office Box 8374
Asheville, NC 28814-8374

Space Providers of Asheville, LLC
c/o Levis Law Firm, LLC
Post Office Box 129
Swainsboro, GA 30401-0129

Space Providers, LLC
PO Box 8374
Asheville, NC 28814-8374

Sparrow Enterprises
306 Legendres Dr
Goose Creek SC 29445-7368

Shawna Y. Staton
Georgia Department of Law
40 Capitol Sq. SW
Atlanta, GA 30334-1300

Steritech
PO Box 14095
Reading, PA 19612

Kevin A. Stine
Baker Donelson
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-1114

Stratacache
10 N. Main St. Suite 2600
Dayton, OHIO 45423-1008

Teresa Zielaznicki
P.O. Box 50312
Summerville, SC 29485-0312

The Drain Surgeon
664 South Old Belair Rd Suite B
Grovetown. GA 30813-5518

The McDuffie Progress
P. O. Box 1090
Thomson, GA 30824-1090

Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303-1292

Thomson Plaza Shopping Center, LLC
651 Main Street
Thomson, GA 30824-7456

Thomson Plaza Shopping Center, LLC
P.O. Box 36
Fountain Inn, SC 29644-0036

UHS Premium Billing
P.O. Box 94017
Palatine, IL. 60094-4017

United States Liability Insurance Co
PO Box 62778
Baltimore, MD 21264-2778

Van Ness Holdings Grovetown, LLC
5217 Atherton Bridge Road
Raleigh, NC 27613-5383

VanNess Holdings Grovetown LLC
5217 Atherton Bridge Rd
Raleigh, NC 27613-5383

VanNess Holdings Grovetown, LLC
c/o Vicki Parrott, Counsel for Creditor
1414 Raleigh Rd, Ste 435
Chapel Hill, NC 27517-8834

Vicki L. Parrott
Northen Blue, LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517-8834

Viking Cloud Inc
Dept CH17101
Palantine IL 60055-7101

WFXG-TV WTWP
788 Cedar Rock Rd NW
Thomson, GA 30824-7642


WYBO 929FM
Milledge Rd
Augusta GA 30904-3063

Thomas R. Walker
Pierson Ferdinand LLLP
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303-1292

Wasserstrom Inc
P.O. Box 933469
Cleveland, OH 44193-0040


Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648

Wells Fargo Vendor Financial Services
1010 Thomas Edison Boulevard, SW
Cedar Rapids, IA 52404-8247

Wells Fargo Vendor Financial Services, LLC
800 Walnut Street MAC F0005-055
Des Moines, IA 50309-3891


Whaley Food Service
P.O. Box 615
Lexington, SC 29071-0615

David B Wheeler
Moore & VanAllen
78 Wentworth St
Charleston, SC 29401-1428

Mark L. Wilhelmi
Mark L. Wilhelmi, PC
Cadence Bank Building
3527 Wheeler Rd. Suite 401
Augusta, GA 30909-6718


William Means
184 Downing Court
Lincolnton, NC 28092-7434

William Means
c/o MARK L. WILHELMI
3527 Wheeler Road
Suite 401
Augusta, GA 30909

Williams Sewer & Drain
887 Stagecoach Rd NE
Thomson, GA 30824-6612


Christopher Knox Withers
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031

Wrightsboro Augusta Development, L.L.C
1030 Philip St.
New Orleans 70130-5552

Wrightsboro Augusta Development, L.L.C.
1030 Philip St.
New Orleans, LA 70130-5552


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


351 West Central, LLC
199 Russell Lane
Milpitas, CA 95035

Charleston Water System
P.O. Box 568
Charleston, SC 29402-0568

Dominion Energy
220 Operation Way
MC-OSC1A
Cayce, SC 29033


(d)Dominion Energy South Carolina, Inc.
Attn: Agent or Officer
220 Operation Way, MC C222
Cayce, SC 29033

(d)Dominion Energy South Carolina, Inc.
220 Operation Way
MC-OSC1A
Cayce, SC 29033

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345


(d)Georgia Department of Revenue
Bankruptcy Section
1800 Century Blvd., NE Suite 9100
Atlanta, GA 30345-3209

(d)Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd NE
Ste 9100
Atlanta, GA 30345

PLIC - SBD GRAND ISLAND
P.O. Box 77202
Minneapolis, MN 55480-720

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Berkeley Locksmith Inc
128 Tall Pines Rd.
Ladson, S.C. 29456

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) 7351 West Central LLC

(d) Aiken County Tax Collector
PO Box 873
Aiken, SC 29802-0873

(u) Belvina Investment Group, LLC

(d) Kyle A. Brannon
Maynard Nexsen PC
1230 Main Street
Suite 700
Columbia, SC 29201-6220

(u) Carolina-Georgia Sound, Inc.

(d) Tiffany E. Caron
P.O. Box 711
West Palm Beach, FL 33402-0711

(u) Cintas

(u) Columbia Meats, Inc.

(d) Georgia Power Company
c/o Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303-1292

(u) Hanmi Bank, assignee of Ascentium Capital

(d) JAM-SC Investments, LLC
c/o MARK L. WILHELMI
3527 Wheeler Road
Suite 401
Augusta, GA 30909-6718

(d) Julia K. Rodgers
817 Dancy Avenue
Savannah, GA 31419-3007

(u) Merchants

(u) Popeyes Louisiana Kitchen, Inc.

(d) Popeyes Louisiana Kitchen, Inc.
c/o Glenn D. Moses, Esq., Venable LLP
100 SE 2nd Street, Suite 4400
Miami, FL 33131-2118

(u) Julia Rodgers

(u) SBH Foods PLK, LLC

(d) Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street, NW, Suite 2200
Atlanta, GA 30303-1292

(u) VanNess Holdings Grovetown, LLC

(u) William Paul Means, Jr.

(u) ZSC Enterprises, LLC