**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **RRG, INC.,** | § | **Case Number: 24-10075-SDB** |
| | § | |
| **Debtor.** | § | |

**SECOND APPLICATION FOR TRUSTEE'S FEES**

COMES NOW, Subchapter V Trustee, Tiffany E. Caron, ("Trustee"), and files this Second Application for Trustee's Fees as follows:

**I. TRUSTEE'S FEES**

The applicant files this application for an award of trustee's fees pursuant to 11 U.S.C. §330(a) as that section of the Bankruptcy Code may be affected by the decision of the United States Court of Appeals in Grant v. George Schumann Tire & Battery Co., 908 F.2d 874 (11th Cir., 1990).

Section 330 of the Code authorizes this Court to award compensation to the Trustee for actual, necessary services, based on:

1. The nature and extent of the services provided;
2. The value of those services; and
3. The cost of comparable services in non-bankruptcy matters.

These three criteria apply to this application in the following manner:

1. Nature and Extent. The applicant has attached a record of the services rendered in this case and the time devoted to those services. (See Exhibit "A")

2. Value of Services. The Debtor filed this voluntary Chapter 11 case on April 1, 2021. The United States Trustee maintains a panel of Subchapter V Trustees for the Southern District of

Georgia. Tiffany E. Caron was appointed by the United States Trustee as the Subchapter V Trustee in this case on February 1, 2024 at an hourly rate of $350.00 (Doc No. 4).

Compensation for Subchapter V trustees is determined by both the disposition of the case and whether the trustee is a case-by-case trustee or a standing trustee. Subchapter V case-by-case trustees are compensated through section 330(a)(1)(A), which allows for "reasonable compensation for actual, necessary services rendered by the trustee … and by any paraprofessional person employed by any such person." The trustee may also be reimbursed for "actual, necessary expenses" pursuant to section 330(a)(1)(B).

These section 330 compensation provisions apply regardless of whether the case-by-case trustee makes disbursements of estate funds. The Small Business Reorganization Act ("SBRA") specifically excludes all subchapter V trustees from section 326(a), which sets limits on other chapter 11 trustees' compensation based on the moneys they disburse or turn over.

Subchapter V trustees are required to perform many duties in administering the cases in which they are appointed by the United States Trustee. In general, the Subchapter V trustee assesses the financial viability of the small business debtor, assists in the facilitation of a consensual plan of reorganization, and helps ensure that the debtor files or submits complete and accurate financial reports, in addition to various administrative duties.

The Debtor had been operating multiple Popeyes Louisiana Kitchen fast food restaurants throughout Georgia and South Carolina; the stores have since been sold after approval by the Court. The Debtor filed this case on January 31, 2024 under Subchapter V of Chapter 11 (Doc No. 1). A Section 341 Meeting of Creditors was held on March 7, 2024. The Debtor filed a Motion to Sell Free and Clear of Liens, all of its assets, on April 29, 2024 (Doc No. 255) and an Amended Motion to Sell Free and Clear of Liens on May 29, 2024 (Doc No. 303) (the "Sale"). A hearing was held on approval of the Sale on May 30, 2024. An Order was entered approving the Sale on June 4,

2024. The Sale was closed on July 22, 2024. On December 17, 2024, a hearing was held on confirmation of Debtor's Chapter 11 Subchapter V Plan. An Order was entered on December 23, 2024 confirming Debtor's Plan.

During the time this case has been pending as a Subchapter V case, the Trustee performed the duties required by the United States Trustee for Subchapter V trustees. Specifically, the Trustee reviewed all of the Debtor's filings with the Court, including the Petition, Schedules and Statement of Financial Affairs, along with the Debtor's financial documents, including tax returns, bank statements and Monthly Operating Reports. The Trustee reviewed the documents for and attended the Initial Debtor Interview conducted by the United States Trustee and the Section 341 Meeting of Creditors. The Trustee has reviewed insurance information, Debtor's Status Report and Monthly Operating Reports and made recommendations to Debtor's counsel regarding these filings. The Trustee has attended numerous hearings and conducted the auction for the Sale. The Trustee has reviewed the Debtor's proposed plans and financials and made recommendations to Debtor's counsel regarding plan provisions and working with creditors.

3. Cost of Comparable Services. The Grant decision suggests that an attorney's compensation should, in the first instance, be measured by multiplying the hours reasonably expended by a reasonable hourly rate of compensation. Id. at 1299. The appropriate hourly rate is "the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience and reputation." Id. The House Report on §330 of the Bankruptcy Code notes:

> The effect of §330 is to overrule...cases that require fees to be determined based on the notions of conservation of the estate and economy of administration [because] Bankruptcy specialists...if required to accept fees...that are consistently lower than fees they would receive elsewhere, will not remain in the bankruptcy field.

The Subchapter V trustee, Tiffany E. Caron, has been admitted to practice in Ohio (currently inactive) since November of 2006 and has been practicing in Georgia since June of 2009; she has

also been working in the area of bankruptcy law since 2004. The Trustee has been operating as a Chapter 7 Trustee since July, 2017 and a Subchapter V Trustee since December, 2019. She also has over ten years of experience representing debtors, creditors and committees in Chapter 11 business cases.

Applicant requests compensation at a rate which lies with the range of hourly rates charged by attorneys in the Southern District of Georgia who represent debtors and creditors in their practices. This is also within the range of rates charged by this attorney for services rendered in bankruptcy cases on behalf of trustees, debtors and creditors.

The Notice of Appointment set forth a reasonable hourly rate of $350.00 per hour for Tiffany E. Caron and for reimbursement of the applicant's reasonable, necessary expenses. The Trustee is based out of Savannah, Georgia and notes in her time records one-half (1/2) of transit time has been billed for travel.

*Exhibit A* is a summary of Trustee Time. Trustee Time is billed at the rate of $350.00 per hour. This application requests approval for payment of trustee's fees as follows:

| | | | |
|---|---|---|---|
| TRUSTEE'S FEES: | 40.60 hours @ $350.00/hr. | = | $14,210.00 |
| EXPENSES: | Mileage, Copies, & Postage | = | $933.45 |

Therefore, the applicant requests compensation for trustee's fees in the amount of $14,210.00 for services from September 11, 2024 to January 22, 2025, plus reimbursement for expenses in the amount of $933.45, for a total of $15,143.45.

WHEREFORE, the Trustee moves the Court to:

1. Enter an Order granting the trustee's fees and expenses set forth in this application; and
2. For such other and further relief as the Court deems just and fair.

This 22nd day of January, 2025.

Respectfully submitted,

By: /s/ Tiffany E. Caron

Tiffany E. Caron
Georgia Bar Number 745089
Subchapter V Trustee

Post Office Box 711
West Palm Beach, FL 33402
Tel: (404) 647-4917
Tiffany.caron@hotmail.com

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 09/08/24 - 01/22/25**

**Case Number:** 24-10075-SDB
**Case Name:** RRG, INC.
**Case Type:** Asset
**Judge:** Susan D. Barrett
**Petition Date:** 01/31/24
**341a Meeting:** 03/07/24 10:00 AM

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 09/11/24 | REVIEWED | Review and correspondence with LJ and BK re Augusta Southpointe order on fees | 0.20 | $350.00 | $70.00 |
| 09/12/24 | WORKED ON | Made edits to Third Amended Plan; correspondence with BK re same | 1.00 | $350.00 | $350.00 |
| 09/17/24 | REVIEWED | Reviewed Mark Wilhelmi Fee Applications; correspondence with BK re amended plan and exhibits | 0.30 | $350.00 | $105.00 |
| 09/17/24 | WORKED ON | Made edits to liquidation analysis spreadsheet; correspondence with BK re same | 0.60 | $350.00 | $210.00 |
| 09/19/24 | RESEARCH | Research on late filed claims and subordination; email to JP and BK re same re Popeyes Proof of Claim | 0.70 | $350.00 | $245.00 |
| 09/20/24 | REVIEWED | Reviewed Amended Plan and Objections by GDOR; correspondence with BK re same | 0.70 | $350.00 | $245.00 |
| 09/23/24 | TELEPHONE CONFERENCE | Telephone Conference with BK re MOR, hearings scheduled for 9/30, amended plan and liquidation analysis changes, and Popeye's Claim | 0.40 | $350.00 | $140.00 |
| 09/23/24 | REVIEWED | Reviewing Plan, MOR and Matters set for hearing on 9/30 | 0.50 | $350.00 | $175.00 |
| 09/23/24 | CORRESPONDENCE | Email to UST re August MOR and issues with payments | 0.30 | $350.00 | $105.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 09/08/24 - 01/22/25**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 09/24/24 | CORRESPONDENCE | Correspondence with Joel Paschke re MOR and Plan; communication with Hayley Glisson re same | 0.10 | $350.00 | $35.00 |
| 09/25/24 | CORRESPONDENCE | Review and comments to UST re Third Fee Application for Debtor's Counsel | 0.30 | $350.00 | $105.00 |
| 09/26/24 | WORKED ON | Edits to Consent Order on Late-filed claim; correspondence with UST re fee application; reviewed notice of hearing | 0.40 | $350.00 | $140.00 |
| 10/03/24 | CORRESPONDENCE | Reviewed Correspondence between BK and KS re resolution of bank's attorney fees and correspondence with BK re other matters scheduled for hearing on 10/4 | 0.30 | $350.00 | $105.00 |
| 10/03/24 | REVIEWED | Reviewed August Supplement to MOR and compare/reconcile to plan exhibits | 1.00 | $350.00 | $350.00 |
| 10/04/24 | TELEPHONE CONFERENCE | Preparation for and telephone conference with BK, Mark Rinna, and Joel Paschke re motion for accounting and other matters set for hearing on 10/4 | 1.50 | $350.00 | $525.00 |
| 10/04/24 | COURT HEARING | Telephonic hearing on allowance of late claim, secured creditor attorney's fees, GDOR admin expense and UST motion for accounting; status conference on plan; follow-up emails to UST and BK | 2.60 | $350.00 | $910.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 09/08/24 - 01/22/25**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 10/08/24 | WORKED ON | Worked on Consent Order on UST motion for accounting; correspondence with UST re same | 0.40 | $350.00 | $140.00 |
| 10/08/24 | TELEPHONE CONFERENCE | Preparation for and call with BK to review plan exhibits, plan terms, updated creditor balances and timing for confirmation hearing | 1.50 | $350.00 | $525.00 |
| 10/22/24 | REVIEWED | Reviewed September Operating Report | 0.30 | $350.00 | $105.00 |
| 10/22/24 | WORKED ON | Reviewed and made edits to updated Plan Exhibits and Fourth Amended Plan; correspondence with BK re same | 2.00 | $350.00 | $700.00 |
| 10/23/24 | CORRESPONDENCE | Correspondence with Debtor's counsel re edits and filing plan | 0.20 | $350.00 | $70.00 |
| 10/28/24 | REVIEWED | Reviewed Fourth Amended Plan filing and Motion to Set Admin Bar Date | 1.00 | $350.00 | $350.00 |
| 10/30/24 | REVIEWED | Reviewed updated consent order on assumption of franchise agreement and correspondence re same | 0.20 | $350.00 | $70.00 |
| 11/01/24 | REVIEWED | Reviewed emails with JP, BK and SS re GDOR consent order | 0.30 | $350.00 | $105.00 |
| 11/05/24 | REVIEWED | Review Popeyes consent order and email to BK re same | 0.20 | $350.00 | $70.00 |
| 11/07/24 | REVIEWED | Reviewed emails and UST modification to plan provision on releases | 0.40 | $350.00 | $140.00 |
| 11/10/24 | PREPARATION | Preparation for November 12th hearings (GDOR claims, fee applications, accounting and admin claim deadline) | 0.50 | $350.00 | $175.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 09/08/24 - 01/22/25**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 11/11/24 | PREPARATION | Preparation for November 12th hearings...fee applications, accounting, GDOR claim and setting bar date | 1.00 | $350.00 | $350.00 |
| 11/12/24 | COURT HEARING | Roundtrip Travel to/from Augusta for Hearings on November 12th [Billed Half-Time] | 2.50 | $350.00 | $875.00 |
| 11/12/24 | COURT HEARING | Attended Court Hearings on Fee Applications, GDOR Issues, Popeyes claim, UST accounting and setting Admin claims bar date | 2.00 | $350.00 | $700.00 |
| 11/13/24 | REVIEWED | Reviewed GDOR Motion for Turnover and Motion to Expedite Hearing | 0.50 | $350.00 | $175.00 |
| 11/18/24 | REVIEWED | Reviewed Eureka Fee Application | 0.30 | $350.00 | $105.00 |
| 11/22/24 | CORRESPONDENCE | Correspondence with BK re admin claims and resolving GDOR motion/hearing | 0.20 | $350.00 | $70.00 |
| 11/23/24 | CORRESPONDENCE | Correspondence re Eureka admin claim and GDOR order | 0.10 | $350.00 | $35.00 |
| 11/27/24 | CORRESPONDENCE | Correspondence and review Consent Order with GDOR | 0.30 | $350.00 | $105.00 |
| 12/04/24 | CORRESPONDENCE | Correspondence regarding hearing on GDOR motion and UST plan stipulation | 0.30 | $350.00 | $105.00 |
| 12/09/24 | WORKED ON | Preparation for confirmation hearing; reviewed deadlines for hearing; correspondence with Debtor's counsel re same | 0.50 | $350.00 | $175.00 |
| 12/10/24 | CORRESPONDENCE | Correspondence with BK re ballot summary and sent form | 0.20 | $350.00 | $70.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 09/08/24 - 01/22/25**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 12/10/24 | REVIEWED | Review ballot summary; correspondence with BK re same | 0.30 | $350.00 | $105.00 |
| 12/11/24 | REVIEWED | Review ballot summary and email to BK re same and edits; review GDOR objection to confirmation | 0.50 | $350.00 | $175.00 |
| 12/12/24 | REVIEWED | Review emails re MORs and Eureka Consent Order, new filed ballots | 0.50 | $350.00 | $175.00 |
| 12/13/24 | REVIEWED | Review correspondence and Eureka Consent Order on Admin Claim | 0.20 | $350.00 | $70.00 |
| 12/13/24 | TELEPHONE CONFERENCE | Telephone call with BK re issues for confirmation, GDOR, ballots, closing case | 0.30 | $350.00 | $105.00 |
| 12/16/24 | PREPARATION | Preparation for Confirmation Hearing | 0.50 | $350.00 | $175.00 |
| 12/16/24 | REVIEWED | Reviewed October and November Monthly Operating Reports | 0.30 | $350.00 | $105.00 |
| 12/16/24 | REVIEWED | Review GDOR stipulation and emails re same | 0.20 | $350.00 | $70.00 |
| 12/16/24 | TELEPHONE CONFERENCE | Telephone call with BK re confirmation hearing, GDOR stipulation, payment of Admin Claims, UST appearance and closing case; emails to/from BK and MM re same | 0.40 | $350.00 | $140.00 |
| 12/16/24 | CORRESPONDENCE | Correspondence/emails with MM/UST and Debtor's counsel re GDOR, Eureka, plan provisions and confirmation hearing | 1.20 | $350.00 | $420.00 |

**Timesheet Report**



**Trustee: Tiffany E. Caron (300690)**

**Period: 09/08/24 - 01/22/25**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 12/17/24 | COURT HEARING | Roundtrip Travel to/from Augusta for Hearings on December 17th [Billed Half-Time] | 2.50 | $350.00 | $875.00 |
| 12/17/24 | COURT HEARING | Attended Confirmation Hearing | 2.50 | $350.00 | $875.00 |
| 12/17/24 | CORRESPONDENCE | Email Report to UST re outcome of confirmation hearing and outstanding matters | 0.50 | $350.00 | $175.00 |
| 12/17/24 | WORKED ON | Reviewed and responded to follow-up emails from hearing re GDOR Order and Franchise Agreement Order; reviewed orders | 0.40 | $350.00 | $140.00 |
| 12/18/24 | WORKED ON | Reviewed draft of Confirmation Order; made edits and sent to BK, MM, and JP for review | 0.80 | $350.00 | $280.00 |
| 12/19/24 | REVIEWED | Reviewed Orders on Franchise Agreements and GDOR objection | 0.20 | $350.00 | $70.00 |
| 12/20/24 | REVIEWED | Reviewed order entered on Eureka claim | 0.10 | $350.00 | $35.00 |
| 12/23/24 | REVIEWED | Reviewed Confirmation Order and Orders on Admin Claims | 0.40 | $350.00 | $140.00 |
| 01/10/25 | REVIEWED | Reviewed deadlines for plan payments | 0.20 | $350.00 | $70.00 |
| 01/14/25 | PREPARATION | Review instructions and prepared Trustee's Report of No Distribution Form to file after substantial consummation | 0.50 | $350.00 | $175.00 |
| 01/21/25 | PREPARATION | Prepared Invoice and Fee Application for SubV Trustee Fees | 1.50 | $350.00 | $525.00 |

# Timesheet Report

**Trustee: Tiffany E. Caron (300690)**

**Period: 09/08/24 - 01/22/25**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 01/21/25 | WORKED ON | Prepared Certificate of Service for Fee Application and estimated time for filing and service | 0.40 | $350.00 | $140.00 |
| 01/21/25 | CORRESPONDENCE | Correspondence with BK re outstanding matters and creditor disbursements; review ERTC update | 0.30 | $350.00 | $105.00 |
| 01/22/25 | REVIEWED | Reviewed December MOR | 0.10 | $350.00 | $35.00 |
| | | **Total for case:** | **40.60** | | **$14,210.00** |
| | | **Grand Total:** | **40.60** | | **$14,210.00** |

# Expense Worksheet
# for Trustee: Tiffany E. Caron

| | | | |
|---|---|---|---|
| **Case Number:** | **24-10075-SDB** | **Case Name:** | **RRG, INC.** |
| **Case Type:** | **Asset** | **Judge:** | **Susan D. Barrett** |
| **Petition Date:** | **01/31/2024** | **341a Meeting:** | **03/07/2024 10:00 AM** |

**Category:** COPY

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 11/10/2024 | Copies for hearing on Trustee Fee app | COPY | 0.25 | $2.50 |
| 12/16/2024 | Copies of documents for confirmation hearing | COPY | 0.25 | $2.75 |
| 01/10/2025 | Copies Mailout Fee Application | COPY | | $432.00 |
| | **TOTAL for category COPY:** | | | **$437.25** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 01/10/2025 | Postage Mailout Fee Application | POST | | $174.60 |
| | **TOTAL for category POST:** | | | **$174.60** |

**Category:** TRAV

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 11/12/2024 | Roundtrip Mileage for Travel to/from Augusta for Court Hearings on November 12, 2024 (IRS Rate: $0.67 per mile) | TRAV | 0.67 | $160.80 |
| 12/17/2024 | Roundtrip Mileage for Travel to/from Augusta for Court Hearings on December 17, 2024 (IRS Rate: $0.67 per mile) | TRAV | 0.67 | $160.80 |
| | **TOTAL for category TRAV:** | | | **$321.60** |

**Total for case 24-10075:** **$933.45**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **RRG, INC.,** | § | **Case Number: 24-10075-SDB** |
| | § | |
| **Debtor.** | § | |

**CERTIFICATE OF SERVICE**

I, Tiffany E. Caron, do hereby certify that I have this date served the forgoing Second Application for Trustee's Fees upon the following by depositing a copy of the same in the United States mail with proper postage affixed or by electronic service through CM/ECF:

Bowen Anderson Klosinski
Klosinski Overstreet
1229 Augusta West Parkway
Augusta, GA 30909

Office of U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

And

All creditors and parties in interest automatically receiving notice through the Court's CM/ECF Filing System.

This 22nd day of January, 2025.

/s/ Tiffany E. Caron
Tiffany E. Caron
Georgia Bar Number 745089
Subchapter V Trustee

P.O. Box 711
West Palm Beach, FL 33402
(404) 647-4917
Tiffany.caron@hotmail.com