IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **RRG, INC.,** | § | **Case Number: 24-10075-SDB** |
| | § | |
| **Debtor.** | § | |

## CERTIFICATE OF SERVICE

I, Tiffany E. Caron, do hereby certify that I have this date served the Second Application for Trustee's Fees (Docket Number 684) and Order and Objection Deadline on Application for Compensation (Docket Number 685) upon the following by depositing a copy of the same in the United States mail with proper postage affixed or by electronic service:

All creditors and parties in interest listed on the attached Mailing Matrix.

This 29th day of January, 2025.

                                                           /s/ Tiffany E. Caron
                                                         Tiffany E. Caron
                                                         Georgia Bar Number 745089
                                                         Subchapter V Trustee

P.O. Box 711
West Palm Beach, FL 33402
(404) 647-4917
Tiffany.caron@hotmail.com

```
Label Matrix for local noticing          1ST Choice Quality Heating and Air       511 Sponsorship Georgia, LLC
113J-1                                   106 N Boundary St                        420 S Hill St
Case 24-10075-SDB                        Manning SC 29102-3204                    Buford, GA 30518-3220
Southern District of Georgia
Augusta
Wed Jan 29 07:55:20 EST 2025

 (p)7351 WEST CENTRAL LLC                Aiken County Tax Collector               Aiken County Treasurer
ATTN C/O KHOA PHUNG                      P.O. Box 873                             P.O. Box 919
899 RUSSELL LANE                         Aiken, SC 29802-0873                     Aiken, SC 29802-0919
MILPITAS CA 95035-3319


Airgas National Welders Inc              Allegra                                  American Express
1221 New Savannah Road                   320A Old Trolley Rd                      P. O. Box 60189
Augusta, GA 30901-3841                   Summerville, SC 29485-4949               City of Industry CA 91716-0189


American Express Bank FSB                American Express National Bank           American Express National Bank
c/o Becket and Lee LLP                   c/o Becket and Lee LLP                   c/o Becket and Lee LLP
POB 3001                                 16 General Warren Blvd.                  PO Box 3001
Malvern, PA 19355-0701                   Malvern, PA 19355-1245                   Malvern  PA 19355-0701


Ascentium Capital Leasing                Ascentium Capital a Division of Regions Bank   Atlanta Computer Sol Inc
23970 US 59                              23970 HWY 59 N                           6735 Fox Creek Dr
Kingwood Area Texas 77339-1535           Kingwood, TX 77339-1535                  Cumming, GA 30040-6659


Augusta (Southpointe) WMA, LLC           Augusta (Southpointe) WMA, LLC           Automatic Fire Systems of Augusta
8816 Six Forks Rd Suite 201              c/o Barclay Damon LLP                    3326 Mike Padgett Hwy.
Raleigh, NC 27615-2983                   Attn: Kevin M. Newman, Esq.              Augusta, GA 30906-3741
                                         125 East Jefferson Street
                                         Syracuse, NY 13202-2515


B&C of Ohio                              Belvina Investment Group, LLC            Berkeley County Tax Collector
3062 Damascus Rd                         1906 S. Main Street                      1003 Highway 52
Augusta, GA 30909-4068                   Santa Ana, CA 92707-2828                 1003 Highway 52
                                                                                  Moncks Corner, SC 29461-3007


Berkeley County Treasurer                Berkeley County Treasurer                Berkeley Electric Cooperative
1003 Highway 52                          PO Box 3122                              1732 US-52 W
Moncks Corner, SC 29461-3007             Moncks Corver, SC 29461                  Moncks Corner, SC 29461-5010


Berkeley Electric Cooperative Inc        (c)BERKELEY LOCKSMITH INC                Berlin's Restaurant Supply Inc.
P.O. Box 340                             128 TALL PINES CT                        5051 Rivers Ave.
Awendaw SC 29429-0340                    LADSON SC   29456-3105                   North Charleston, SC 29406-6303


Bradford J. Sandler                      Kyle A. Brannon                          Burke County Health Department
Pachulski Stang Ziehl & Jones LLP        Maynard Nexsen PC                        P.O. Box 238
919 N. Market Street, 17th Floor         1230 Main Street                         Waynesboro, GA. 30830-0238
Wilmington, Delaware 19801-3034          Suite 700
                                         Columbia, SC 29201-6220
```

| | | |
|---|---|---|
| Burke County Tax Commissioner<br>P O Box 671<br>Waynesboro, GA 30830-0671 | CSE, Inc.<br>3182 Momentum Place<br>Chicago, IL 60689-0001 | Capital Signs and Awnings<br>PO Box 208804<br>Dallas, TX 75320-8804 |
| Carl Townsend/Carl's Landscaping<br>300 Judy Drive Creek<br>Goose Creek, SC 29445-3624 | Carolina Air Care Heating & Air LLC<br>885 E Butternut Road<br>Summerville, SC 29483-8434 | Carolina Air Care, Inc<br>885 E Butternut Rd<br>Summerville, SC 29483-8434 |
| Carolina Georgia Sound Inc<br>P.O. Box 14759<br>Augusta, GA 30919-0759 | Carolina Hot Wash<br>P.O. Box 81001<br>Charleston, SC 29416-1001 | Carolina Sound Com Inc<br>P.O. Box 890711<br>Charlotte, NC. 28289-0711 |
| Tiffany E. Caron<br>P.O. Box 711<br>West Palm Beach, FL 33402-0711 | Cennox Commercial Services, LLC<br>P.O. Box 779108<br>Chicago, IL 60677-9108 | Charleston County Revenue<br>Collections Department<br>P.O. Box 603533<br>Charlotte, NC 28260-3533 |
| Charleston County Revenue Collections Dep<br>P.O. Box 603533<br>Charlotte, NC 28260-3533 | Charleston County Treasurer<br>P.O. Box 603517<br>Charlotte, NC 28260-3517 | Charleston Electric<br>412 E. 5th North Street<br>Summerville, SC 29483-6881 |
| Charleston Electric<br>1524 Shandon Street<br>Charleston, SC 29412-4034 | (p)CHARLESTON WATER SYSTEM<br>PO BOX B<br>CHARLESTON SC 29402-0017 | Charleston Water Systems<br>P.O. Box B<br>Charleston, SC 29402-0017 |
| City of Aiken<br>P.O. Box 2458<br>Aiken, SC 29802-2458 | City of Millen<br>P. O. Box 929<br>Millen, GA 30442-0929 | City of Waynesboro<br>c/o Tameka Haynes<br>211 Pleasant Hom Road<br>Suite A 1<br>Augusta, GA 30907-0519 |
| City of Waynesboro<br>615 N Liberty ST<br>Waynesboro, GA 30830-1499 | City of Waynesboro<br>c/o Tameka Haynes<br>211 Pleasant Home Rd., Suite A1<br>Augusta, GA 30907-0519 | Mark A. Cleary<br>1223 George C. Wilson Dr<br>Augusta, GA 30909-4502 |
| Coastal Waste & Recycling of Georgia LLC<br>P.O. Box 25756<br>Miami, FL 33102-5756 | Coca-Cola<br>P. O. Box 101086<br>Atlanta, GA 30392-1086 | Colleton County Treasurer<br>P.O. Box 8<br>Walterboro, SC 29488-0001 |
| Columbia Co. Tax Commissioner<br>P.O. Box 3030<br>Evans, Georgia 30809-0077 | Columbia Meats<br>PO Box 9201<br>Greenville, SC 29604-9201 | Comcast<br>P. O. Box 105184<br>Atlanta, GA 30348-5184 |

Csra Hood Exhaust LLC
1861 Lodgepole Ave
North Augusta SC 29841-2128

D&D Commercial
777 Four Points Road West
Keysville, GA 30816-4556

D&D Commercial Service
Oliver Disher
777 Four Points Road West
Keysville, GA 30816-4556

D&D Commercial Services
c/o Oliver Disher
777 Four Points Rd. West
Keysville, GA 30816-4556

Davis A. Dunaway
801 Broad Street, 7th Floor
Augusta, GA 30901-1231

Diversified Properties, Inc.
3112 Washington Road
Unit L
Augusta, GA 30907-0822

(p)DOMINION ENERGY
ATTN BANKRUPTCY
220 OPERATION WAY OSC 1A
CAYCE SC 29033-3701

Dorchester County Treasurer
500 N. Main Street
Summerville, SC 29483-6439

Taylor Lloyd Dove
Hunter Maclean Exley & Dunn, P.C.
P.O. Box 9848
Savannah, GA 31412-0048

Dr. Benjamin Weinberger
5213 High Vista Drive
Orefield, PA 18069-9117

Davis A. Dunaway
Hull Barrett, PC
801 Broad Street
7th Floor
Augusta, GA 30901-1231

Reid E. Dyer
Moore & VanAllen
78 Wenworth St.
Charleston, SC 29401-1428

EHN Trustee No.2, LLC
P.O. Box 1406
Anderson, SC 29622-1406

Ecolab Inc
1 Ecolab Place
St. Paul, Minnesota 55102-2739

Equifax Workforce Solutions, LLC
4076 Paysphere Circle
Chicago, IL 60674-0001

Eureka Investment Properties, LLC
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308-2343

Eureka Investment Properties, LLC
600 Peachtree Street
Ste 4700
Atlanta, GA 30308-2343

Eureka Investment Properties, LLC
c/o Olivia Mooney
Suite 4700
Atlanta, Georgia 30308

Evening Post Publishing Newspaper Group
148 Williman Street
Charleston, SC 29403-3126

Everette H. Newman Trustee #2
C/O Greene & Co.
PO Box 1406
Anderson, SC 29622-1406

Fain Septic Tank Inc
P.O. Box 3437
Summerville, SC 29484-3437

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3206

Garrett & Garrett
P.O. Box 36
Fountain Inn, SC 29644-0036

Garrett Garrett
PO BOX 36
Fountain Inn, SC 29644-0036

Gas South
P O Box 530552
Atlanta, GA 30353-0552

Georgia Department of Revenue
610 Ronald Reagan Drive
Evans, GA 30809-7603

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Georgia Power Company
c/o Thomas R. Walker
Pierson Ferdinand LLP
260 Peachtree Street, NW
Suite 2200
Atlanta, GA 30303-1292

Georgia Sound Communications
P.O. Box 890333
Charlotte, NC 28289-0333

| | | |
|---|---|---|
| Kristine Glenn<br>Rhoden CPA Firm<br>808 Greene Street<br>Augusta, GA 30901-0217 | Brian S. Goldberg<br>Freeman Mathis & Gary LLP<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948 | Hanmi Bank, assignee of Ascentium Capital<br>c/o Freeman Mathis & Gary, LLP ATTN Bria<br>100 Galleria Pkwy, Suite 1600<br>Atlanta, Georgia 30339-5948 |
| Hansen's Wildlife Removal<br>1132 Shoreham Rd<br>Charleston SC 29412-9364 | Jennifer Hobbs<br>Rhoden CPA Firm<br>808 Greene Street<br>Augusta, GA 30901-0217 | Nathan Edward Huff<br>Cleary, West & Huff, LLP<br>1223 George C. Wilson Drive<br>Augusta, GA 30909-4502 |
| Huggins Waste Services<br>71 Horsetrail Rd<br>Pembroke, GA 31321-5266 | J.A.C. Services, Inc.<br>107 Elk's Lodge Lane<br>Summerville, SC 29483-3852 | JAM SC Investments<br>c/o MARK L. WILHELMI<br>3527 Wheeler Road<br>Suite 401<br>Augusta, GA 30909-6718 |
| JAM-SC Investments, LLC & PLM-SC Investments<br>804 Green Valley Road<br>Suite 202<br>Greensboro, NC 27408-7044 | James Testi<br>4441 Shadowmoor Drive<br>Martinez, GA 30907-4508 | Jane<br>6640 Shade Tree Way<br>Cumming, GA 30040-8703 |
| Jefferson County Tax Commissioner<br>P. O. Box 426<br>Louisville, GA 30434-0426 | Jenkins County Tax Commissioner<br>611 E Winthrope Ave.<br>Millen, GA 30442-1833 | Jenkins County Tax Commissioner<br>P. O. Box 646<br>Millen, GA 30442-0646 |
| John W. Mills<br>Mills Business Law, LLC<br>1336 Harvard Road NE<br>Atlanta, Georgia 30306-2413 | Johnson Controls Security Solutions<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967 | Leon S. Jones<br>Jones & Walden, LLC<br>699 Piedmont Avenue, NE<br>Atlanta, GA 30308-1414 |
| Julia K. Rodgers<br>817 Dancy Avenue<br>Savannah, GA 31419-3007 | Julia Rodgers<br>817 Dancy Avenue<br>Savannah, GA 31419-3007 | Julio E. Mendoza, Jr.<br>Maynard Nexsen PC<br>P. O. Box 2426<br>Columbia, SC 29202-2426 |
| Julio Mendoza, Jr.<br>1230 Main Street, Suite 700<br>Columbia, SC 29201-6220 | K. Warren Fulghum<br>Aiken County Tax Collector<br>PO Box 873<br>Aiken, SC 29802-0873 | Kay Chemicals<br>PO Box 32027<br>New York, NY 10087-2027 |
| Bowen Anderson Klosinski<br>Klosinski Overstreet<br>1229 Augusta West Parkway<br>Augusta, GA 30909-1807 | Scott J. Klosinski<br>Klosinki Overstreet, LLP<br>1229 Augusta West Parkway<br>Augusta, GA 30909-1807 | Scott J. Klosinski<br>Klosinski Overstreet<br>1229 Augusta West Parkway<br>Augusta, GA 30909-1807 |
| Kyle A. Brannon<br>Maynard Nexsen PC<br>P. O. Box 2426<br>Columbia, SC 29202-2426 | George R. Lane<br>South Auction, LLC<br>338 East Main Street<br>Swainsboro, GA 30401-4081 | Zane P. Leiden<br>Leiden & Leiden<br>330 Telfair Street<br>Augusta, GA 30901-2450 |

| | | |
|---|---|---|
| Jon A. Levis<br>Levis Law Firm, LLC<br>P O Box 129<br>Swainsboro, GA 30401-0129 | Loomis<br>P.O. Box 120757<br>Dallas, TX 75312-0757 | Louisville Pop, LLC<br>876 Sackells Ford Road<br>Warminster, PA 18974-1330 |
| Louisville Pop, LLC<br>876 Sackettsford Rd<br>Ivyland, PA 18974-1330 | M.K. Daniels Electric<br>3320 Westcliffe Ct<br>Augusta, GA 30907-3623 | Francesca Macchiaverna<br>Hunter Maclean Exley & Dunn P.C.<br>200 E. Saint Julian Place<br>P O Box 9848<br>Savannah, GA 31412-0048 |
| Mark Rinna<br>6640 Shade Tree Way<br>Cumming, GA 30040-8703 | Mary M. Caskey, Esq.<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889<br>Columbia, SC 29211-1889 | Master Lawn, LLC<br>4873 Old Belair Ln<br>Grovetown, GA 30813-4529 |
| McDuffie Co. Tax Comm.<br>P. O. Box 955<br>Thomson, GA 30824-0955 | McDuffie County Tax Commissioner<br>PO Box 955<br>Thomson, GA 30824-0955 | Julio E. Mendoza Jr.<br>Maynard Nexsen PC<br>1230 Main Street<br>Suite 700<br>Columbia, SC 29201-6220 |
| Julio E. Mendoza Jr.<br>Maynard Nexsen PC<br>1230 Main Street, Suite 700<br>P. O. Drawer 2426<br>Columbia, SC 29202-2426 | Merchants Food Service<br>PO Box 1351<br>Hattiesburg, MS 39403-1351 | Miller Signs Inc<br>2302 Air Park Rd.<br>N. Charleston, SC 29406-6159 |
| John Wesley Mills III<br>Mills Business Law<br>1336 Harvard Road, NE<br>Atlanta, GA 30306-2413 | Olivia Ryan Mooney<br>Lewis Brisbois Bisgaard & Smith LLP<br>600 Peachtree Street<br>Ste 4700<br>Ste 1950<br>Atlanta, GA 30308-2223 | Glenn D. Moses<br>Venable LLP<br>801 Brickell Avenue, Suite 1500<br>Miami, FL 33131-4901 |
| N.V.A., Inc<br>Davis A. Dunaway<br>801 Broad Street, 7th Floor<br>Augusta, GA 30901-1231 | NCR Corp<br>14181 Collections Centre Drive<br>Chicago, IL 60693-0001 | North To South Plumbing Services<br>1562 Sweet Myrtle Circle<br>Mt Pleasant SC 29466-8093 |
| Nuco2 Inc<br>P. O. Box 417902<br>Boston, MA 02241-7902 | Office of the U. S. Trustee<br>33 Bull Street, Suite 400<br>Savannah, GA 31401-3331 | Olivia Ryan Mooney<br>600 Peachtree Street<br>Ste 4700<br>Atlanta, GA 30308-2343 |
| (p)THE PRINCIPAL FINANCIAL GROUP<br>711 HIGH ST<br>DES MOINES IA 50392-0001 | Pacific Premier Bank<br>c/o Kevin Stine, Baker Donelson<br>1500 Monarch Tower, Suite 1500<br>3414 Peachtree Road, NE<br>Atlanta, GA 30326-1153 | Pacific Premier Bank<br>17901 Von Karman Ave., Ste. 1200<br>Irvine, CA 92614-5248 |
| Pacific Premier Franchise Capital<br>17901 VON Karman Ave Suite 1200<br>Irvine, CA 92614-5248 | Parkway Assoc. LLC C/O Robert Pratt<br>9209 University Blvd.<br>Charleston, SC 29406-9122 | Parkway Associates of Summerville, LLC<br>c/o Mary M. Caskey, Esq.<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889<br>Columbia, SC 29211-1889 |

| | | |
|---|---|---|
| Parkway Associates, LLC<br>9209 University Blvd.<br>North Charleston, SC 29406-9122 | Parkway Plaza of Summerville Property Owners<br>9209 University Blvd<br>N. Charleston, SC 29406-9122 | Performance Food Group<br>PO Box 1351<br>Hattiesburg, MS 39403-1351 |
| Polar Refrig<br>1733 Harrogate Dr<br>Augusta, Ga 30906-9122 | Popeyes Louisiana Kitchen, Inc.<br>c/o Glenn D. Moses, ESQ.<br>Venable LLP<br>100 SE 2ND Street<br>Suite 4400<br>Miami, FL 33131-2118 | Pye-Barker<br>P.O. Box 735358<br>Dallas, TX 75373-5358 |
| RBI, Inc.<br>5707 Blue Lagoon Drive<br>Miami, FL 33126-2015 | RRG, Inc.<br>6640 Shade Tree Way<br>Cumming, GA 30040-8703 | Refrigeration Gaskets<br>121 Cuthbert Dr<br>Goose Creek SC 29445-3319 |
| RepublicServices<br>P.O.Box 9001099<br>Louisville, KY 40290-1099 | Richard Rhoden<br>Rhoden CPA Firm<br>808 Greene Street<br>Augusta, GA 30901-0217 | Richmond County Tax Commissioner<br>535 Telfair Street, Suite 100<br>Augusta, GA 30901-2372 |
| Rivercrest Realty Associates, LLC<br>c/o Jones & Walden, LLC<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308-1414 | Robert Charles Isenberg<br>2855 Mulholland Hwy<br>Malibu, CA 90265 | RotoRooter<br>136 Tanner Road<br>Greenville, SC 29607-5917 |
| William A. Rountree<br>Rountree Leitman Klein & Geer, LLC<br>2987 Clairmont Rd<br>Suite 350<br>Suite 100<br>Atlanta, GA 30329-1687 | SCPW<br>215 N Cedar Street<br>Summerville, SC 29483-6403 | See-Thru<br>721 Jackie Hart Rd.<br>Statesboro, Ga. 30461-7001 |
| Shoes For Crews, Inc.<br>P.O. Box 734176<br>Chicago, IL. 60673-4176 | Space Providers of Asheville, LLC<br>Post Office Box 8374<br>Asheville, NC 28814-8374 | Space Providers of Asheville, LLC<br>c/o Levis Law Firm, LLC<br>Post Office Box 129<br>Swainsboro, GA 30401-0129 |
| Space Providers, LLC<br>PO Box 8374<br>Asheville, NC 28814-8374 | Sparrow Enterprises<br>306 Legendres Dr<br>Goose Creek SC 29445-7368 | Shawna Y. Staton<br>Georgia Department of Law<br>40 Capitol Sq. SW<br>Atlanta, GA 30334-1300 |
| Steritech<br>P.O. Box 14095<br>Reading, PA 19612 | Kevin A. Stine<br>Baker Donelson<br>Monarch Plaza, Suite 1600<br>3414 Peachtree Road, N.E., Suite 1500<br>Atlanta, GA 30326-1114 | Stratacache<br>40 N. Main St. Suite 2600<br>Dayton, OHIO 45423-1008 |
| Teresa Zielaznicki<br>P.O. Box 50312<br>Summerville, SC 29485-0312 | The Drain Surgeon<br>664 South Old Belair Rd Suite B<br>Grovetown. GA 30813-5518 | The McDuffie Progress<br>P. O. Box 1090<br>Thomson, GA 30824-1090 |

| | | |
|---|---|---|
| Thomas R. Walker<br>Pierson Ferdinand LLP<br>260 Peachtree Street NW, Suite 2200<br>Atlanta, GA 30303-1292 | John A. Thomson Jr.<br>Adams and Reese LLP<br>3424 Peachtree Road, NE<br>Suite 1600<br>Atlanta, GA 30326-1139 | Thomson Plaza Shopping Center, LLC<br>651 Main Street<br>Thomson, GA 30824-7456 |
| Thomson Plaza Shopping Center, LLC<br>P.O. Box 36<br>Fountain Inn, SC 29644-0036 | UHS Premium Billing<br>P.O. Box 94017<br>Palatine, IL. 60094-4017 | United States Liability Insurance Co<br>PO Box 62778<br>Baltimore, MD 21264-2778 |
| Van Ness Holdings Grovetown, LLC<br>5217 Atherton Bridge Road<br>Raleigh, NC 27613-5383 | VanNess Holdings Grovetown LLC<br>5217 Atherton Bridge Rd<br>Raleigh, NC 27613-5383 | VanNess Holdings Grovetown, LLC<br>c/o Vicki Parrott, Counsel for Creditor<br>1414 Raleigh Rd, Ste 435<br>Chapel Hill, NC 27517-8834 |
| Vicki L. Parrott<br>Northen Blue, LLP<br>1414 Raleigh Road, Suite 435<br>Chapel Hill, NC 27517-8834 | Viking Cloud Inc<br>Dept CH17101<br>Palantine IL 60055-7101 | WTHO-FM, WTWA<br>788 Cedar Rock Rd NW<br>Thomson, GA 30824-7642 |
| WYBO 929FM<br>2 Milledge Rd<br>Augusta GA 30904-3063 | Thomas R. Walker<br>Pierson Ferdinand LLLP<br>260 Peachtree Street NW, Suite 2200<br>Atlanta, GA 30303-1292 | Wasserstrom Inc<br>P.O. Box 933469<br>Cleveland, OH 44193-0040 |
| Waste Management<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | Wells Fargo Vendor Financial Services<br>1010 Thomas Edison Boulevard, SW<br>Cedar Rapids, IA 52404-8247 | Wells Fargo Vendor Financial Services, LLC<br>800 Walnut Street MAC F0005-055<br>Des Moines, IA 50309-3891 |
| Whaley Food Service<br>P.O. Box 615<br>Lexington, SC 29071-0615 | David B Wheeler<br>Moore & VanAllen<br>78 Wentworth St<br>Charleston, SC 29401-1428 | Mark L. Wilhelmi<br>Mark L. Wilhelmi, PC<br>Cadence Bank Building<br>3527 Wheeler Rd. Suite 401<br>Augusta, GA 30909-6718 |
| William Means<br>1184 Downing Court<br>Lincolnton, NC 28092-7434 | William Means<br>c/o MARK L. WILHELMI<br>3527 Wheeler Road<br>Suite 401<br>Augusta, GA 30909 | Williams Sewer & Drain<br>887 Stagecoach Road<br>Thomson, GA 30824-6612 |
| Williams Sewer & Drain<br>887 Stagecoach Rd NE<br>Thomson, GA 30824-6612 | Christopher Knox Withers<br>Arnall Golden Gregory LLP<br>171 17th Street, N.W.<br>Suite 2100<br>Atlanta, GA 30363-1031 | Wrightsboro Augusta Development, L.L.C<br>1030 Philip St.<br>New Orleans 70130-5552 |
| Wrightsboro Augusta Development, L.L.C.<br>1030 Philip St.<br>New Orleans, LA 70130-5552 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

7351 West Central, LLC
899 Russell Lane
Milpitas, CA 95035

Charleston Water System
P.O. Box 568
Charleston, SC 29402-0568

Dominion Energy
220 Operation Way
MC-OSC1A
Cayce, SC 29033

(d)Dominion Energy South Carolina, Inc.
Attn: Agent or Officer
220 Operation Way, MC C222
Cayce, SC 29033

(d)Dominion Energy South Carolina, Inc.
220 Operation Way
MC-OSC1A
Cayce, SC 29033

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS - BANKRUPTCY
1800 CENTURY BLVD NE, SUITE 9100
ATLANTA, GA 30345-3205

(d)Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

(d)Georgia Department of Revenue
Bankruptcy Section
1800 Century Blvd., NE Suite 9100
Atlanta, GA 30345-3209

(d)Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd NE
Ste 9100
Atlanta, GA 30345

PLIC - SBD GRAND ISLAND
P.O. Box 77202
Minneapolis, MN 55480-720

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Berkeley Locksmith Inc
128 Tall Pines Rd.
Ladson, S.C. 29456

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)7351 West Central LLC

(d)Aiken County Tax Collector
PO Box 873
Aiken, SC 29802-0873

(d)Aiken County Tax Collector
PO Box 873
Aiken, SC 29802-0873

(d)Automatic Fire Systems of Augusta
3326 Mike Padgett Hwy
Augusta Ga 30906-3741

(u)Belvina Investment Group, LLC

(d)Berkeley Electric Cooperative, Inc.
1732 US-52 W
Moncks Corner, SC 29461-5010

| | | |
|---|---|---|
| (d)Kyle A. Brannon<br>Maynard Nexsen PC<br>1230 Main Street<br>Suite 700<br>Columbia, SC 29201-6220 | (d)Burke County Tax Commissioner<br>P. O. Box 671<br>Waynesboro, GA 30830-0671 | (d)Carolina Air Care Heating & Air, LLC<br>885 E Butternut Road<br>Summerville, SC 29483-8434 |
| (u)Carolina-Georgia Sound, Inc. | (d)Tiffany E. Caron<br>P.O. Box 711<br>West Palm Beach, FL 33402-0711 | (d)Charleston Electric LLC<br>412 E 5th North Street<br>Summerville, SC 29483-6881 |
| (u)Cintas | (u)Columbia Meats, Inc. | (d)Georgia Power Company<br>c/o Thomas R. Walker<br>Pierson Ferdinand LLP<br>260 Peachtree Street NW, Suite 2200<br>Atlanta, GA 30303-1292 |
| (u)Hanmi Bank, assignee of Ascentium Capital | (d)JAM-SC Investments, LLC<br>c/o MARK L. WILHELMI<br>3527 Wheeler Road<br>Suite 401<br>Augusta, GA 30909-6718 | (d)James Testi<br>4441 Shadowmoor Drive<br>Martinez, GA 30907-4508 |
| (d)Jenkins County Tax Commissioner<br>611 E Winthrope Avenue<br>Millen, GA 30442-1833 | (d)Julia K. Rodgers<br>817 Dancy Avenue<br>Savannah, GA 31419-3007 | (u)Merchants |
| (d)Glenn D. Moses<br>Venable LLP<br>801 Brickell Avenue, Suite 1500<br>Miami, FL 33131-4901 | (u)Popeyes Louisiana Kitchen, Inc. | (d)Popeyes Louisiana Kitchen, Inc.<br>c/o Glenn D. Moses, Esq., Venable LLP<br>100 SE 2nd Street, Suite 4400<br>Miami, FL 33131-2118 |
| (u)Jane Rinna | (u)Mark Rinna | (u)Julia Rodgers |
| (u)SBH Foods PLK, LLC | (d)Steritech<br>PO Box 14095<br>Reading, PA 19612 | (d)Thomas R. Walker<br>Pierson Ferdinand LLP<br>260 Peachtree Street, NW, Suite 2200<br>Atlanta, GA 30303-1292 |
| (u)VanNess Holdings Grovetown, LLC | (u)William Paul Means, Jr. | (u)ZSC Enterprises, LLC |

End of Label Matrix
Mailable recipients    207
Bypassed recipients     33
Total                  240