**IT IS ORDERED as set forth below:**



**Date: January 30, 2025**

_____
Susan D. Barrett
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RRG, INC. | ) CHAPTER 11 |
| | ) Case No. 24-10075-SDB |
| Debtor. | ) |
| | ) |
| CAROLINA-GEORGIA SOUND COMPANY, INC., | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| RRG, INC., | ) |
| Debtor. | ) |

## ORDER GRANTING MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

The Motion of Carolina-Georgia Sound Company, Inc. ("Carolina-Georgia Sound"), for payment of an administrative expense pursuant to section 503(b)(1) of the Bankruptcy Court, having come before the Court, and with no objection having been made by any party in interest;

IT IS HEREBY ORDERED that Carolina-Georgia Sound is hereby granted an administrative expense in the amount of $17,452.00. Said sum shall be paid within 7 days after the date of entry of this Order.

**[END OF DOCUMENT]**

Prepared by:

/s/ Nathan E. Huff
Attorney for Movant
nhuff@cwhllp.com
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995