# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**RRG, Inc.,**
    Debtor.

Case No.:   24−10075−SDB

Judge:   Susan D. Barrett

Chapter:   11

## ORDER REQUIRING SERVICE BY MOVANT

**IT IS ORDERED THAT:**

1)    MOVANT Carolina−Georgia Sound Company, Inc. shall serve mail, on or before Feburary 4, 2025, a copy of Order Granting Motion for Allowance of Administrative Claim (docket 688) to all parties required by the Bankruptcy Code and Rules.

2)    MOVANT Carolina−Georgia Sound Company, Inc. shall complete and file with the Court a Certificate of Service immediately upon serving the required document(s).



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **January 30, 2025**

*B−07 [Rev. 01 /23]* **AKG**