**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **RRG, INC.,** | § | **Case Number: 24-10075-SDB** |
| | § | |
| **Debtor.** | § | |

## THIRD APPLICATION FOR TRUSTEE'S FEES

COMES NOW, Subchapter V Trustee, Tiffany E. Caron, ("Trustee"), and files this Second Application for Trustee's Fees as follows:

## I. TRUSTEE'S FEES

The applicant files this application for an award of trustee's fees pursuant to 11 U.S.C. §330(a) as that section of the Bankruptcy Code may be affected by the decision of the United States Court of Appeals in Grant v. George Schumann Tire & Battery Co., 908 F.2d 874 (11th Cir., 1990).

Section 330 of the Code authorizes this Court to award compensation to the Trustee for actual, necessary services, based on:

1. The nature and extent of the services provided;
2. The value of those services; and
3. The cost of comparable services in non-bankruptcy matters.

These three criteria apply to this application in the following manner:

1. Nature and Extent. The applicant has attached a record of the services rendered in this case and the time devoted to those services. (See Exhibit "A")

2. Value of Services. The Debtor filed this voluntary Chapter 11 case on April 1, 2021. The United States Trustee maintains a panel of Subchapter V Trustees for the Southern District of

Georgia. Tiffany E. Caron was appointed by the United States Trustee as the Subchapter V Trustee in this case on February 1, 2024 at an hourly rate of $350.00 (Doc No. 4).

Compensation for Subchapter V trustees is determined by both the disposition of the case and whether the trustee is a case-by-case trustee or a standing trustee. Subchapter V case-by-case trustees are compensated through section 330(a)(1)(A), which allows for "reasonable compensation for actual, necessary services rendered by the trustee … and by any paraprofessional person employed by any such person." The trustee may also be reimbursed for "actual, necessary expenses" pursuant to section 330(a)(1)(B).

These section 330 compensation provisions apply regardless of whether the case-by-case trustee makes disbursements of estate funds. The Small Business Reorganization Act ("SBRA") specifically excludes all subchapter V trustees from section 326(a), which sets limits on other chapter 11 trustees' compensation based on the moneys they disburse or turn over.

Subchapter V trustees are required to perform many duties in administering the cases in which they are appointed by the United States Trustee. In general, the Subchapter V trustee assesses the financial viability of the small business debtor, assists in the facilitation of a consensual plan of reorganization, and helps ensure that the debtor files or submits complete and accurate financial reports, in addition to various administrative duties.

On December 17, 2024, a hearing was held on confirmation of Debtor's Chapter 11 Subchapter V Plan. An Order was entered on December 23, 2024 confirming Debtor's Plan. Debtor has been filing required quarterly reports with the court.

During the time this case has been pending as a Subchapter V case, the Trustee performed the duties required by the United States Trustee for Subchapter V trustees. The Trustee has continued monitoring filings in this case post-confirmation as well as preparing and submitting monthly reporting on the status of this case to the U.S. Trustee.

3. Cost of Comparable Services. The Grant decision suggests that an attorney's compensation should, in the first instance, be measured by multiplying the hours reasonably expended by a reasonable hourly rate of compensation. Id. at 1299. The appropriate hourly rate is "the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience and reputation." Id. The House Report on §330 of the Bankruptcy Code notes:

> The effect of §330 is to overrule...cases that require fees to be determined based on the notions of conservation of the estate and economy of administration [because] Bankruptcy specialists...if required to accept fees...that are consistently lower than fees they would receive elsewhere, will not remain in the bankruptcy field.

The Subchapter V trustee, Tiffany E. Caron, has been admitted to practice in Ohio (currently inactive) since November of 2006 and has been practicing in Georgia since June of 2009; she has also been working in the area of bankruptcy law since 2004. The Trustee has been a Chapter 7 Trustee since July, 2017 and a Subchapter V Trustee since December, 2019. She also has over ten years of experience representing debtors, creditors and committees in Chapter 11 business cases.

Applicant requests compensation at a rate which lies with the range of hourly rates charged by attorneys in the Southern District of Georgia who represent debtors and creditors in their practices. This is also within the range of rates charged by this attorney for services rendered in bankruptcy cases on behalf of trustees, debtors and creditors.

The Notice of Appointment set forth a reasonable hourly rate of $350.00 per hour for Tiffany E. Caron and for reimbursement of the applicant’s reasonable, necessary expenses.

*Exhibit A* is a summary of Trustee Time. Trustee Time is billed at the rate of $350.00 per hour. This application requests approval for payment of trustee’s fees as follows:

| | | | | |
|---|---|---|---|---|
| TRUSTEE’S FEES: | 9.20 | hours @ $350.00/hr. | = | $3,220.00 |
| EXPENSES: | Trustee Bond, Copies, & Postage | | = | $436.18 |

Therefore, the applicant requests compensation for trustee's fees in the amount of $3,220.00 for services from March 4, 2025 to July 16, 2026, plus reimbursement for expenses in the amount of $436.18, for a total of $3,656.18.

WHEREFORE, the Trustee moves the Court to:

1. Enter an Order granting the trustee's fees and expenses set forth in this application; and
2. For such other and further relief as the Court deems just and fair.

This 16th day of July, 2026.

Respectfully submitted,

By: /s/ Tiffany E. Caron
Tiffany E. Caron
Georgia Bar Number 745089
Subchapter V Trustee

Post Office Box 711
West Palm Beach, FL 33402
Tel: (404) 647-4917
Tiffany.caron@hotmail.com

**EXHIBIT A**

Printed: 07/16/26 10:16 AM

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 03/01/25 - 07/16/26**

**Case Number:** 24-10075-SDB **Case Name:** RRG, INC.
**Case Type:** Asset **Judge:** Susan D. Barrett
**Petition Date:** 01/31/24 **341a Meeting:** 03/07/24 10:00 AM

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 03/04/25 | PREPARATION | Prepared and submitted monthly sub v report to UST | 0.10 | $350.00 | $35.00 |
| 03/07/25 | REVIEWED | Reviewed fee applications for CPA and Debtor's counsel | 0.40 | $350.00 | $140.00 |
| 03/13/25 | REVIEWED | Reviewed UST objection to Debtor's final fee application and enhancement request | 0.30 | $350.00 | $105.00 |
| 03/13/25 | REVIEWED | Reviewed January MOR | 0.10 | $350.00 | $35.00 |
| 03/31/25 | REVIEWED | Reviewed 1st Quarterly Report | 0.20 | $350.00 | $70.00 |
| 04/07/25 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 04/11/25 | WORKED ON | Reviewed Fee Application and UST objection; correspondence with BK re hearing on April 24th, resolving objection and case law | 0.50 | $350.00 | $175.00 |
| 04/11/25 | REVIEWED | Review Correspondence with BK and JP re objection to fees and substantial consummation | 0.20 | $350.00 | $70.00 |
| 04/21/25 | REVIEWED | Reviewed Consent Order on Fee Application; reviewed plan and confirmation order; sent form of substantial consummation to BK | 0.50 | $350.00 | $175.00 |
| 04/24/25 | REVIEWED | Reviewed MORs and Correspondence re ERTC Funds | 0.30 | $350.00 | $105.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 03/01/25 - 07/16/26**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 05/02/25 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 05/08/25 | REVIEWED | Reviewed Order re Quarterly Statements re ERC claim | 0.10 | $350.00 | $35.00 |
| 06/02/25 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 07/01/25 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 08/01/25 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 09/02/25 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 09/12/25 | REVIEWED | Reviewed Applicaton for Post Confirmation Payments | 0.40 | $350.00 | $140.00 |
| 09/29/25 | REVIEWED | Reviewed Subchapter V Quarterly Report | 0.30 | $350.00 | $105.00 |
| 10/02/25 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 10/22/25 | REVIEWED | Review emails from BK and MM re hearing on post-confirmation payments and consent | 0.30 | $350.00 | $105.00 |
| 10/23/25 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 11/03/25 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 12/01/25 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 01/06/26 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 01/30/26 | REVIEWED | Reviewed Subchapter V Quarterly Report | 0.30 | $350.00 | $105.00 |
| 02/06/26 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |

# Timesheet Report



**Trustee: Tiffany E. Caron (300690)**

**Period: 03/01/25 - 07/16/26**

| Date | Category | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| 03/07/26 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 04/28/26 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST for March | 0.20 | $350.00 | $70.00 |
| 04/28/26 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST for April | 0.20 | $350.00 | $70.00 |
| 06/01/26 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 07/03/26 | Monthly Operating Report | Subchapter V Monthly Operating Report to UST | 0.20 | $350.00 | $70.00 |
| 07/07/26 | REVIEWED | Reviewed Subchapter V Quarterly Report | 0.30 | $350.00 | $105.00 |
| 07/16/26 | PREPARATION | Prepare Invoice and Fee Application for Trustee Fees | 1.50 | $350.00 | $525.00 |
| | | **Total for case:** | **9.20** | | **$3,220.00** |

| | | |
|---|---|---|
| **Grand Total:** | **9.20** | **$3,220.00** |

# Expense Worksheet

**Period: 03/01/2025 - 07/16/2026**

**Trustee: Tiffany E. Caron**

| | | | |
|---|---|---|---|
| **Case Number:** | 24-10075-SDB | **Case Name:** | RRG, INC. |
| **Case Type:** | Asset | **Judge:** | Susan D. Barrett |
| **Petition Date:** | 01/31/2024 | **341a Meeting:** | 03/07/2024 10.00 AM |

**Category:** BOND

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 01/29/2026 | 2026 Trustee Bond | 1.0 | $ 20.000000 | $20.00 |
| 03/07/2025 | 2025 Trustee Bond | 1.0 | $ 20.000000 | $20.00 |
| | **Total for category BOND** | **2.0** | | **$40.00** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/16/2026 | Copies and Postage for Mailouts of Fee Application and Order | 1.0 | $ 396.180000 | $396.18 |
| | **Total for category POST** | **1.0** | | **$396.18** |

**Total for case 24-10075-SDB: $436.18**

**Grand Total: $436.18**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **RRG, INC.,** | § | **Case Number: 24-10075-SDB** |
| | § | |
| **Debtor.** | § | |

**CERTIFICATE OF SERVICE**

I, Tiffany E. Caron, do hereby certify that I have this date served the forgoing Third Application for Trustee's Fees upon the following by depositing a copy of the same in the United States mail with proper postage affixed or by electronic service through CM/ECF:

Bowen Anderson Klosinski
Klosinski Overstreet
1229 Augusta West Parkway
Augusta, GA 30909

Office of U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

And

All creditors and parties in interest automatically receiving notice through the Court's CM/ECF Filing System.

This 16th day of July, 2026.

/s/ Tiffany E. Caron
Tiffany E. Caron
Georgia Bar Number 745089
Subchapter V Trustee

P.O. Box 711
West Palm Beach, FL 33402
(404) 647-4917
Tiffany.caron@hotmail.com